**From:** Alison Franciscus <afranciscus813@gmail.com>
**Sent:** Saturday, November 18, 2023 8:55 PM
**To:** Bricker, Michael <MBricker@coj.net>; Buffa, Franny <FBuffa@coj.net>
**Subject:**

> **EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Please let me know your position on my returning as a volunteer.  Lucy will have a lot more free time through December and if my services are no longer wanted, I can make arrangements for her to arrive earlier and stay later during the week.  Thank you.