---------- Forwarded message ---------

From: **Alison Franciscus** <afranciscus813@gmail.com>

Date: Sun, Jan 21, 2024, 2:27 PM

Subject: Fwd:

To: Alison Franciscus <franciscus@rite4justice.com>


---------- Forwarded message ---------

From: **Alison Franciscus** <afranciscus813@gmail.com>

Date: Wed, Jan 3, 2024, 10:52 AM

Subject: Fwd:

To: <marcy@floridaanimallawyer.com>


---------- Forwarded message ---------

From: **Bricker, Michael** <MBricker@coj.net>

Date: Mon, Nov 20, 2023, 9:33 AM

Subject: Re:

To: Alison Franciscus <afranciscus813@gmail.com>, Buffa, Franny <FBuffa@coj.net>

Good morning, Alison,

We truly value your commitment to our cause, but we want to emphasize that we're looking for individuals who share our vision of collaboration and problem-solving. As I mentioned in our face to face meeting, to create a positive and effective team, it's crucial that everyone is aligned in their efforts to help, not hinder, our mission.

While your dedication is appreciated, we haven't seen evidence of the collaborative spirit and solution-focused approach we aim for in our team.  Here at Animal Care and Protective Services, we believe in working together to overcome challenges and  and by doing that, we'll make a greater impact for the animals that we **all** care about.

If in the future you're willing to embrace a more collaborative mindset and actively contribute to finding solutions, we would love to have you back on board. Please let Franny and I know if things change and if you're willing to work **together** to make a meaningful difference for the animals in our care.

Thank you again,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652