**From:** Alison Franciscus <​‌@gmail.com>
**Sent:** Thursday, December 21, 2023 8:43 AM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** Re: Questions.

> **EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning.  I would appreciate you outlining the reasons in writing- the specifics on how I am  making staff and volunteers uncomfortable.
Additionally, i would appreciate it if you would produce the guidelines for visiting the shelter and what would constitute reasons for banning a citizen from the public animal shelter to visit the dogs.  I have never been disruptive when visiting the kennels.  I have not engaged verbally with any staff or volunteers.  I visit the dogs, provide them with approved Acps treats, then exit the premises.  When bringing  my foster in for medical appointments, I have sat in reception and made no attempt to engage with any staff or volunteers-with the exception of staff examining my foster.    I await your responses.   Thank you in advance.  Regards,

**EXHIBIT 3**