On Thu, Dec 21, 2023, 8:58 AM Bricker, Michael <[MBricker@coj.net](MBricker@coj.net)> wrote:

> Good morning, Alison,
>
> As I mentioned previously, I'd love to have a conversation with you when you're ready. Until then, you have been formally dismissed as a volunteer of Animal Care and Protective Services. You are no longer authorized in any areas of the shelter that are not public. You are not allowed to take animals in and out of the kennels, nor walk them on shelter property. If you do visit, we ask you to please be kind to all staff and volunteers, and please do not wear your ACPS Volunteer shirt. On a separate but related note, we need to discuss your foster dog as well, today. Please let me know a good time would be best for that call.
>
> All the best,
>
> **Michael Bricker**
> *Chief, Animal Care and Protective Services*
> 2020 Forest St. Jacksonville, FL 32204
> 904.778.5652
> [Jacksonville.gov/pets](Jacksonville.gov/pets)