---------- Forwarded message ---------
From: **Alison Franciscus** <afranciscus813@gmail.com>
Date: Thu, Dec 21, 2023, 9:33 AM
Subject: Re: Questions.
To: Bricker, Michael <MBricker@coj.net>


I am very confused.  Since being released as a volunteer, I have never worn my volunteer shirt, I have never taken a dog from a kennel, I have never gone in unauthorized staff or volunteer areas.  You indicated in your voice mail that I am banned from the premises because I am making staff and volunteers uncomfortable.  I need you to elaborate and clarify your statement.  As I indicated previously, I have not engaged with any staff or volunteers since my dismissal.  I request you put everything in writing so there are no misunderstandings during communications.  Regarding my foster, please indicate via email.  Is there an issue?  You have not indicated what my foster has to do with my dismissal or what the plan is moving forward.  Lastly, I do have 2 secret Santa's gift  bags at home, one for Sable and one for Barker.  How would you like these delivered to these to these deserving pups?  Please advise.