

CITY OF JACKSONVILLE, FLORIDA

## Volunteer Confidentiality Agreement

- I recognize that any and all information shared with me as part of my duties as a volunteer is confidential and shall not be divulged to unauthorized individuals, agencies, or organizations.
- I will not copy, transcribe, record, or memorize confidential information in any manner, nor disclose or use such information for any purpose other than for the limited purpose of providing the assigned services at ACPS.
- Correct, when possible, misleading or inaccurate information and representations made by others concerning ACPS policies, practices and procedures.
- Maintain and safeguard the confidentiality of all business, donor, employee, volunteer and animal records, credit and financial information and/or any information relating to the operation of the agency that is not known or readily accessible to the public.
- Refrain from using ACPS property, services or supplies for personal reasons unless given prior permission by the appropriate staff member.
- Contact the Manager of Volunteer Services if I have any questions or concerns about ACPS's policies, procedures, interpersonal communications or my volunteer responsibilities.
- In order to remain in good standing, I understand that I am required to consistently adhere to the Volunteer Code of Conduct.
- I understand that any unauthorized release of photographs taken in or around ACPS can result in dismissal from the volunteer program.
- I understand that any unauthorized release or carelessness in the handling of this confidential information is considered a breach of the duty to maintain confidentiality.
- I further understand that any breach of the duty to maintain confidentiality could be grounds for immediate dismissal.

Signature of Employee, Student, or Volunteer Date

Signature of Staff Witness Date

dt 8/29/24
Deposition Exh. 7 ID
Bricker

City Documents_0289

EXHIBIT 1



**Volunteer Code of Conduct**

By signing this agreement, I, _____, agree to the following Animal Care and Protective Services (ACPS) Volunteer Code of Conduct:

I understand that the goal of the volunteer program at ACPS is to engage and educate the public on the mission & philosophy of ACPS, to support shelter activities, and to provide supplemental care and enrichment for the lives of shelter animals and that my actions and attitudes should always further these goals. I understand that I can and should always seek guidance if I am ever unclear about the mission, philosophy or practices of ACPS.

I agree to conduct myself in an appropriate and professional manner while volunteering for ACPS.  I agree to follow ACPS policies and procedures at all times during my volunteer service. I understand that as a volunteer I am representing ACPS and will engage in professional interactions with ACPS employees, volunteers and members of the public.

I understand that ACPS welcomes & relies upon volunteer feedback. If I am ever in disagreement with any philosophy, policy or practice of ACPS, I agree to use the appropriate, established communication channels to share my concerns or feedback.

The channels are, in order:
1. Communicate first with the head of that department.
2. If I feel my concern was not addressed at this level, I will then communicate with the Manager of Volunteer Services.
3. If I feel my concern was not addressed at this level, I will then communicate it directly to the Shelter Manager.
4. If I feel my concern was not addressed at this level, I will then communicate it directly to the Division Chief.

I understand that I am responsible for reviewing all the materials given to me at orientation and trainings, including the new volunteer handbook.  If I have any questions or concerns, I agree to ask the Manager of Volunteer Services.

I know that as an ACPS volunteer, I represent the City of Jacksonville and Animal Care and Protective Services and I promise not to engage in any activity or communication that may cause harm to the reputation of ACPS.

I agree to accept supervision, direction and support from ACPS staff. I understand that they will provide me with feedback to help me perform my volunteer duties most effectively and safely, and in the best interest of the animals I am volunteering for.

I understand that failure to observe the above agreements could result in my dismissal from the volunteer program, and that I can be removed at any time at the discretion of the Manager of Volunteer Services, Division Chief or Department Director.

_____         Date_____
Volunteer Signature

_____         Date_____
Signature of Parent or Legal Guardian (For volunteers under the age of 18 only)

dt 8/29/24
Deposition Exh. 5 ID
**Bricker**

City Documents_0288

EXHIBIT 2



# Volunteer Program Handbook

## 2023

| | |
|---|---|
| REVISED DATE: 03/24/2023 | |
| REVISED BY: | |
| Franny Buffa, ACPS Manager of Volunteer Services | |

EXHIBIT 3

This Page Intentionally Left Blank.

## ACPS Volunteer Program Handbook

## *ACPS General Information & History*

### Adoption Center Hours:
Monday-Friday →12pm-7pm
Saturday & Sunday → 10am-6pm

### Volunteer Hours
Monday-Friday → 8am-7pm
Saturday & Sunday → 8am-6pm
Holidays → 8am-4pm

In 2008, the City of Jacksonville was looking to step away from its old way of doing business with Animal Care & Control and better meet the needs of the community through a new direction. With a new shelter facility under construction, the City and its community partners set out to change a broken system that was not well respected by the community or its statewide peers. That led to the hiring of a new Division Chief and the City taking a leap of faith in breaking new ground in the area of public animal sheltering and community animal control. With the support of the Mayor, City Council and an informal animal advisory committee, we began the journey to transform Animal Care & Control to the new Animal Care & Protective Services. Empowering employees, listening to the needs of the community and working to build the best working relationships with all community partners, we ventured into uncharted territories knowing doing the right thing would eventually result in success.

From a community low point where more than 3 out of 4 animals never left the shelter alive, we quickly hit a point in 2009 where the number of animals leaving the shelter alive surpassed the number that were euthanized. Each year from that point we have seen continued improvement in our community effort to reach a time where no adoptable or treatable pet should have to lose its life in a shelter. None of this would have been possible without the dedication of the employees, volunteers and fosters of ACPS and partnerships with the Jacksonville Humane Society, First Coast No More Homeless Pets and countless pet partners. In 2014 Jacksonville became one of the largest cities to achieve a 90% live release rate for animals in Jacksonville Shelters. Through hard work and dedication Jacksonville continues to strive to achieve a live release rate of 90%. Each year presents new challenges that we must meet to continue the forward momentum. The future for our pets in Jacksonville is bright, but we need to continue growing community support to achieve all of our community goals. *If any community can do it—Jacksonville can!*

## Check Out What This Community Can Do!

| SHELTER STATS | | |
|---|---|---|
| | *2007* | *2022* |
| **Intake – Total** | 24,243 | 6,274 |
| **Full Time Staffing** | 62 | 50 |
| **Part Time Staffing** | N/A | 8 |
| **Euthanasia - Total** | 19,663 | 550 |
| **Live Releases - Total** | 4,321 | 5,507 |
| **Adoption – Total** | 2,673 | 3,241 |
| **Live Release Rate** | 17.6% | 87.3% |

| VOLUNTEER HOURS | |
|---|---|
| *2014* – 6,402 | *2019* – 18,970 |
| *2015* – 12,145 | *2020* – 7,734 |
| *2016* – 13,636 | *2021* – 10,346 |
| *2017* – 13,126 | *2022* – 12,961 |
| *2018* – 17,300 | |

## ACPS Volunteer Program Handbook

# *General Guidelines & Procedures*

**Affirmative Action Policy**
- It is the policy of Employee Services to promote volunteer opportunities through affirmative action as defined in Ordinance 76-1179-663.

**Role of the Volunteer**
- Whatever a person's skill, experience, interest, or goal, it can be put to good use for the benefit of the community and the volunteer. Volunteers are a vital part of improving the quality of life in our city. Community volunteers provide both program and administrative support. Volunteer assistance will enhance and not replace paid work staff. Volunteers are expected to perform in cooperation with regular staff and to comply with City of Jacksonville and volunteer program guidelines at all times.

**Volunteer Applications and Processing**
- All City of Jacksonville volunteers must be registered with the Employee Services Department and successfully complete a background screening prior to placement. Volunteers must document 2 hours of service within 6 months of completing the background screening. Those that do not will have to undergo another background screening. Volunteers will remain active for 2 years following the date of their last hours served.

**Time Sheets**
- Volunteers must sign in and log their hours in Volgistics and/or a time sheet. This is a requirement of the city and is valuable to ACPS for obtaining grants and funding.

- When logging in to Volgistics select the correct assignment for that shift. Shifts scheduled in advance will automatically select the assignment. It is essential to select the correct assignment for reporting and recruitment purposes.

**Benefits**
- Volunteers are eligible to apply for membership in the Duval Federal Credit. Volunteers will not receive monetary compensation for their work nor have entitlement to the City's benefits package. Volunteers will not be eligible for unemployment benefits.

**Incident Reporting**
- Volunteers that sustain an injury must report it to shelter staff immediately. This includes, but is not limited to, bites (dogs and cats) and scratches (cats).
- All fights between animals must be reported to staff immediately. Do not attempt to break up a dog or cat fight. Please immediately notify a staff member that assistance it required.
- Any signs of illness in an animal should be reported to the staff using the white board located outside the volunteer room. Illnesses that present an immediate life threatening concern should be reported to staff immediately.
- Any animal behavior concerns should be reported to shelter staff immediately. Behavior slips are available in the volunteer office for your convenience.

# ACPS Volunteer Program Handbook

## *General Guidelines & Procedures*

**Infection Control/Safety**
- Do not enter animal isolation areas without staff member permission.
- To prevent infectious diseases from entering the shelter from animals in foster care, volunteers must ensure that the clothing they wear to the shelter was not worn while handling foster animals with infectious disease. Conversely, it is advised that you immediately change clothes after arriving home from the shelter before handling your own pets or foster pets.
- Volunteers must wear gloves when handling cats, kittens and puppies. Volunteers must use hand sanitizer after handling each dog.
- Do not allow animals to interact with one another. This includes allowing animals to interact at kennel doors or through fencing.

**Risk Management**
- A health screening, performed by a physician, will be required when the volunteer will participate in the same physical labor that requires a screening for regular employees. If a volunteer is injured while working at their volunteer assignment, the volunteers must report their injury to a supervisor immediately. Failure to do so may jeopardize their claim for worker's compensation benefits.
- Volunteers shall follow all rules, regulations, and laws in performing services for the City, including all safety rules and regulations applicable to their jobs. Volunteers shall always perform their jobs in a professional and safe manner.
- Volunteers are not permitted under any circumstances to operate a city motor vehicle. This includes any self-propelled vehicle with four or more wheels which is of a type, both designed and required, to be licensed/registered for use on the streets and highways of the State of Florida, including any trailer or semi-trailer for use with such vehicle, and including sedans, station wagons, jeeps, campers, mobile homes, trucks, tractors, buses, emergency vehicles (fire, police and ambulance) and semi-trailers.

**Safety and Emergency Procedures**
- For your safety and the safety of others we require you to:
    - Sign in when you arrive.
    - Sign out when you leave.
- In the event the building is evacuated due to an emergency do not leave the property without signing out with your supervisor. Your supervisor is responsible for making sure you have safely left the building and will be looking for you.

**Drugs and Alcohol in the Workplace**
- Volunteers will not unlawfully manufacture, distribute, dispense, possess, use or be under the influence of a controlled or illegal substance or alcohol on City premises or while conducting City business off City premises. Violations of this policy will result in disciplinary action up to and including termination. Violations may also have legal consequences. Volunteers, in certain circumstances, may be required to submit to drug screening prior to performing voluntary services.

**Volunteer Training**
- All volunteer positions require a minimum of one training session with an experienced volunteer or staff member. Some positions may require additional training. The Volunteer Manager will contact you to schedule your training shift/s once we have received your cleared background screening. Additional training opportunities will be offered throughout the year. We encourage volunteers to cross train and to learn different assignments.

# ACPS Volunteer Program Handbook

## *General Guidelines & Procedures*

**Representing ACPS**
- When you're serving as a volunteer for ACPS, what you say and do reflects on all aspects of ACPS. We know volunteers may have a variety of beliefs and values when it comes to animal welfare issues, and we sincerely respect and appreciate this diversity of thought.
- If there is an issue on which ACPS has not taken a position, you should remain neutral on the matter while representing ACPS. Any personal comments you make should be clearly identified as personal comments.

**Humane Euthanasia**
- In the past at ACPS, humane euthanasia often took place because of limited space. We are pleased this is no longer commonplace.
- Humane euthanasia decisions are made on a case-by-case basis following a thorough review of the animal's history. Decisions are made collaboratively across multiple departments and the ACPS leadership team.
- We kindly request that questions or concerns about an animal's euthanasia status be addressed with the volunteer manager or shelter manager.

**Communication**
- We ask that you keep us aware of any problems and pleasures you encounter with your volunteer work.  This includes extended vacations, illnesses, conflicts, transportation mix-ups, or anything that affects your volunteering or satisfaction with your volunteer assignment.
- If you have any questions or challenges regarding your volunteer assignment, please bring them to the attention of your staff supervisor or the Volunteer Manager.
- More information regarding troubleshooting communication problems can be found in the Volunteer Code of Conduct Policy.

**Volunteer Performance Support**
- Our goal is to make sure all our volunteers have a wonderful and rewarding experience at ACPS while providing the best possible care possible to the animals.  Because of that some volunteer positions offer training, support and performance feedback.
- Performance feedback sessions give ACPS staff a chance to meet with volunteers one on one to review the position description, discuss what's going well, and identify goals and areas for improvement.
- Performance support will be tracked in Volgistics under the volunteer's profile.

**Volunteer Performance Support Process:**
1. Friendly Reminder of policies and procedures
2. Verbal Warning
3. Meeting with Supervisor or Volunteer/ Shelter Manager-written warning
4. Meeting with Volunteer Manager and Shelter Manager or Division Chief-2[nd] written warning
5. 2 week probation or change in volunteer assignment
6. Dismissal

**Dismissal**
- It is rare for volunteers to be dismissed.  Most volunteers want to help and would not take the time to volunteer if they were not an asset to the department.  If there is a problem with a volunteer the Volunteer Performance Support Process will help guide the resolution of problems with volunteers.
- Volunteers, like paid staff, may be placed on probation or dismissed from service if they violate any of the Policies, Procedures and/or Guidelines as set forth in the ACPS Volunteer Program Handbook.

# ACPS Volunteer Program Official Policy:

## *Code of Conduct*

- ACPS volunteers understand that their role as a volunteer is to educate the public on the mission & philosophy of ACPS, to support shelter activities, and to provide supplemental care and enrichment for the lives of shelter animals and that my actions and attitudes should always further these goals.
- Volunteers understand that they can and should always seek guidance if they are ever unclear about the mission, philosophy, or practices of ACPS.
- Volunteers will conduct themselves in an appropriate and professional manner while volunteering for ACPS.
- Volunteers will follow ACPS policies and procedures during their volunteer service.
- Volunteers understand that they are representing the City of Jacksonville and ACPS and will engage in professional interactions with ACPS employees, City of Jacksonville employees, vendors, volunteers, and members of the public.
- Volunteers will not engage in any activity or communication that may cause harm to the reputation of ACPS.
- Volunteers understand that ACPS welcomes & relies upon volunteer feedback. If a volunteer is ever in disagreement with any philosophy, policy, or practice of ACPS, they agree to use the appropriate, established communication channels to share my concerns or feedback.
  - The channels are, in order:
    - Volunteer will communicate their concerns with the Manager of Volunteer Services.
    - If the volunteer feels their concern was not addressed by the Manager of Volunteer Services, they will then communicate it directly to the Shelter Manager.
    - If the volunteer feels their concern was not addressed by the Shelter Manager, they will then communicate it directly to the Division Chief.
- Volunteers understand that they are responsible for reviewing all the materials given to them at orientation and trainings, including the volunteer handbook.  If volunteers have any questions or concerns, they agree to ask the Manager of Volunteer Services.
- Volunteers understand the teamwork-oriented nature of working in and around ACPS. They will accept supervision, direction, and support from ACPS staff as needed to support team goals and to help them perform their volunteer duties effectively, safely, and in the best interest of the animals at ACPS.
- Volunteers will follow staff direction and signage throughout the shelter at all times. This includes but is not limited to the following:
  - Kennel signage (e.g., Purple Paws Protocols, Medical Directives (Pink Signage), Quarantine, Enrichment Feeding)
  - Electronic communications (e.g., email, Facebook Messenger)
  - Volunteer Activity Tracking Log Statuses (e.g., No Volunteer Walks, Purple Paws)
  - Any other staff directive.
- Volunteers will adhere to all policies stated within the ACPS Volunteer Handbook to remain a volunteer in good standing at ACPS.

- Volunteers understand that failure to observe the above conduct guidelines may result in my dismissal from the volunteer program, and that they can be removed at any time at the discretion of the Manager of Volunteer Services, Division Chief or Department Director.

# ACPS Volunteer Program Official Policy:

## *Confidentiality*

- Volunteers may be exposed to confidential or sensitive information related to staff, volunteers, adopters, citizens, investigations, official ACPS business, and other persons or entities with whom ACPS conducts official business.
- For any previously aforementioned individual or entity, confidential information includes, but is not limited to:
    - o Personal Identifiable Information
    - o Personal Health Information
    - o Financial transactions & information.
    - o Adoption transactions & information.
    - o Rabies licensing transactions & information.
    - o Animal Code Enforcement Activity
    - o Criminal Complaints
    - o Any other information relating to the operation of the agency that is not known or readily accessible to the public.
- Volunteers understand that their access to, or use of, confidential information is limited to the scope of their role as a volunteer at ACPS.
- Volunteers will not retain any confidential or sensitive information in any format. This includes, but is not limited to, copying, transcribing, recording, photographing, or memorizing confidential information.
- Volunteers will not take and release into the public realm photographs of ACPS property, grounds, or common areas such as the volunteer office without express written permission.
- Volunteers will follow established City of Jacksonville public records request policies should they desire to access and/or share specific information regarding ACPS operations, statistics, daily activities, etc.
- Volunteers will not use ACPS property, services or supplies for personal reasons.
- Volunteers will not use ACPS property to divulge confidential information.
- Volunteers understand that there is a zero-tolerance policy for breach of confidentiality regarding disclosure of confidential information. A breach in any format of the confidentiality policy will result in immediate dismissal.

# ACPS Volunteer Program Official Policy:

## *Social Media*

Online communication tools such as blogs and social media networks (e.g., Facebook, Twitter and Instagram) are becoming the go-to channels for people who are interested in keeping up with ACPS and our many efforts to save animals lives. For that reason, and because your behavior as a volunteer reflects on ACPS, please use good judgment whenever you contribute to ACPS's social media pages. We encourage volunteers to join online conversations and spread the word about ACPS and the animals, but you should never speak as an official representative of ACPS.

When you are engaging with others via social media on behalf of ACPS, please keep in mind the following:

- The ACPS Foster Communication Page and The 2020 Page, on Facebook, are closed groups. Any content shared on these pages is not to be shared outside of these groups without management approval.
- **Volunteers/Fosters may not represent themselves as a spokesperson for the City**.
- If any City business, functions or activities are the focus or subject of the communication, the speaker should make it clear that the communication is his or her opinion and in no way represents the position or interests of the City, employees, contractors and other persons working on behalf of the City, or citizens.
- If the City, your volunteer work for the City, or subjects associated with the City or your volunteer work for the City, is a subject of the online content you are creating you must make it clear that you are not speaking on behalf of the City. **Include a disclaimer, such as, "The postings on this site are my own and do not necessarily reflect the views of the City of Jacksonville or its representatives."**
- Do not promote animals for adoption that are not currently listed as available.
- Any information regarding the euthanasia status of a particular animal, or in general, must be confirmed with the Volunteer Manager, Shelter Manager, Animal Placement Supervisor or Division Chief prior to posting requests on social media. "Urgent" posts must be approved by the Shelter Manager.
- Be accurate: Make sure you check your facts with a staff member who's involved with the issue before posting. Take every precaution to gather the most current information available. Be the first to acknowledge and correct your own mistakes.
- Provide resources: Link back to our website whenever you can so that people can see where your information is coming from.
- Be considerate: Please do not use profanity, derogatory language or personal attacks, or engage in any other inappropriate conduct.
- Be professional: Do not allow legitimate online explanation of a position or debate to devolve into personal attacks, fights or flame wars that would reflect poorly on you or ACPS. If you have any doubts about the appropriateness of your involvement in an online discussion, please disengage or do not get involved in the first place. Pass along the link to the volunteer manager.
- Protect sensitive information: Protect ACPS' confidential and proprietary information as well as the personal information of others. Get permission to use copyrighted content such as photos or videos. Do not disclose personal information about co-workers, volunteers, or former employees.
- You are encouraged and welcome to use your own social media platforms to help promote adoptable animals, events, volunteer opportunities, advocacy, outreach and more. However, ACPS volunteers are prohibited from starting any new social media properties that represent the organization. If you have any questions about this, please contact the volunteer manager.

## ACPS Volunteer Program Official Policy:

# *Dress Code*

- Volunteers must wear an ACPS volunteer t-shirt or ACPS smock. Smocks are available to wear during your shift in the volunteer room at no cost.
- Volunteer T-shirts are provided at no cost after 10 hours of service.
- Closed toed shoes that are skid-proof are required for all volunteers.
- Long pants or jeans are recommended. Shorts may be worn but should be mid length.

## ACPS Volunteer Program Official Policy:

# Communication & Promotion of ACPS Services/Programs in The Community

### ACPS Contacts - Public

When using social media to promote animals, fosters, general shelter activities, etc., please use the following contacts to get information as well as to share with members of the public.

- **Foster Office – acpsfosters@coj.net**
  - USE FOR: All foster program related questions. Specifically, any animals shared on ACPS Foster Communication Page, underage fosters, medical fosters, behavior fosters, urgent dog fosters, etc.
- **Behavior Office – animalbehavior@coj.net**
  - USE FOR: Questions from community regarding concerns, issues, etc. with ACPS animals in homes. Can also be used for behavior assistance with any other animals and ending behavior notes about animals in shelter.
- **Placement Team – jaxpets@coj.net**
  - USE FOR: General shelter inquiries, adoption inquiries, sleepover inquiries, donation offers/requests, dog day out program, foster for space program, vaccine appointment requests, etc. Also use to share photos for Facebook, animal profiles, happily ever after stories, etc.
- **Pet Safety Net – petsafetynet@coj.net**
  - USE FOR: Inquiries regarding rehoming or surrendering animals, requests for assistance to keep animals in a home (medical, supplies, etc.)
- **Volunteer Program – acpsvolunteers@coj.net**
  - USE FOR: All questions related to volunteering at ACPS including individual volunteers, group/corporate volunteers, student volunteers, etc.
- **Animal Code Enforcement – myjax.custhelp.com**
  - USE FOR: All questions related to stray animals, injured animals, TNR, cruelty/neglect, nuisance, breeders, bites, etc.
- **Rescue/Placement Coordinator – mpeacock@coj.net**
  - USE FOR: Referring rescue contacts for possible animal rescue/pull.

### ACPS Contacts – Not to Be Shared With Public

**Shelter/Volunteer Program Concerns – mgallo@coj.net and/or fbuffa@coj.net.**
    USE FOR: Ideas! Issues or concerns about shelter programs, conditions, procedural problems, etc.

**Facebook Messenger**
    USE FOR: **_Brief_** communications with shelter staff to shelter staff Facebook profiles (e.g. Franny ACPS-Buffa, Marci Gallo, Misti ACPS, etc).
    NOTES:
- Staff is not expected to respond to messages sent to the shelter Facebook profiles on their days off.
- Not all ACPS staff have a shelter-specific Facebook profile and those that do may or may not use Messenger.
- Staff is **never** expected to respond shelter-related messages sent to their personal Facebook profiles.
- Facebook Messenger should never be used in emergency situations.
- Not to be suggested as method for public to communicate with staff.

## ACPS Volunteer Program Handbook

## *Frequently Asked Questions – ACPS*

**How many adoptable pets and cages are there?**

There are 264 dog kennels that are divided between 10 runs.
- AD Blue, AD Yellow, A, B, C, D, E, F, and I runs are open to the public.
- The public is encouraged to walk through each run to look for stray animals and to look at dogs available for adoption.
- G Run is CLOSED to the public.

There are 98 cat kennels that are divided between 4 cat rooms and the lobby kennels.
- Rooms 3, 7, & 8 are closed to the public. These rooms house a variety of cats including those that are underage and waiting on fosters, waiting for spay/neuter surgery, on quarantine, receiving medical treatment, and that may have non-zoonotic contagious conditions such as calicivirus, scabies, and lice.
- Room 2 is closed to the public. This room houses cats and kittens that are being treated for ringworm. Ringworm is a contagious, zoonotic fungus that is highly transmissible. Full PPE must be worn to enter room.
- Lobby kennels house cats and kittens that are available for adoption.

**Why are some animals not available for adoption?**
There are several reasons why an animal may not be available for adoption. Some of the reasons include, but are not limited to:
- The animal has not completed their stray hold. This is the 6-day time period placed on all dogs over 6 months of age that are brought in as a stray to allow time for owners to find and reclaim pets.
- The animal is on quarantine. The Department of Health requires that any animal that has bitten and broken skin in the past 10 days be quarantined. This is to ensure that the animal did not have rabies at the time of the bite.
- The animal requires additional medical or behavioral evaluation and/or treatment.
- The animal is part of an ongoing investigation.

**What does it mean when the shelter is full?**
If the shelter is full, it means that all the kennels have animals in them. When the dog kennels are full, we can temporarily create additional space by closing the guillotines in the dog runs, or "doubling" kennels. This is a temporary solution and when this happens the shelter will start to work quickly to place dogs through adoption specials, foster placement and transfers to other organizations.

**How much does it cost to adopt an animal from ACPS?**
Adoption prices vary throughout the year. Current prices are available on the ACPS website, posted in the volunteer office, and from placement staff.

**What does an animal have done before adoption?**
Animals adopted from ACPS are:
- Spayed or neutered.
- Microchipped
- Current on age-appropriate vaccinations, including rabies vaccination.
- Current on heartworm preventative (dogs).
- Given intestinal dewormer at intake.
- Heartworm tested (dogs).
- Assessed medically and treated or receiving treatment for acute and/or chronic conditions.

## ACPS Volunteer Program Handbook

# *Frequently Asked Questions – Animal Handling*

**Which animals are volunteers allowed to handle?**

- Cats: Volunteers may handle all cats/kittens if infection control protocols are followed. Caution should be exercised when handling all cats. Scratches that break skin must be reported to a supervisor.
- Dogs: Volunteers are provided a daily list of animals in each run. The list is posted in the volunteer office each morning. Volunteers may handle all animals that are not noted as "No Volunteer Walks."
- Volunteers should exercise caution and respect their personal limits for handling dogs.

**Why is it important to respect my personal limits for handling animals? Why might I choose not to handle an animal?**

- **ANIMAL HANDLING GOLDEN RULE: KNOW YOUR LIMITS. IF YOU DO NOT FEEL COMFORTABLE AND CONFIDENT HANDLING AN ANIMAL, ERR ON THE SIDE OF CAUTION AND DON'T DO IT.**
- Everyone WILL have off days. Be aware of your own limitations so you do not endanger yourself, another person, or an animal.
- Safety first! Pushing your limits can create a situation where you are more likely to be injured by an animal. Even minor, accidental, provoked (stress, excitement, etc.) injuries that involve broken skin require extending the animal's stay in the shelter by 10 days for the quarantine period. Let's avoid that and get them home as quickly as possible!
- You are always welcome to offer treats or enrichment to animal that you do not feel comfortable handling. 😊

**What tools/supplies do I need to volunteer?**
- Time, patience, and a good attitude!
- Any other supplies that you need are likely, but not guaranteed, to be available in the volunteer office.
- Common tools/supplies used by dog volunteers are:
  - Rope slip lead
  - Treat pouch/utility apron
  - Poop bag dispenser/Poop Bags
  - Pupperoni/Soft Treats
  - Training clicker
  - Chain leash
- Common tools/supplies used by cat volunteers are:
  - Catnip
  - Cat treats
  - Bear-claw style back scratchers

**Can I take ACPS dogs into the community?**
- Volunteers may walk dogs with a secure leash and/or Easy-Walk harness around the shelter property during normal volunteer hours.
- Volunteers may take dogs on field trips/into the community during posted hours for the Dogs Around Duval program.
  - Monday – Friday; 12pm – 6pm
  - Saturday – Sunday; 10am – 5pm

# ACPS Volunteer Program Handbook

## *Frequently Asked Questions – Volunteering, Etc.*

**What are the hours for volunteering?**
- Volunteer hours are as follows:
  - Monday – Friday; 8am – 7pm
  - Saturday – Sunday; 8am – 6pm
  - Holiday; 8am – 4pm
- Volunteers must finish what they are doing and exit the building by the posted end time for the day.
- Any changes to hours will be posted in The 2020 Team on Facebook, the volunteer office, and by email.

**Can I do Court-Ordered Community Service at ACPS?**
- No, we are not currently set up as a court-ordered community service provider.

**Can I do volunteer/community service hours for my school at ACPS?**
- Yes, we are happy to have students perform volunteer hours for various academic obligations at ACPS.

**How often do I have to come?**
- We are always happy to have volunteers at ACPS!
- Your schedule is determined by your availability.
- You are not obligated to perform a certain number of hours to maintain your status as a volunteer.
- There is no minimum or maximum to the amount of time you volunteer to ACPS, but your volunteer time must be performed during volunteer hours.

**Can I work in more than one area of the shelter?**
- Yes! ACPS thrives on teamwork. We are very happy to have volunteers trained in multiple areas!

**Can I foster for ACPS?**
- Yes! Volunteers are welcome to foster for ACPS. Please note that the foster program is separate from the volunteer program. All foster program rules and policies must be adhered to while fostering.

# ACPS Volunteer Program Handbook

## Shelter Map



# ACPS Volunteer Program Handbook

## *Sample Volunteer Opportunities*

There are many different roles that volunteers can fill at ACPS.  Our work at ACPS is team-based and collaborative, and as a result, volunteers often start in one area of the shelter and then learn to work in other areas of the shelter. These descriptions are brief – we can't wait to show you and tell you more!

**Placement Team**
Help adopters find their perfect match! Assist with interactions and adoption counseling at the shelter and at off-site adoption events.

**Dog Socializing, Exercise, and Care Team**
Walk and socialize dogs that are being held at ACPS. This is done in play yards, around the ACPS neighborhood, and within in the community.

**Cat Socializing, Exercise, and Care Team**
Provide in kennel enrichment and socialization to available cats and kittens. Assist the kennel assistants with spot cleaning and feeding.

**Social Media Team**
Are you a photographer, marketing genius or social media "influencer"? If so we need you! Help the dogs and cats find their home by taking professional photos, writing engaging bios and social media posts, creating posters and any other way you can think of to create a buzz and promote our pets.

**Veterinary Team**
Assist veterinary staff with animal husbandry, exams, post-surgical monitoring, sterile pack and prep, cleaning, and more.

**Foster Team**
Assist the foster team cares for underage kittens and puppies until they go into foster through helping with daily foster office activities, vaccine clinics, feeding underage animals, stocking, cleaning, and more.

**Advanced Dog Handling Team**
Assist the ACPS behavior coordinators with getting to know some of the most unique animals at ACPS and help prepare them for adoption. Tasks include walking, handfeeding, observing, providing enrichment and more.

**Playgroup Team**
Assist with getting animals to and from playgroups, monitoring dogs in playgroup, keeping playgroup area clean, keeping playgroup supplies stocked.

**Enrichment Team**
Help us keep our cat and dog friends busy! Assist with cleaning, preparing, and distributing enrichment items. Monitor enrichment supply stock.

## <u>ACPS Volunteer Program Handbook</u>

## *Next Steps for Prospective Volunteers!*

- Obtain a background check from City of Jacksonville at City Hall
  - o Address: 117 West Duval St. Suite 100
  - o Monday – Friday 9:00am to 4:00pm

- Once we have received notification of your cleared background screening you will receive an email with the steps to create an account in the volunteer information network and a short questionnaire to help us get to know you better.

- We will reach out to you via email to schedule your first training/shadowing session(s).

- If you have any additional questions, please email us! ACPSVolunteers@coj.net

- Like ACPS on Facebook! www.facebook.com/jaxanimalcare

- Follow Us on Instagram: @jaxacps

**Alison f.**
Jacksonville, FL • 24 Oct • Edited • 🌐

🐾 👆 💜 🐾 PUPDATE Please say a prayer that the foster application goes through in time!! Following the plea for Fancy, A beautiful young woman who has a 9yr old lab and 9 month old lab has put in a foster application for Fancy! Without neighbors whose hearts know no bounds, this wouldn't be possible!! I am ugly crying happy tears. 🐾 💔 🥹 🐕 I AM SENDING OUT A PLEA. FANCY IS ON THE EUTHANASIA LIST!!! As many are aware, senior pups don't do well in shelters. Fancy is one of those seniors. Brought into ACPS in September, this 10 yr Olds health is rapidly declining. Is there anyone out there willing to take her out for a last fling to show her she is loved and humans do care? I am not asking anyone to adopt or even foster (although that would be a godsend) just someone whose heart cannot bear to see this lovely little lady die alone and that her life did mean something.



I am a spayed female, black and tan Mixed breed.

The shelter staff think I am about 10 years old.

I have been at the shelter since Sep 13, 2023.

This information was refreshed 18 minutes ago and may not represent all

♡ 23    💬 11

EXHIBIT 4

From: **Bricker, Michael** <MBricker@coj.net>
Date: Mon, Nov 20, 2023, 9:33 AM
Subject: Re:
To: Alison Franciscus <                    @gmail.com>, Buffa,
Franny <FBuffa@coj.net>


Good morning, Alison,

We truly value your commitment to our cause, but we want
to emphasize that we're looking for individuals who share
our vision of collaboration and problem-solving. As I
mentioned in our face to face meeting, to create a positive
and effective team, it's crucial that everyone is aligned in
their efforts to help, not hinder, our mission.

While your dedication is appreciated, we haven't seen
evidence of the collaborative spirit and solution-focused
approach we aim for in our team.  Here at Animal Care and
Protective Services, we believe in working together to
overcome challenges and  and by doing that, we'll make a
greater impact for the animals that we **all** care about.

If in the future you're willing to embrace a more
collaborative mindset and actively contribute to finding
solutions, we would love to have you back on board. Please
let Franny and I know if things change and if you're willing
to work **together** to make a meaningful difference for the
animals in our care.

EXHIBIT 5

Thank you again,

**Michael Bricker**

*Chief, Animal Care and Protective Services*

2020 Forest St. Jacksonville, FL 32204

904.778.5652

[Jacksonville.gov/pets](Jacksonville.gov/pets)

---

**From:** Alison Franciscus <                    @gmail.com>
**Sent:** Saturday, November 18, 2023 8:55 PM
**To:** Bricker, Michael <[MBricker@coj.net](mailto:MBricker@coj.net)>; Buffa, Franny
<[FBuffa@coj.net](mailto:FBuffa@coj.net)>
**Subject:**

| |
|---|
| **EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe. |

Please let me know your position on my returning as a volunteer.  Lucy will have a lot more free time through December and if my services are no longer wanted, I can make arrangements for her to arrive earlier and stay later during the week.  Thank you.

## <u>ACPS Volunteer Program Handbook</u>

# *General Guidelines & Procedures*

**Volunteer Performance Support Process:**
1. Friendly Reminder of policies and procedures
2. Verbal Warning
3. Meeting with Supervisor or Volunteer/ Shelter Manager-written warning
4. Meeting with Volunteer Manager and Shelter Manager or Division Chief-2nd written warning
5. 2 week probation or change in volunteer assignment
6. Dismissal

**Dismissal**
- It is rare for volunteers to be dismissed.  Most volunteers want to help and would not take the time to volunteer if they were not an asset to the department.  If there is a problem with a volunteer the Volunteer Performance Support Process will help guide the resolution of problems with volunteers.
- Volunteers, like paid staff, may be placed on probation or dismissed from service if they violate any of the Policies, Procedures and/or Guidelines as set forth in the ACPS Volunteer Program Handbook.

EXHIBIT 6

| | |
|---|---|
| **From:** | Bricker, Michael |
| **To:** | Gallo, Marcy |
| **Subject:** | Re: Issue |
| **Date:** | Wednesday, November 22, 2023 2:41:37 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | Outlook-eqou0xpu.png |

Oh wow. That makes it even worse.

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**From:** Gallo, Marcy <MGallo@coj.net>
**Sent:** Wednesday, November 22, 2023 2:17 PM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: Issue

FYI the people passing out treats was Allison Franciscus and her friend.

**Marcy Gallo**
*Shelter Manager, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.255.7376
Jacksonville.gov/pets



**From:** Bricker, Michael <MBricker@coj.net>
**Sent:** Wednesday, November 22, 2023 2:12 PM
**To:** Duren, Sarah Anne <SDuren@coj.net>; Willson, Jaime <JaimeW@coj.net>; Hidenrite, Lindsey <LHidenrite@coj.net>; Gallo, Marcy <MGallo@coj.net>
**Subject:** Re: Issue

I agree. This is an issue. Have we addressed this on any level prior?

**EXHIBIT 7**

From: **Alison Franciscus** <                    @gmail.com>
Date: Wed, Dec 13, 2023, 9:26 AM
Subject: CONGRATULATIONS!!!
To: <KAmaro@coj.net>, <RandyWhite@coj.net>, <MGay@coj.net>, <WLahnen@coj.net>,
<KCarrico@coj.net>, <joecarlucci@coj.net>, <MBoylan@coj.net>, <JPeluso@coj.net>,
<TClarkMurray@coj.net>, <JPittman@coj.net>, <AriasR@coj.net>, <RDiamond@coj.net>,
<TFreeman@coj.net>, <NHowland@coj.net>, Matthew <MCarlucci@coj.net>, <ChrisMiller@coj.net>,
<rahman@coj.net>, <RGaffneyJr@coj.net>

I see that ZERO has been allocated to ACPS. These pictures represent a day in the life of our some of
our homeless pets at ACPS.  Take a look.  This is how you have our homeless pets housed.   No
improvements for this facility. No additional staffing. Once again, you have ignored our homeless pet
population. While all of you all can go back to your nice comfortable homes, our homeless ACPS pets
live in darkness and squalor. I was dismissed as a volunteer because I had the audacity to go public
with the utter deficiencies and horrendous conditions at our city run shelter. It appears that the city
would rather hide the truth from the public and pretend the horrible conditions do not exist. I am not
going away. The angry citizens are not going away. The pictures of these dogs are not going away.
When will you have some humanity and give these homeless pets some basic comforts? It's time for
an independent individual to come in and assess the situation at ACPS. I am angry and disgusted with
our so called city leaders.

EXHIBIT 8

| | |
|---|---|
| **From:** | O"Leary, Kelli |
| **To:** | Bricker, Michael |
| **Subject:** | FW: CONGRATULATIONS!!! |
| **Date:** | Wednesday, December 13, 2023 2:43:11 PM |

FYI.

This is one of our regular citizens that provides her opinion.  If we need to meet on this we can tomorrow to game plan after our 1pm.  I assume these are older pics?

**From:** Webber, Sheri <SheriW@coj.net>
**Sent:** Wednesday, December 13, 2023 2:40 PM
**To:** O'Leary, Kelli <KelliO@coj.net>; Perry, Phillip <PPerry@coj.net>
**Subject:** FW: CONGRATULATIONS!!!

FYI

**From:** Armstrong, Cory <CoryA@coj.net>
**Sent:** Wednesday, December 13, 2023 2:28 PM
**To:** Webber, Sheri <SheriW@coj.net>
**Cc:** Delaney, Bill <WDelaney@coj.net>
**Subject:** FW: CONGRATULATIONS!!!

Just FYI.

**From:** Alison Franciscus <                    @gmail.com>
**Sent:** Wednesday, December 13, 2023 9:27 AM
**To:** Amaro, Ken <KAmaro@coj.net>; White, Randy <RandyWhite@coj.net>; Gay, Mike <MGay@coj.net>; Lahnen, Will <WLahnen@coj.net>; Carrico, Kevin <KCarrico@coj.net>; Carlucci, Joe <JoeCarlucci@coj.net>; Boylan, Michael <MBoylan@coj.net>; Peluso, Jimmy <JPeluso@coj.net>; Clark Murray, Tyrona <TClarkMurray@coj.net>; Pittman, JuCoby <JPittman@coj.net>; Arias, Raul <AriasR@coj.net>; Diamond, Rory <RDiamond@coj.net>; Freeman, Terrance <TFreeman@coj.net>; Howland, Nick <NHowland@coj.net>; Carlucci, Matthew <MCarlucci@coj.net>; Miller, Chris <ChrisMiller@coj.net>; Johnson, Rahman <Rahman@coj.net>; Gaffney, Reggie Jr <RGaffneyjr@coj.net>
**Subject:** CONGRATULATIONS!!!

| |
|---|
| **EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe. |

I see that ZERO has been allocated to ACPS. These pictures represent a day in the life of our some of our homeless pets at ACPS.  Take a look.  This is how you have our homeless pets housed.   No improvements for this facility. No additional staffing. Once again, you have ignored our homeless pet

population. While all of you all can go back to your nice comfortable homes, our homeless ACPS pets live in darkness and squalor. I was dismissed as a volunteer because I had the audacity to go public with the utter deficiencies and horrendous conditions at our city run shelter. It appears that the city would rather hide the truth from the public and pretend the horrible conditions do not exist. I am not going away. The angry citizens are not going away. The pictures of these dogs are not going away. When will you have some humanity and give these homeless pets some basic comforts? It's time for an independent individual to come in and assess the situation at ACPS. I am angry and disgusted with our so called city leaders.























**Alison f.**
Jacksonville, FL • 13 Dec • Edited • ⊕

···

WHERE IS ACPS IN THE 25 MILLION DOLLAR BUDGET JUST PASSED??? HINT: NOWHERE! ONCE AGAIN THE LAND OF FORGOTTEN HOMELESS PETS AT ACPS. DO THESE PICTURES LOOK LIKE LIVABLE CONDITIONS? so congratulations Mayor Deegan and city council. Go get your photo ops while our homeless pet population get these photo ops while living in squalor. If you are as angry as i am, please email city council and the mayor and let them know how you feel.        MayorDonnaDeegan@coj.net

KAmaro@coj.net;
RandyWhite@coj.net;
MGay@coj.net;
WLahnen@coj.net;
KCarrico@coj.net;
joecarlucci@coj.net;
MBoylan@coj.net;
JPeluso@coj.net;
TClarkMurray@coj.net;
JPittman@coj.net;
AriasR@coj.net;
RDiamond@coj.net;
TFreeman@coj.net;
NHowland@coj.net; MCarlucci@coj.net;
ChrisMiller@coj.net;
rahman@coj.net;
RGaffneyJr@coj.net



Edited · ⊕











| | |
|---|---|
| **From:** | Rawls, Rebecca |
| **To:** | Buffa, Franny; Bricker, Michael; Gallo, Marcy; Morris, Khristina; Grauvogl, Misty; Higginbotham, Kenneth; Hewes, Megan; Willson, Jaime; Hidenrite, Lindsey; Currey, Robert; Gibson, Mark |
| **Subject:** | RE: Volunteer Dismissal |
| **Date:** | Thursday, December 21, 2023 11:12:39 AM |
| **Attachments:** | image001.png |

Do you have a photo of what she looks like? Not sure who she is.

**From:** Buffa, Franny <FBuffa@coj.net>
**Sent:** Wednesday, December 20, 2023 6:17 PM
**To:** Bricker, Michael <MBricker@coj.net>; Gallo, Marcy <MGallo@coj.net>; Rawls, Rebecca
<RawlsR@coj.net>; Morris, Khristina <KMorris@coj.net>; Grauvogl, Misty <MGrauvogl@coj.net>;
Higginbotham, Kenneth <Higginbo@coj.net>; Hewes, Megan <MHewes@coj.net>; Willson, Jaime
<JaimeW@coj.net>; Hidenrite, Lindsey <LHidenrite@coj.net>; Currey, Robert <RCurrey@coj.net>;
Gibson, Mark <MarkG@coj.net>
**Subject:** Volunteer Dismissal

Hello -

Allison Franciscus has been formally dismissed. She is no longer authorized in any areas of
the shelter that are not public. She is not allowed to take animals in and out of the kennels,
nor walk them on shelter property.

Please alert me, Mike, or Marcy if she creates any problems.

Thank you,

Franny

**Franny Buffa, MPP**

*Volunteer Program Manager,*  Animal Care & Protective Services

2020 Forest Street, Jacksonville, FL 32204

Office: (904) 255-7366

Cell: (904) 813-5658

www.jacksonville.gov/pets



<div align="right">

EXHIBIT 9

</div>

On Thu, Dec 21, 2023, 8:58 AM Bricker, Michael <MBricker@coj.net> wrote:

> Good morning, Alison,
>
> As I mentioned previously, I'd love to have a conversation with you when you're ready. Until then, you have been formally dismissed as a volunteer of Animal Care and Protective Services. You are no longer authorized in any areas of the shelter that are not public. You are not allowed to take animals in and out of the kennels, nor walk them on shelter property. If you do visit, we ask you to please be kind to all staff and volunteers, and please do not wear your ACPS Volunteer shirt. On a separate but related note, we need to discuss your foster dog as well, today. Please let me know a good time would be best for that call.
>
> All the best,
>
> **Michael Bricker**
> *Chief, Animal Care and Protective Services*
> 2020 Forest St. Jacksonville, FL 32204
> 904.778.5652
> Jacksonville.gov/pets

---

**EXHIBIT 10**

**From:** Alison Franciscus <                    @gmail.com>
**Sent:** Thursday, December 21, 2023 8:43 AM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** Re: Questions.

---

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Good morning.  I would appreciate you outlining the reasons in writing- the specifics on how I am  making staff and volunteers uncomfortable.
Additionally, i would appreciate it if you would produce the guidelines for visiting the shelter and what would constitute reasons for banning a citizen from the public animal shelter to visit the dogs.  I have never been disruptive when visiting the kennels.  I have not engaged verbally with any staff or volunteers.  I visit the dogs, provide them with approved Acps treats, then exit the premises.  When bringing  my foster in for medical appointments, I have sat in reception and made no attempt to engage with any staff or volunteers-with the exception of staff examining my foster.     I await your responses.   Thank you in advance.  Regards,

From: **Alison Franciscus** <                    @gmail.com>
Date: Thu, Dec 21, 2023, 9:33 AM
Subject: Re: Questions.
To: Bricker, Michael <MBricker@coj.net>


I am very confused.  Since being released as a volunteer, I
have never worn my volunteer shirt, I have never taken a
dog from a kennel, I have never gone in unauthorized staff
or volunteer areas.  You indicated in your voice mail that I
am banned from the premises because I am making staff
and volunteers uncomfortable.  I need you to elaborate and
clarify your statement.  As I indicated previously, I have not
engaged with any staff or volunteers since my dismissal.  I
request you put everything in writing so there are
no misunderstandings during communications.  Regarding
my foster, please indicate via email.  Is there an issue?  You
have not indicated what my foster has to do with my
dismissal or what the plan is moving forward.  Lastly, I do
have 2 secret Santa's gift  bags at home, one for Sable and
one for Barker.  How would you like these delivered to
these to these deserving pups?  Please advise.

Case 3:24-cv-00212-HES-PDB    Document 19-1    Filed 10/31/24    Page 49 of 50 PageID 265
ALISON FRANCISCUS vs CITY OF JACKSONVILLE                                          30(b)(6)
Bricker, 30(b)(6) Michael on 08/29/2024

1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
2                       JACKSONVILLE DIVISION

3

4    ALISON FRANCISCUS,

5             Plaintiff,

6    v.                        CASE NO. 3:24-cv-00212-HES-PDB

7    CITY OF JACKSONVILLE, FLORIDA,
     a political subdivision created
8    pursuant to the Florida
     Constitution and laws of the
9    State of Florida,

10            Defendant.
     _____/
11

12         DEPOSITION OF RULE 30(b)(6) DESIGNATED
              REPRESENTATIVE, MICHAEL BRICKER
13

14         DATE:      Thursday, August 29, 2024

15         TIME:      9:30 a.m. to 5:36 p.m.

16         PLACE:     Office Of General Counsel
                      117 West Duval Street
17                    Suite 480
                      Jacksonville, Florida 32202
18

19      Examination of the witness taken before:

20           Denice C. Taylor, FPR
          Notary Public, State of Florida
21

22

23         FIRST COAST COURT REPORTERS
            2442 ATLANTIC BOULEVARD
24        JACKSONVILLE, FLORIDA 32207
               (904)396-1050
25           firstcoastcr.com

ALISON FRANCISCUS vs CITY OF JACKSONVILLE                          30(b)(6)
Bricker, 30(b)(6) Michael on 08/29/2024                          Page 111

1  policy for the volunteers where it does specifically,
2  you know, talk about the spreading of false
3  information to -- that would hurt the reputation of
4  ACPS.  So we do have a social media policy, yes.
5      Q    So that's the same -- that's the policy we
6  were talking about?
7      A    No.  Actually, it is -- it is two separate
8  policies.  So the social media policy would speak to
9  what she did online, but there is a policy regarding
10 the spreading of false information in general.
11         So the social media policy and the spreading
12 of false information are -- are separate.
13     Q    But the policies are about the same conduct,
14 according to you.  The policy is one about spreading
15 what you contend is false information --
16     A    Uh-huh, yes.
17     Q    -- and that is spreading it either on social
18 media or in other instances?
19     A    Yes
20     Q    It also states in the City's supplemental
21 answers to interrogatory No. 2 that the shelter
22 leadership participated in the news story.
23         Do you see that?
24     A    Yes.
25     Q    And that news story is the one we discussed