# EXHIBIT 4

Declaration of Michael Bricker

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALISON FRANCISCUS,

     Plaintiff,

v.                                                   Case No.: 3:24-cv-212-HES-PDB

CITY    OF    JACKSONVILLE,
FLORIDA, a political subdivision
created pursuant to the Florida
Constitution and laws of the State of
Florida,

     Defendant.

_____/

## DECLARATION OF MICHAEL BRICKER

1.   My name is MICHAEL BRICKER and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2.   In the course of drafting this declaration, I reviewed the following documents to refresh my recollection of the events surrounding Alison Franciscus' time volunteering at and dismissal from ACPS:

    a. Attach. A, Euthanasia Record

    b. Attach. B, Volunteer Handbook

    c. Attach. C, NextDoor Post (11/4/23)

    d. Attach. D, Pamela Love email (11/7/23)

e. Attach. E, Email Exchange (11/7-8/23)

f. Attach. F, News story request (11/9/23)

g. Attach. G, News preparation documents

h. Attach. H, Concerned citizen emails 1

i. Attach. I, News story debriefing

j. Attach. J, Franciscus email (11/18/23)

k. Attach. K, Email response (11/20/23)

l. Attach. L, Concerned citizen emails 2

m. Attach. M, NextDoor Post (12/13/23)

n. Attach N.  Franciscus email (12/13/23)

o. Attach. O, Buffa message (12/16/23)

p. Attach. P, NextDoor Post (12/15/23)

q. Attach. Q, Jacham email (12/18/23)

r. Attach. R, NextDoor Post (12/17/23)

s. Attach. S, NextDoor Posts naming Stiles

t. Attach. T, Additional news interview request (2/23/24)

u. Attach. U, Happy records

v. Attach. V, Dismissal emails (12/20-21/23)

w. Attach. W, Dismissal notification (12/20/23)

x. Attach. X, Town Hall email (12/27/23)

y. Attach. Y, Protest notice (Feb. 2023)

2

z.  Attach. Z, Protest responses (Feb. 2023)

3.    I am the Chief of Animal Care and Protective Services (ACPS) for the City of Jacksonville.

4.    I was hired in early September of 2023.

5.    My duties include supervising and overseeing the operations of ACPS, its facility, and its 54 employees.

6.    ACPS provides animal care, adoption and foster program, and other services for animals in Duval County that have been abandoned, injured, are strays, or have been seized by Jacksonville Animal Control in accordance with city ordinances regarding animal welfare.

7.    In the fall of 2023 and early spring of 2024, ACPS was part of the City's Neighborhoods Division, and I reported to Interim Head of Neighborhoods, Al Ferraro, and then to Thomas B. Waters.  The reporting structure has since changed.  I now report to Richard Reichard who is the head of the City's Administrative Services, which is part of the Mayor's Office.

8.    In the fall of 2023 and early spring of 2024, the following individuals reported directly to me:  Franny Buffa, Manager of Volunteer Services; Robert Currey, Animal Services Supervisor; Marcy Gallo, Animal Program/Shelter Manager; Mark Gibson, Animal Services Supervisor; Megan Hewes, Animal Care and Maintenance Supervisor; Kenneth

3

Higginbotham, Veterinary Technician Supervisor; Khristina Morris, Administrative Coordinator; Destiny Stiles, Animal Behavior and Enrichment Supervisor; and Dr. Jamie Wilson, Senior Veterinarian.

9. The shelter has ten dog runs, each of which is designed to house between 26-28 dogs. When the shelter is at full capacity, it houses 362 animals.

10. The shelter tends to be overcapacity, sometimes housing up to nearly 600 animals.

11. On a monthly basis, ACPS reports its animal intake and outcome data to the following organizations: Shetler Animals Count, the Best Friends Animal Society, and The Jacksonville Humane Society.

12. ACPS also has a dashboard on its website that provides data regarding animal intake, fosters, surgeries, volunteer hours, shelter occupancy for the last twelve months, and the "save rate" for the last thirty days. *See* https://www.jacksonville.gov/mayor/mayor-s-transparency-dashboards/animal-care-at-a-glance

13. The ACPS website also promotes to the public those animals within our care that are available for adoption. https://www.jacksonville.gov/departments/neighborhoods/animal-care-protective-services/adopt-or-foster/adoptable-pets

14. Within the animal shelter community, the term "no kill shelter" is used to describe facilities whose animal save rate ninety percent or above.

4

Hence, even with "no kill shelters" there is a chance that up to ten percent of the animals that are taken in may ultimately be euthanized.

15. Over the past year, ACPS' "save rate" has averaged between 74.88% and 88.66%, occasionally reaching over 90%. This rate is influenced by such factors as our rate of animal intake; how close to, or above capacity, ACPS may during any given month; and the general health, prior treatment, and behavioral treatment of animals in our care.

16. During my employment at ACPS, we have not euthanized an animal because of overcapacity or space issues.

17. ACPS has what we call Pathways Meetings where we discuss animals we think are struggling, and we attempt to identify positive things we can do to ensure the animal's placement in a home.

18. These meetings are not secret and anyone is free to attend them. We do not tend to inform the general public of Pathways Meetings, but we do inform our volunteers.

19. If, unfortunately, at a Pathways Meeting we think a dog might be a candidate for euthanasia, then that dog's history is fully reviewed by the leadership team.

20. The ultimate decision to euthanize a dog is not made at a Pathways meeting. Rather, it is made by the leadership team.

21.  The leadership team tasked with making euthanasia decisions in 2023 included myself, Marcy Gallo, Mark Gibson, Robert Currey, Misty Grauvogl, Megan Hewes, Lindsey Hidenrite, DVM, Kenny Higginbotham, and Jaime Willson, DVM.

22.  The leadership reviews the animal's full history, and then, as a group, determines whether euthanasia is appropriate.  For example, we often have to euthanize dogs because of safety reasons.

23.  Once there is consensus, the animal is usually euthanized the next day.

24.  When it is decided that an animal is to be euthanized, we make every effort to let those volunteers who had a close relationship with the dog know about the animal's euthanasia status.  Our goal is to share that information in person, and we try to give volunteers a chance to have a last visit with the dog.

25.  ACPS does not publicize in advance that an animal is going to be euthanized and does not encourage "urgent posts."

26.  Some shelters use "urgent posts" as a last -ditch effort to save a dog from euthanasia.  My experience is that shelters that advocate for dogs in this way are shelters that have to euthanize for space.

27.  We have found that "urgent posts" are not very effective, and often counterproductive.

6

28.  "Urgent posts" divert attention from the many dogs that can be successfully placed into homes and focus on those dogs whose placement possibilities are far less certain.

29.  "Urgent posts" also highlight the difficult reality that we sometimes have to euthanize a dog, but that information can be confusing and misunderstood by the public. "Urgent posts" often make the public think we are arbitrarily euthanizing dogs, which is not the case.

30.  "Urgent posts" also run the risk that a dog will be placed in a home that is not good for the dog or the family receiving the dog.

31.  To the extent ACPS allows "urgent posts," we ask volunteers to contact us prior to issuing any such posts, so that we can ensure that the information contained in the posts is accurate.

32.  Likewise, the Volunteer Handbook directs that volunteers should not post information about the euthanasia status of an animal without first talking to me, Buffa, Gallo, or Grauvogl. This is because we want to be sure that volunteers have all the correct information about a dog and providing accurate information to the public.

33.  The Volunteer Handbook also directs that if volunteers have questions, disagreements, or concerns about ACPS policies, that they should come and talk to us about it.

34. We want to have an open exchange with our volunteers so that we can be properly informed as to their issues and concerns. It also helps us clarify what are genuine issues verses misunderstandings, and correct volunteer's perceptions.

35. I do not generally keep notes of my individual meetings with volunteers.

36. Animal shelters can be noisy, smelly, and messy places.

37. Even when ACPS is fully staffed, it takes each individual kennel staff member a day to clean two kennel runs, while they are also attending to other duties. So normally, staff are only able to clean kennels once a day.

38. Additionally, we are not always able to take every dog out for a walk every day, although our volunteers do a great job in helping us meet this need.

39. Unfortunately, this means that if a dog poops in its kennel right after the kennel is cleaned, that poop probably won't get picked up for another 24-hours.

40. So, at any given time, a kennel run may be really messy because staff have not been able to clean it yet, and in the meantime, a dog has peed or pooped because it hasn't had an opportunity to be walked that day.

41. On December 20, 2023, I, along with Buffa, dismissed Franciscus as a volunteer. We dismissed her because she had demonstrated an ongoing pattern of behavior of violating ACPS policies, despite our attempts to

counsel her about her actions. She made a variety of posts on the social media platform NextDoor that were inaccurate and misleading about ACPS, our euthanasia policies, staff members, and other volunteers. Her posts caused a lot of disruption in the work place, and distressed our staff and volunteers.

42. I think my first encounter with Franciscus was in October of 2023.

43. Buffa asked me to be on a phone call with Franciscus to discuss concerns Franciscus had about volunteering. Buffa told me that Franciscus had put out an "urgent post" for a dog named Fancy on NextDoor without first checking with shelter staff. Franciscus also told Buffa that someone told her she was going to be dismissed as a volunteer for doing so.

44. In the phone call, Franciscus was anxious about her volunteer status, and Buffa and I assured her that she wasn't being dismissed. We recognized she was a relatively volunteer, and wanted to better educate her about the reasons behind our policies.

45. We talked with her about the ACPS policy surrounding "urgent posts," and how they could sometimes turn into negative distractions and undermine, rather than enhance adoptions.

46. My impression was that it was a positive conversation, and that after that talk, Franciscus continued to come to the shelter to volunteer.

9

47. As the fall progressed, I became aware of other posts and comments Franciscus was making on NextDoor. I didn't see all the posts, but staff and volunteers would tell me about them. I also received numerous emails and phone calls from staff in the Mayor's office and staff from the Council's office, about citizen complaints they were receiving that were prompted by Franciscus posts.

48. When I received questions from the Mayor's office, my direct supervisor, Al Ferraro, or City Council members, I made answering their concerns my priority, above that of my other usual duties at ACPS.

49. For example, on November 4, 2023, Franciscus posted on NextDoor discussing the cold temperatures in the dog runs and that she had brought in donated blankets for the dogs several days earlier but on her most recent visit as a volunteer, she was unable to find any of the blankets to give to the dogs.

50. She also wrote that she had broken an unwritten rule about saying negative things about ACPS on-line, and that there was a good chance she would be dismissed as a volunteer for doing so.

51. There were several portions of her posts in ALL CAPS, and she also suggested that no one was doing anything to solve the problems. She copied the email addresses of all the City Council members in the post as well as the Mayor's email address.

52. I can't remember exactly how or when I learned about the post, but I do recall that on November 7, 2023, I received an email from one of our volunteers, Pamela Love, discussing the post.

53. Love reported to me that Franciscus had been told that she was going to be dismissed, and that there was no reason for me to dismiss her.

54. I had to take time to inform Love that I did not have plans to dismiss Franciscus, as well as to explain to her that we were in the process of securing someone to fix the air conditioning in the dog runs.

55. When Franciscus came in that day to volunteer, I, along with Stiles, met with her.

56. Like the meeting I had with Franciscus in October, my goal was to discuss concerns she raised in the post and inform her about what we were doing at ACPS to address those concerns. I had no plans to dismiss her.

57. Franciscus was very defensive in her meeting, and gave off the impression that she intended to quit as a volunteer, or was expecting to be dismissed. Stiles and I tried make clear that this was not the case.

58. I shared with her that we were in the process of getting the air conditioning fixed. I also shared that the shelter was well stocked with blankets, and that some of the blankets she had brought for the dogs

11

were indeed distributed to them, just after she had come that day to volunteer.

59.   I also explained that while the blankets were appreciated, we weren't as much in need of blankets as we were for volunteers to do laundry and wash the blankets.

60.   I understood her frustrations and concerns for the dogs, but tried to explain how her post didn't actually help address ACPS's immediate laundry needs and that it also didn't provide fully accurate information to the public.

61.   Stiles and I tried to provide Franciscus with feedback about ways she could raise concerns with us or other staff members and the different ways she could get in touch with us.

62.   We also tried to explain that we wanted to be sure that when she put a call out on social media to help ACPS, it was the type of help we needed at the time.

63.   If Franciscus had come to us before she put out her post, we might have been able to address her concerns about what happened to the blankets she donated; given her an update on the status of the AC repair; as well as asked if she could advocate for more volunteers to come and help do laundry.

64. Instead, we had to spend a lot of time after the fact correcting her misimpressions, as well as correcting the public's misimpressions of ACPS based on her NextDoor post.

65. Franciscus seemed quite unreceptive to our suggestions, and I really thought that when she left, she had decided not to volunteer any more.

66. Franciscus did follow up with me in an email exchange between November 7 and November 8. She questioned a number of things we had discussed in our meeting, and I did my best to answer her questions. Her last email to me in this chain identified concerns she had about the Mayor's proposed budget.

67. On November 9, 2023, I received a request to be interviewed by First Coast News for a story the channel was doing about ACPS. The reporter indicated she had been receiving numerous emails and messages from concerned citizens regarding the "dire" shelter conditions; that the kennel runs were too cold; many dogs had a "raw paw" designation; and some individual dog kennels were smeared with feces.

68. As a result of Franciscus' November 4, 2023 post, as well as in preparation for the news story, my boss as well as staff in the Mayor's office contacted me asking about the status of things at ACPS.

69. I worked with the Mayor's office to prepare for the interview, and started working on a white paper to address some of the questions raised by the reporter that also seemed to echo a lot of what was in Franciscus' post.

70. I had to take time addressing and clarifying the concerns that Franciscus raised in her post and asked by the reporter -- often using my evening hours while off of work to do so.

71. I also received copies of emails from other citizens echoing the language from Franciscus' post that required me to spend time correcting and clarifying the incorrect impressions created by the November 4, 2023 post.

72. The news team came out to ACPS on several occasions to take footage of the shelter and the dogs, and interviewed me on November 15, 2023.

73. The news piece aired on November 16, 2023.

74. After the news story aired, I, along with staff in the Mayor's office were generally pleased with it. It gave us an opportunity to highlight some of the challenges that ACPS faces especially in terms of the kennel conditions, as well as talk about the positive things we are working on to address those issues. While we wished there were parts of my interview that had been aired in the news piece, we all agreed that we were getting there in sending out a better message about ACPS.

14

75. I didn't know until I watched the piece that Franciscus was also interviewed for the story. I wasn't troubled by what she said in the piece. In fact, much of what she said helped bring additional attention to ACPS and our needs.

76. Franciscus was not dismissed as a volunteer for appearing in the news story.

77. On November 18, 2023, after the news story aired, Franciscus emailed me asking about my position on her returning as a volunteer and suggested that her services were no longer wanted.

78. I was confused by her email, especially since when I'd last talked with her on November 7, 2023, I tried to emphasize that she was not in jeopardy of being dismissed.

79. Her question made me wonder if she had stopped volunteering, especially since I didn't specifically recall seeing her around the shelter after I met with her on our November 7th meeting.

80. In an email response dated November 20, 2023, I generally responded that we appreciated her commitment to the animals at ACPS, but that it was important that volunteers be committed to furthering the institution's mission and policies. I said that given some of the things that had been going on with her, we hadn't seen that she was interested

15

that type of collaboration, but if she was, we would love to have her back to volunteer more.

81. My November 20 email was not intended to dismiss Franciscus as a volunteer. Rather it was my attempt to let her know that we would be happy to have her as a volunteer if she could work with us to fulfil ACPS's policies and goals.

82. In December of 2023, Franciscus became increasingly active on social media.

83. In early December, my boss sent me several emails that had been forwarded to him by the Mayor's office.

84. In November, right after Franciscus posted about the cold dog runs and no blankets, the Mayor's office received a bunch of messages that echoed Franciscus' posts, some which referred to information they'd read on NextDoor, and one of which looked like was a direct cut and paste of Franciscus' post.

85. I also had meetings with my boss, as well as Kelli O'Leary, Deputy Chief Administrative Officer from the Mayor's office, to discuss the content of the messages and correct the inaccuracies and misconceptions contained in them.

86. Again, if Franciscus had talked to me or my staff before her November post, she could have more accurately described what was happening at

ACPS, rather misinforming people and requiring me and other staff to spend time educating and correcting the incorrect information in her posts.

87. I also attempted to talk to, or meet with, some of the folks who had sent in messages. For example, Holly Molter came to the shelter to have a meeting with me and I explained to her the air conditioning issues, as well as our challenges with getting blankets washed fast enough for the dogs. This was time I had to take away from my usual duties to correct the inaccurate information from Franciscus' posts.

88. On December 13, Franciscus sent an email titled "CONGRATULATIONS" to all the City Council members criticizing them for their budgeting decisions regarding ACPS.

89. She also posted something similar on NextDoor, also listing the Mayor's and Council Member's email addressees. The email and the posts contained a series of pictures of dogs in dirty kennels.

90. Staff from the Mayor's Office forwarded the email to me, and also forwarded other emails they had received about the shelter conditions and budget issues that seemed to be prompted by Franciscus' post.

91. Buffa also informed me that she was aware that Franciscus was stirring thigs up again.

92. On December 15, 2023, Franciscus posted about a dog named Sara Jo, who when she was delivered to the shelter, was extremely matted and ungroomed. There wasn't necessarily anything problematic about Franciscus highlighting Sara Jo, or that the comments to the post evolved into a discussion regarding ACPS's need for more groomers.

93. However, staff and volunteers brought the post to my attention because Franciscus posted my direct email in the course of talking about ACPS's needs, which was a violation of the handbook policy.

94. Our handbook directs that volunteers should not give out to the public staff's direct emails, but rather, should provide general office numbers and emails.

95. On December 18, 2023, O'Leary forwarded an email to me from Sharon Jacham describing her Friday, December 15, 2023 visit to ACPS.

96. Jacham came to ACPS to consider fostering a dog named Baked Beans. My understanding is that Franciscus had encouraged Jachem to foster Baked Beans via an earlier post on NextDoor, and that she accompanied Jachem to ACPS for this visit.

97. Staff later reported to me that Franciscus was rude, abrupt, and unkind while she was on the premises – especially to Stiles.

98. Jachem's letter was also disturbing. She described her concerns regarding Baked Bean's health (some of which were legitimate), but she

also expressed extreme dissatisfaction with Stiles, accusing her of hubris, neglect, and being unqualified.

99.  Jochem ultimately decided not to foster Baked Beans.

100. In response to O'Leary's message to me about Jacham's letter, I contacted Jacham. She had many misconceptions about ACPS, including that dogs are not seen by or treated by a veterinarian, and I took time to correct her misconceptions.

101. Given Franciscus' pattern of posting and disseminating incorrect information about ACPS, I could not help but think that Jacham had received her incorrect information about ACPS, and Stiles, from her.

102. On December 17, two days after Jachem's visit to ACPS, and a day before O'Leary forwarded me Jachem's critical email, Franciscus put out post suggesting Baked Beans was going to be euthanized, and asked for someone to foster him.

103. The December 17 post was full of inaccuracies and falsehoods.

104. Franciscus stated that sometimes dogs just disappear from the ACPS website, and that when they are no longer listed as available for adoption, people should draw their own conclusions.

105. I read this as suggesting that Baked Beans was at risk for euthanasia – as well as that whenever a dog is no longer listed as available for

adoption, it has been selected for euthanasia. Neither were true or accurate.

106. In one of her comments to the post, Franciscus insinuated that dogs get euthanized at ACPS for space. She also inaccurately described what happens at Pathways Meetings and how ACPS goes about determining when a dog needs to be euthanized.

107. She went on to state that Stiles and another one of our volunteers were "pro-euthanasia" which I interpreted as negatively suggesting that Stiles and the volunteer were willing to kill dogs for arbitrary reasons.

108. She also stated that ACPS does not allow volunteers to post that a dog is scheduled to be euthanized in order to give that dog a last chance.

109. Volunteers and staff told me about the post because they were bothered by what it said about Stiles, as well as her reference to the other volunteer, who I learned was Angie Benz.

110. Staff were also upset because this post followed soon after Jacham and Franciscus' Friday, December 15, visit to ACPS, where staff felt that Franciscus was really rude and unkind to Stiles.

111. The post violated any number of ACPS policies.

112. It contained inaccurate and misleading information about Stiles and Benz.

113. It represented what I would consider as an "urgent post," where again, Franciscus didn't check with anyone to make sure the information she contained in the post was accurate about Baked Beans.

114. Franciscus also inaccurately described the Pathways process but didn't take the time to come to talk with me or my staff to better learn about or understand the process.

115. She also expressed disagreement with our policy around urgent posts, again, misconstruing the policy.

116. Her post also did not comply with the Social Media policy that asked volunteers to avoid personal attacks, and make sure that legitimate on-line conversations do not develop into personal attacks, fights or fame wars that would reflect poorly upon themselves or ACPS.

117. Staff shared with me that Stiles was really struggling as a result of Franciscus' posts.

118. Stiles also shared with me that Franciscus' post made her super upset and really scared her. She was worried that because of the post, people would think that she indiscriminately euthanized animals and that her name would become public.

119. Because of how we documented euthanasia at the time, our records made it look like Stiles was the individual who made the decision to recommend an animal for euthanasia. Actually, her job was simply to

21

record that a collective decision had been made to consider a dog for euthanasia, and she was assigned to summarize the dog's history at the shelter. However, because the records made it look like she was the decision maker, she feared that someone might come after her.

120. As a single mother with a young child, she worried for her and her daughter's safety. As it turned out, in later posts Franciscus did name Stiles by name.

121. We therefore changed our process for documenting euthanasia decisions. We no longer have Stiles provide a summary under her name, and instead the members of the leadership team must read the animal's entire file. Likewise, the records indicate that a euthanasia decision is not made by any one person, but rather the leadership team.

122. Making this change was important because in early January (after Franciscus stopped volunteering) we received a public records request that asked for information regarding our animal outcomes and Pathways meetings notes.

123. Soon after that – maybe in February – we received a request from First Coast News who wanted to do another story about ACPS, this time focusing on euthanasia rates.

124. Our new processes protected Stiles from being inaccurately identified as the sole person involved in the euthanasia decision for an animal.

125. Staff and volunteers also informed me of many other posts Franciscus put on NextDoor where she accused ACPS of engaging in inhumane and criminal treatment of dogs. I didn't see all these posts, but had conversations with staff and volunteers about the posts, and tried to keep us all focused on fulfilling our mission.

126. In December, I also received a call from someone wanting to foster a dog called Happy. The person indicated that they had heard Happy was going to be euthanized and wanted to save him.

127. I was confused because Happy was a dog that spent a lot of time in my office, and at the time wasn't being considered for euthanasia. Happy was eventually adopted.

128. Because there had already been several instances where people wrongly believed a dog was going to be euthanized because of something Franciscus posted on NextDoor, I believed that the person calling about Happy had also been wrongly informed by Franciscus.

129. While she only volunteered with us for about 2 months, Franciscus was a disruptive presence.

130. She posted inaccurate and misleading things on NextDoor that required me and my staff to take time to response to citizen complaints, volunteer concerns, and questions from senior city leadership.

131. Her posts and behavior also made staff and volunteers uncomfortable – sometimes even frightened.

132. Finally, Franciscus's posts and behavior did not comply with the Volunteer Handbook. She violated specific policies like posting my email on-line, putting out urgent posts without first discussing them with shelter staff, and generally posting inaccurate information.

133. Her posts were also inflammatory and included personal attacks.

134. Finally, Franciscus severely criticized ACPS on social media such that it seemed she was not interested in working to educate the public on the mission and philosophy of ACPS, or to support shelter activities. This was contrary to the Volunteer Handbook. Rather, it seemed like she wanted to verbally tear down the shelter.

135. Even after trying to engage with her on a couple occasions, she was unreceptive.

136. I therefore decided, along with Buffa, that Franciscus should be dismissed as a volunteer.

137. On December 20, 2023, I attempted to call Franciscus to discuss her volunteer status, her visit to the shelter with Jocham, and her December 17 post.

138. After a couple of missed emails back and forth, I left her a phone message indicating that until we had a chance to talk further, she was not to come

24

on the ACPS property. I said I would be happy talk with her about her concerns as well as about concerns we had been receiving from others related to Franciscus' statements, But until we had a chance talk, Buffa and I did not want her coming to the premises. I told her she was making staff and volunteers uncomfortable, and we wanted to have a chance to talk with her about it. In the meantime, I asked her not to wear her volunteer shirt.

139. Franciscus sent me a couple follow up emails and in response I indicated that I would be happy to talk with her when she was ready to do so. I indicated that she was formally dismissed as a volunteer, and hence she was not permitted in shelter areas not accessible to the public, she was not authorized to take animals in and out of their kennels or walk them on shelter property, and that she should no longer wear her ACPS volunteer shirt. I also asked that if she came to the ACPS property, that she be kind to staff and volunteers.

140. I also had Buffa send an email to the ACPS leadership team to inform them that Franciscus had been formally dismissed as a volunteer.

141. In late December 2023, we held a town hall for our volunteers.

142. I invited Franciscus, along with other individuals who had been particularly vocal on-line about ACPS, to the event. My sense was that Franciscus really did care about the animals and ACPS, and that if

ACPS leadership had the opportunity to talk with them and answer their questions, they might be willing to be advocates for ACPS.

143. Because Stiles had felt so harassed by Franciscus, I excused her from attending the event. As it turned out, Franciscus was not able to attend because she had tested positive for Covid.

144. I was disappointed that we had to dismiss Franciscus. It was obvious to me that she really cared about the animals, and wanted to try to make a difference. It just was that the way she went about it was so counterproductive.

145. ACPS would be open to have her returning as a volunteer, so long as she came with a positive attitude and goal of how to help the shelter, rather than share inaccurate information about it on-line.

146. Even after she was no longer a volunteer, staff and volunteers still had to deal with the residual effects of her disruptive actions and statements.

147. At some point, volunteer Kristi Rowland told me she got into it a bit with Franciscus on-line, and as a result, Franciscus threatened to sue her for libel and slander.

148. Staff and volunteers often encountered members of the public who had read Franciscus' posts and formed an inaccurate picture of the work we do at ACPS. Hence, we still had to devote to correcting and re-educating the public about our shelter.

26

149. For example, in February of 2024, the Mayor's office informed me of a communication they received indicating that a group was going to come to ACPS to protest while the Mayor and a council member were coming for a tour.

150. The concerns laid out the group in their letter echoed Franciscus' themes and criticisms.

151. I, along with help from staff in the Mayor's office, spent several hours working on drafting a response to the stated concerns from the protesters.

152. Only one person showed up for the protest and said she was looking for Franciscus because Franciscus encouraged her to come. I gave her a tour of the facility, and afterwards, she commented that she had been really mislead by what she read on-line and was grateful to see for herself the work that we do at ACPS.

I declare and state under penalty of perjury, that the foregoing is true and correct. Executed this 16th day of April 2025, in Duval County, Florida.

Michael Bricker

# EXHIBIT 4

Declaration of Michael Bricker

Attach. M, Next Door Posts (12/13/23)

AFND 12/13/23
98-105



**Alison f.**
Jacksonville, FL · 13 Dec 23 · Edited · 🌐

🦴💗●●😿WHERE IS ACPS IN THE 25 MILLION DOLLAR BUDGET JUST PASSED??? HINT: NOWHERE! ONCE AGAIN THE LAND OF FORGOTTEN HOMELESS PETS AT ACPS. DO THESE PICTURES LOOK LIKE LIVABLE CONDITIONS? so congratulations Mayor Deegan and city council. Go get your photo ops while our homeless pet population get these photo ops while living in squalor. If you are as angry as I am, please email city council and the mayor and let them know how you feel.        MayorDonnaDeegan@coj.net                    KAmaro@coj.net
RandyWhite@coj.net
MGay@coj.net
WLahnen@coj.net
KCarrico@coj.net
joecarlucci@coj.net
MBoylan@coj.net
.Peluso@coj.net
TClarkMurray@coj.net
.Pittman@coj.net
AriesR@coj.net
RDiamond@coj.net
TFreeman@coj.net
NHowland@coj.net  MCarlucci@coj.net
ChrisMiller@coj.net
rahman@coj.net
RGaffneyJr@coj.net





1

AFND 12/13/23
.98-105



♡ 58    💬 104    

 **Vonnie H.** · Jacksonville, FL · 1y    •••

They should be ashamed. Would they want their pampered fur babies held in these conditions? It breaks my heart that they leave these babies like this. Out of sight out of mind. I know it was bad when she took office however, sweeping it under the rug is not the answer.

Like        Share         9

 **Alison f.** Author · Jacksonville FL · 1y    •••

Vonnie I've edited my post to include the emails for the mayor and city council. Voice your outrage, please.

Like        Share        🖤 8

 **Vonnie H.** · Jacksonville, FL · 1y    •••

**Alison** i just did

Thank you for being their voice and raising awareness as well as the compassion and commitment to these poor forgotten babies

Like        Share        🖤 1

 **loretta perrone** · Jacksonville, FL · 1y    •••

**Vonnie** Stupid uninformed people voted for her!!

Like        Share        🖤 3

 **Alison f.** Author · Jacksonville, FL · 1y    •••

loretta the mayor before her neglected this shelter for years. There is plenty of blame to go around. However, dont go to aops as the mayor for a photo ops and walk away doing nothing. Our homeless pets are not props Mayor Deegan.

Like        Share        🖤 6

 **loretta perrone** · Jacksonville FL · 1y    •••

**Alison** No one ever made it known back then. Curry was a lying P. O. S!!!

Like        Share

 **Barbara Langston** · Jacksonville FL · 1y    •••

Sickening conditions.

Like        Share        🖤 4

**Candy H.** · Jacksonville FL · 1y    •••



2

AFND 12/13/23
98-105

Sickening conditions.

Like          Share                                           4

C  Candy H · Jacksonville, FL · 1y                         •••

This is very bad situation for an excessive amount of time( Not legal. This will be fixed by a total commitment by the city government and the community with action. For 300 dogs this is a daily cleanliness and health issue. Not a one time fix. Before people take their dogs and drop them off due a baby coming, or moving to a place they can not take their pet, they need to go thru the runs. May have 2nd thoughts. This is a blight on our city. Need some remodel on the bldg. Need a new bldg to house the dogs. Maybe 2 or 3 facilities in different areas so it's more accessible to different parts of town. The council and team need to be proactive and participate in work days. They turn down free help with the public and let go of fab volunteers. A disturbing and important issue is this is not to known by the public, the conditions and eu. Red flag.

There are multiple things to be down immediately and doable.
The pressure must remain on this grotesque living condition by our community
Are the dogs walked by those in chg at ACPS? Do they assist in cleaning cages?
Leadership's attitude would best be served by saying, " we do not agree with you bringing to light this problem at the facility, however we welcome your help and let's try to solve the problem together." Instead resistance and advasarial. It's not personal.
All team members have different talents and insights and should be brought to the table with one goal- the dogs.
To think that everyone must walk, talk, think alike is killer in moving forward with a problem that many of us view as urgent

Like          Share                                           7

G  Alison E  Author · Jacksonville, FL · 1y                 •••

Candy the city is well aware of the conditions at the shelter.  The mgmt at the shelter gets rid of those who dissent and voice outrage.  They are not open to suggestions.  The city leaders have chosen to ignore ACPS and hopes the public's interest will wane.  I urge everyone who cares about the pets housed in this facility to keep up the public pressure. These pets only have a voice if we raise it for them and do not let them be forgotten.

Like          Share                                           11

M  Melody E · Jacksonville, FL · 1y                         •••

Alison sadly, the city council who controls the purse strings, has not gone to the shelter in person to see and experience what these dogs live in and go through daily. They need to make an unannounced visit asap and commit immediate funding to hire more staff to care for the dogs and keep the kennels clean and in good repair. That's the emergency solution. The next step will be to plan, commit funds for, and build a new, much larger shelter to meet the demands of our growing city.

Like          Share                                            1

G  Alison E  Author · Jacksonville, FL · 1y                 •••

Melody I got one response.  No mention of the 25 million.  Only the same response I received last time.  None that improves the living conditions of the dogs:: "  Thank you for your email and for your advocacy for the homeless pets in our City. It is our understanding the Mayor's Administration funded all of the upgrades below for the ACPS

AFND 12/13/23
98-105

 Alison f.  Author · Jacksonville, FL · 1y                          •••

Melody I got one response.  No mention of the 25 million.  Only the same response I received last time.  None that improves the living conditions of the dogs: "   Thank you for your email and for your advocacy for the homeless pets in our City. It is our understanding the Mayor's Administration funded all of the upgrades below for the ACPS Facility. I understand there are open positions at ACPS that they are actively recruiting to fill with the promise to allocate for more positions if needed once those are filled. Thank you for bringing these issues to us and the City. We seek to keep working on them to get our ACPS guests into comfort and into permanent, loving homes.                    Building repairs that have taken place since July 2023 are as follows:

- Dehumidifiers have been added until A/C replacement is completed.

• Fixed broken pipes outside in dog play areas.

• Repairs to fence and posts.

• Replaced security cameras roofed more cameras.

• Installed new lighting in the employee parking area for security.

• Replaced evidence refrigerator.

• Fixed storm drains in back parking area.

• Trimmed trees and removed cypress knees by front entrance.

• Bid is out for signage to be seen from I-95 on roof.

• Bid is out on van wraps for ACPS advertisement.

• Cleaned front rooms that were used as storage and returned back into usable foster/adoption stations."

Like          Share                                            3

 Melody E. · Jacksonville, FL · 1y                          •••

Alison my reply would be. 'How much has actually been done specifically for the health and safety of the 'guests' in residence?' Like you said, none of this improves the living conditions of the dogs, and very little improves the working conditions for what little staff they have. They filled five ACO positions this summer; zero for shelter staff. And "more positions if needed?" My gosh! They need to see these photos! Maybe we need to get funding for a billboard to post some of these photos!

Like          Share                                            3

 Alison f.  Author · Jacksonville, FL · 1y                          •••

Melody I really didn't want to post these pictures. However, I think the public needs to see the cramped dirty, dark spaces our homeless pets live in to truly understand. We know that if our neighbors kept their pets in those conditions, the city would confiscate those pets. We've seen it happen right here on Nextdoor!! We report the neglect of the

AFND 12/13/23
98-105

Melody I really didn't want to post these pictures. However, I think the public needs to see the cramped dirty, dark spaces our homeless pets live in to truly understand. We know that if our neighbors kept their pets in those conditions, the city would confiscate those pets. We've seen it happen right here on Nextdoor!! We report the neglect of the pets only for the city facility to house them in the same or worse conditions? It's not simply hypocrisy. It's criminal on the outside, but the city gets a pass. I am NOT referring to the care that the staff and volunteers provide. I cannot state this point enough. The staff and volunteers work tirelessly for these pets. The city is culpable for the neglect of our homeless pets housed at ACPS.

Like          Share                                     3

 Evelyn H. Jacksonville, FL · 1y                      •••

 Hopefully, this will be addressed. Mr. Logan is employed by channel 4 to address these issues of great concern. I wonder if he would be willing to address this?

Like          Share                                     2

Trichia Raj Jacksonville, FL · 1y                      •••
Better to let them roam free
Like          Share                                     3

 Alison f. Author · Jacksonville, FL · 1y          •••
Trichia I wish the public could see conditions in the G Run kennel. This is where all the cruelty cases are placed. Only staff and volunteers are allowed in there. Only 1 volunteer is allowed to walk most of those dogs. If that volunteer is not in, those dogs don't get walked. One dog was not out for 10 days. The conditions in G Run are absolutely deplorable. The kennels are disgustingly filthy. Some of the partitions get chewed up and the Styrofoam and plastic is being ingested by those dogs. I have pictures but cannot post them to protect the court cases. No one from the outside will ever see these dogs, because they are awaiting court cases. Basically, G Run dogs are taken from inhumane conditions and placed in inhumane conditions.

Like          Share                                     8

 Peggy B. Jacksonville, FL · 1y                    •••
Alison This is so sad 😢 my heart & prayers goes out to those animals
Like          Share

 Alison f. Author · Jacksonville, FL · 1y          •••
Peggy please email city council and the mayor and voice your outrage. They need to hear from all of us
Like          Share                                     3

Sharon Smith Jacksonville, FL · 1y                     •••

AFND 12/13/23
98-105

 **Sharon Smith** · Jacksonville, FL · 1y    ...

**Alison** I sent an email to Mayor Deegan today. You are the voice for these poor animals, don't let the mayor or anyone silence you. 🔺

Like        Share                                🔺 2

 **Trichia Raj** · Jacksonville, FL · 1y    ...

**Alison** sickening

Like        Share

 **Jamie Austin** · Jacksonville Beach, FL · 1y    ...

I just e-mailed our Mayor practically begging her to do something to help those animals at ACPS.

Like        Share                                ❤️ 7

 **Alison f.** Author · Jacksonville, FL · 1y    ...

**Jamie** Jamie thank you!!!

Like        Share                                ❤️ 1

 **loretta perrone** · Jacksonville, FL · 1y    ...

Donna Deegan couldn't care less. She is all about herself. I did not vote for her as I knew of her agenda!

Like        Share                                😮 6

 **Melody E.** · Jacksonville, FL · 1y    ...

**loretta** this problem has existed long before Mayor Deegan. In fact, it was made worse after the end of the pandemic. Also, she does not control the city's budget, the city council does. Perhaps some of your ire needs to be directed at them?

Like        Share                                ❤️ 6

 **Bri Dawson** · Jacksonville, FL · 1y · Edited    ...

**loretta** This isn't a partisan issue. BOTH parties have mishandled the issue pretty equally-meaning it wasn't created in a vacuum...and the solution won't be found in one either.

Like        Share                                😮 4

 **loretta perrone** · Jacksonville, FL · 1y    ...

**Bri** WOW  Funny thing is when John DeLaney was mayor in 1995 to 2003, he had allocated funds to ACPS and instituted low cost  spay neuter programs through out the Jacksonville area
I have first hand information  to this in  fact as I was deeply involved in rescue work at the time!!
I do not give a ra ts a ss who is in charge.  I only care about the animals!

Like        Share                                 3

 **loretta perrone** · Jacksonville, FL · 1y    ...

**Melody** You are miss informed!!

Like        Share

6

AFND 12/13/23:
98-105

 loretta perrone · Jacksonville, FL · 1y

**Melody** You are miss informed!!

Like        Share

 Evelyn H. · Jacksonville, FL · 1y

loretta More than likely, it was rigged. Kahn's agenda comes before anything else...

Like        Share        1

 Melody E. · Jacksonville, FL · 1y · Edited

loretta misinformed about what? I know John Delaney—went to high school with him—great mayor who knew how to budget and work with city council to allocate funds. There were many people assisting him with the spay/neuter project including Rick duCharme who ran FCNMHP and really spearheaded everything. Tell me what the other mayors have done in the past 20-30 years.

Like        Share

 loretta perrone · Jacksonville, FL · 1y

**Melody** I know as I did attend those meetings. I also worked with Rick duCharme when he was with Pet Rescue north before he ran FCNMHP. My point was that the mayor can assist if she wanted to. Apparently she doesn't care!! None of the above would have happened without John DeLaney.

Like        Share        1

 Erika Schrenk · Jacksonville, FL · 1y

loretta Jo I

Like        Share

 Melody E. · Jacksonville, FL · 1y

loretta again, other than Delaney, what have the other mayors done other the past 30 years? What about the city councils all that time? They control the funding. Why hasn't the city council ever seen our homeless animals and pitiful shelter as a priority?

Like        Share

 Debbie M. · Jacksonville, FL · 1y

Horrible

Like        Share

 Antony Thomas · Jacksonville, FL · 1y

Do they take volunteers to help clean and give attention to the animals? Our staff would love to sign up if you know who we can contact?

Like        Share        11

 Alison f.  Author · Jacksonville, FL · 1y

Antony yes they do!!!! www.cdj.net/volunteer

7

AFND 12/13/23
98-105

Like         Share                                    5

 **Antony Thomas** · Jacksonville, FL · 1y                      ...

**Alison** Thank you! I'll have the front desk reach out in the morning and see what we can set-up! Thanks again!

Like         Share                                    3

**Alison f.** Author · Jacksonville, FL · 1y                      ...

Antony thank you. I truly hope the city will work with you. Please keep me posted

Like         Share                                    2

**Donna Regula** · Atlantic Beach, FL · 1y                      ...

That is so sad

Like         Share

**Norma B.** · Atlantic Beach, FL · 1y                      ...

Alison, has the AC been fixed yet? And what about the broken washer dryers? I would like to address these needs specifically when I file my complaint.

Like         Share                                    3

 **Alison f.** Author · Jacksonville, FL · 1y                      ...

Norma the HVAC is working better. It is supposed to be replaced next year. Lets hope it is. The washer and dryers are a week to week thing. Since I was fired as a volunteer, I don't know when they work or don't. However, when I drive past I'll know when I see all the big carts of dirty laundry outside. That is a tell. Either no one is doing the laundry or the machines aren't working. They only have 2 commercial washers, which is completely inadequate for that facility. The lack of sunlight and exercise these dogs have is huge. Dogs not getting out of those disgusting kennels for up to 5 days is another issue. Plastic and Styrofoam partitions that separate the dogs who can chew up and ingest is another issue.

Like         Share                                    3

 **Helen May** · Atlantic Beach, FL · 1y                      ...

**Alison** I did a blanket drive for ACPS and have maybe up to 65-75 blankets for the shelter but no one returned my call. What should I do? I want the animals to have these!

Like         Share                                    1

 **Alison f.** Author · Jacksonville, FL · 1y                      ...

Helen first I want to thank you from the bottom of my heart. What a wonderful thing to do for these sweet pups. Are you able to take them down? If so, I can meet you there and help you unload them. We can put them in the donation circle that is in reception.

Like         Share                                    3

 **Helen May** · Atlantic Beach, FL · 1y                      ...

**Alison** you are very kind! I should be able to manage. I may stay and help out where needed but I'll let you know. Thank you for continuing

8

AFND 12/13/23
96-105



Like          Share

Helen May · Atlantic Beach, FL · 1y                          •••

Alison you are very kind! I should be able to manage. I may stay and
help out where needed but I'll let you know. Thank you for continuing
to advocate for these animals! You are making g a difference!!

Like          Share                                          ♥ 1

Norma B. · Atlantic Beach FL · 1y                            •••

Alison thank you, I will follow up and update.

Like          Share

Norma Peeper · Neptune Beach, FL · 1y                        •••

Deagan only concerned about equality. This is unacceptable

Like          Share                                          ♥ 6

Melody E. Jacksonville, FL · 1y · Edited                     •••

Norma what about the previous mayors and the city councils then and
now? This problem has existed for years. There are many people to
blame, especially city council who controls the purse strings.

Like          Share                                          ♥ 3

Leonard Waker · Jacksonville, FL · 1y                        •••

Norma Norma what's wrong with equality? Please explain

Like          Share                                          ♥ 1

Bobbie Brown · Ponte Vedra Beach, FL · 1y                    •••

Leonard hint: America is about qualifications. There is no such thing as
equal

Like          Share

Jose Pantojas · Jacksonville, FL · 1y                        •••

😡😡 ashamed doesn't describe it.

Like          Share                                          ♥ 1

Susan Parisi · Jacksonville, FL · 1y                         •••

How could we as a society be so blind to the cruelty that is going on in our own
backyard?! Please open your blinder googles. See what is wrong. Be the change.
Innocent fur babies so neglected. Isn't this supposed to be a safe shelter? I
thought I left Mississippi behind.

Like          Share                                          ♥ 2

Melody E. Jacksonville, FL · 1y                              •••

Susan the community is only blind because the shelter leadership is
flashing smoke and mirrors. He would rather put up an expensive
billboard over I-95 and wrap two ACPS vehicles with advertising to
promote adoptions than take care of the animals within his charge. All
of the marketing in the world doesn't do any good if the shelter is in
disrepair and the dogs aren't properly cared for because there aren't
enough staff and volunteers to meet their needs.

The shelter's best advertising is their dogs! The director needs to rethink
his expenditures and spend more money on hiring shelter staff,
acquiring and keeping the shelter clean and being sure there are

AFND 12/13/23
98-105

enough staff and volunteers to meet their needs.

The shelter's best advertising is their dogs! The director needs to rethink his expenditures and spend more money on hiring shelter staff, repairing and keeping the shelter clean, and being sure there are enough volunteers to regularly get dogs out daily. Happy dogs lead to increased adoptions because they are less kennel stressed.

Like          Share                                  2

 **Jennifer R** · Jacksonville, FL · 1y                          ...

Didn't see anyone making a fuss for the 8yrs Curry was in office! You people have been complaining and bashing Mayor Deegan since the very first day she took office! You people think the newly elected can just come in and snap their fingers and everything can be fixed!! Bashing people is childish and immature! You have issues and concerns take them to her and other representatives like adults!

Like          Share                                  7

 **loretta perrone** · Jacksonville, FL · 1y                    ...

Jennifer No one ever made people aware of the horrendous conditions at ACPS before. I was no fan of Curry but knew nothing of the condition the animals were suffering!

Like          Share                                  1

 **Candy H.** · Jacksonville, FL · 1y                          ...

There were complaints under Curry and an investigation. He didnt go to the shelter as told to me by employee at ACPS. Deegan replies to no emails in regards to ACPS. Here is a common misconception: Deegan went to the shelter... it will chg. I hear this weekly. Not.
The shelter allows companies/ organization to come in for a day and volunteer. But dont think that 1 day allows for walking. For that one day a background ck is not required. A big help for the dogs besides walking, is the Dog Day Out program. Can be for a weekend. That is super for the dogs and the one doing for this for the fur baby. I tried to cover all the topics mentioned in regards to the shelter. Fl law states what is animal abuse/ cruelty... feces and cramped living conditions are two. Logan isnt interested in a story on ACPS.

Like          Share

 **Melody C.** · Jacksonville, FL · 1y                         ...

Candy it takes a village and none of the necessary changes will happen over night. Any volunteerism—an hour a day, a weekend, fostering, whatever, adds up. The dogs and the shelter need it all.

We need to put pressure on the city council. They control the budget not the mayor. And no change will happen quickly. Running a city of well over 1 million people isn't an easy task.

AFND 12/13/23
98-105

We need to put pressure on the city council. They control the budget, not the mayor. And no change will happen quickly. Running a city of well over 1 million people isn't an easy task.

Logan has a lot on his plate. He wants to run stories of interest to the community and good investigative stories. Maybe we encourage in another way.

The truth is that the citizens of Jax for the most part don't want to get involved and step up to do anything. They turn a blind eye: they blame and ridicule shelter staff, they blame the ACOs. They blame everyone, yet they do nothing!

It's time this village speaks collectively for the dogs who have no voice. After the holidays I will be investigating the legalities of a citizen petition to the city regarding the shelter as well as legal protests.

I will also be looking into how corporate and private entities can be legally involved in supporting the shelter through donations and in-kind services. I will enlist the help and voices of the rescue community on this issue. I have a long list of suggestions to take to the shelter director to help him garner community support aide, funds, and volunteers.

This will be only the first step toward getting what the shelter needs. If we don't work together in full transparency and honesty, more dogs will die and the community will never see what is happening at the shelter. They are putting a large billboard up about the shelter and promoting their free adoptions. None of that helps dogs get daily walks and fresh air, clean, safe kennels, and the touch of human kindness. More and more dogs are suffering from kennel stress which reduces the potential for their adoptability. No dog deserves to be put on the "medical list" for euthanasia because their stress and anxiety levels have caused physical and mental health issues that are so preventable with daily walks, time with staff and volunteers, time away from the kennels, clean and safe kennels, soft blankets, and kind human touch.

I will be addressing how to get the shelter on the city council's agenda w/ time for public statements. I will also be addressing the lack of transparency from the shelter, the firing of good staff and dismissal of good volunteers, and the current euthanizing of dogs for space—the latter of which has not been done for years and has helped Duval Co. maintain its live release/no kill status.

I will ask that a short term plan be made to evaluate immediate financial needs for more shelter staff, immediate shelter repairs and equipment repairs/replacement. A budget will be created and approved with a deadline for funds to be released and improvements to be made at the shelter.

The next step will be creating a city council committee that also includes reps from the shelter, rescue community, and citizens to evaluate the need for a new shelter. Feasibility study will include location, square footage, design, obtaining three design proposals, budget commencement date, and estimated completion date, as well as additional staff and more equipment for the larger shelter. I would like to see the new shelter completed in 2025.

11

AFND 12/13/23
98-105

to see the new shelter completed in 2025.

Sound like a pipe dream? Maybe. But I'm determined to get grassroots involvement on this. If we wait for the city council, news media, and shelter leadership alone, the dogs will continue to suffer and more will die. There are a lot of dog (and cat) lovers and owners in our community. I'm counting on a large group of them to "Stand Up for Duval's Pets."

Like    Share     3

 Melody Godwin · Atlantic Beach, FL · 1y    •••

**Melody** it would be great if people would spay/ neuter their pets, stop dumping them be better pet owners. Take responsibility and stop bitching we are the problem, that's why the shelter is in crisis. Mayor Deegan is working on a solution.

Like    Share     3

 Pamela Korchun · Ponte Vedra Beach, FL · 1y    •••

Deegan doesn't care about anything other than feathering her own nest. She's a taker not a giver.

Like    Share     2

 Melody E. · Jacksonville, FL · 1y    •••

**Pamela** this isn't political. It's about helping the dogs. If you want to be angry, how about addressing city council who controls the budget? What have they done in the past few decades to improve the shelter and its staffing?

Like    Share     3

 Pamela Korchun · Ponte Vedra Beach, FL · 1y    •••

Melody Really? Not political? Deegan budget.

Like    Share     1

 Melody E. · Jacksonville, FL · 1y · Edited    •••

**Pamela** city council approves it or not. They can allocate discretionary funds. Have they done that? Did our previous mayor and city council do that? No & no.

Of the 13% increase she allocated to ACPS that was approved by the city council, guess how the current ACPS director is using it? Other than what is earmarked for staff salary increases—not hiring additional staff —he's focused on advertising. So he's getting a huge billboard over I-95 and having two vehicles wrapped with ACPS ads. How is that helping with the daily care of dogs, repair and cleaning of kennels, and increasing staff?

His best advertising is the dogs in his care! Clean kennels when people come to see dogs, happy dogs without kennel stress because they've been walked and gotten fresh air daily, and enough staff to care for the dogs and repair/clean kennels would go a long way to advertising how great the shelter and dogs are! THAT would get dogs adopted, not vehicle wraps and a billboard.

Like    Share     2

 Melody E. · Jacksonville, FL · 1y · Edited    •••

AFND 12/13/23
98-105



about the shelter and dogs and then would get dogs adopted not vehicle wraps and a billboard.

Like          Share          ♥ 2

Melody E. · Jacksonville FL · 1y · Edited          •••

loretta you presume too much. I deal with facts, not suppositions.

Like          Share

Robert Driver · Jacksonville FL · 1y          •••

I will email them all

Like          Share          👍♥ 4

Alison f. Author · Jacksonville, FL · 1y          •••

Robert thank you 🐾 🖤

Like          Share

Marty Heather · Jacksonville, FL · 1y          •••

This hurts my heart

Like          Share          🖤 2

Helen May · Atlantic Beach, FL · 1y          •••

That's the worst I've ever seen it! I know we got a new Chief down there. What's going on????



Like          Share          🖤 2

Alison f. Author · Jacksonville, FL · 1y          •••

Helen no money in the coffers for acps. Cannot improve the facility or the kennels if there is no extra money. Help is always needed, so volunteers are always needed.

Like          Share          🖤 3

Melody E. · Jacksonville FL · 1y          •••

Alison there are always discretionary funds city council can allocate. We need them all to bring photos of their pets to the city council meeting when we show photos of the horrible conditions of the ACPS kennels and ask them to imagine their pets living in those conditions for weeks, months, and years!

Like          Share          🖤 1

Alison f. Author · Jacksonville, FL · 1y          •••

Melody I emailed all the pictures posted to city council. I guess they have to be on a billboard as you suggested so they cannot hit the delete button

Like          Share          🖤 1

Heather Miller · Jacksonville Beach, FL · 1y          •••

have to be on a billboard as you suggested so they cannot hit the delete button

Like        Share                                            1

**Heather Miller** · Jacksonville Beach, FL · 1y

Disgusted 😠 and continue to share the living conditions these poor animals are suffering in , thank you Alison for doing the same! All the above people should be so ashamed of themselves but sadly could care less. Do we need to get to Desantis?!

Like        Share

**Melody E.** · Jacksonville, FL · 1y · Edited

Heather he can't really do anything. See my long comment above about getting to city council. We need to gather as a community to put pressure on city council to use some of their discretionary funds for the shelter now!

Like        Share                                            1

**Alison f.** ᴀᴅᴍɪɴ · Jacksonville, FL · 1y

This 25 million was based on Mayor Deegan's proposals to City council. They approved her budget. Didn't anyone--Not even the chief of ACPS or Al Ferraro fight to get some of that money?
https://www.actionnewsjax.com/news/local/duval-county/jacksonville-city-council-approves-mayor-deegans-25m-spending-proposal/DKEDOAV2ANFZXLCN6XJGW3YYNE/

Like        Share                                            3

**Stephen Altman** · Neptune Beach, FL · 1y

Pet shelters and public schools in low income areas are not a priority. Some things will never change. We need a lobby for low income society. That's quickly becoming more and more of us.

Like        Share                                            3

**Jennifer KW** · Jacksonville, FL · 1y

Alison thank you for the work you continue to do about this issue. 🩷 Everyone if you email city council it is ideal to contact all of them - I've learned that quantity gets more... See more

Like        Share                                            4

**Peggy Anderson** · Jacksonville Beach, FL · 1y

It's so sad that these poor creatures have been loyal companions and end up in a hell hole like this when they are no longer wanted. We waste millions of dollars beautifying areas and forget about all the homeless animals that are suffering and neglected, the illegals coming over the border are treated better than that.

Like        Share                                            2

**Mary Jane Keating** · Jacksonville Beach, FL · 1y

From what I have heard & read it is deplorable conditions for these helpless animals

Like        Share                                            1

**Candy H.** · Jacksonville, FL · 1y

FB had a video of a dog at ACFS receiving gifts. That's all fine and wonderful

14

 Candy H · Jacksonville, FL · 1y

FB had a video of a dog at ACPS receiving gifts. That's all fine and wonderful except NO mention of the greatest gift of all, time out of the kennels. All the lovely gifts such as the toys end up lying in poop( As for the DeSantis suggestion, at this point try anything, that's part of brainstorming, but calling Tall, and trying to get help not a bad idea. Call DeSantis office, couldn't hurt besides, stranger things have happened than a phone hopefully being able to make a difference. The city has taken any voice of concern as a personal affront and heels are dug in. Then there is the prevailing belief at JHS that ACPS is one of the best shelters in the U.S. Good grief so not true.

Like          Share                                       2

 Cameron Keep · Neptune Beach, FL · 1y

I volunteered there today and spent 2 hours walking and snuggling pups along with giving attention and pets to the kitties there. I highly recommend, all of the dogs were so happy to be outside and getting attention.

Like          Share                                       4

 Candy H. · Jacksonville, FL · 1y

Cameron, thank you, the dogs love getting out! Im sure they would to stay out longer if possible:)

Like          Share                                          1

Marley Nagy · Jacksonville, FL · 1y

The kennels are too tiny and too loud. All of the dogs show signs of stress. Every dog in their is either anxiously barking or curled up in a ball trembling. When a dog is lunging and barking through the cage at potential adopters it turns them away. Need to do better all the way around and rethink how to effectively house dogs. Need to take tips from Jax Humane Society.

Like          Share                                       2

 Nell D. · Jacksonville, FL · 1y

I think perhaps they could use some volunteers to help with the cleaning of the cages. Why not volunteer to help out a couple of hours on the weekend? Wish I could be too old and mobility issues

Like          Share                                          1

Melody E. · Jacksonville, FL · 1y

Nell I'm in the same physical boat. Some of the people bringing this to light were the best volunteers ACPS had. They were dismissed because they dared to tell the truth about conditions at ACPS and bring public awareness to it. The dogs lost out big time with fewer volunteers now to spend time with them, walk them, and foster them.

Like          Share

 Melody E. · Jacksonville, FL · 1y

Marcy and those are only ACOs. It doesn't include shelter staff to actually care for the dogs and cats. The shelter has been poorly managed for many years before the new director came onboard. COJ has never seen the shelter as a priority. It's time to change that. These are living beings that rely on humans for their care. We have to do better as a community and city and work together.

Like          Share

AFND 12/13/23
98-105

are living beings that rely on humans for their care. We have to do better as a community and city and work together.

Like          Share

 Melody E. · Jacksonville, FL · 1y                    •••

Mark the 13% increase in their budget this year was mostly earmarked for salary increases. The new director then chose to use most of the rest for a large billboard over I-95 and getting two vehicles ad-wrapped for marketing purposes. No new shelter staff were hired and nothing has been done to directly help the dogs. The budget was approved before he came in Sept, however, he's had time to assess the shelter's needs

and go back to the council asking for more funding. The council needs to go on an unannounced field trip to see the shelter. The mayor has visited, but she doesn't control the purse strings. The community has a responsibility to these dogs as well. Volunteers are needed to walk them, take them for Dog Days Out away from the shelter, foster them, and adopt!

Like          Share

 Melody E. · Jacksonville, FL · 1y                    •••

Mark the shelter directors over the years should have been more adept and forceful in working with city council to secure funds for the shelter. They have either been complacent, lazy, used funds on the wrong things, or not had enough gumption to confront the city council and be proactive in standing up for the voiceless animals and the staff and volunteers that take care of them.

Like          Share

 Raymond Matregrano · Atlantic Beach, FL · 1y       •••

Look at that rib cage! Doggie might be a new arrival, but I hope they're giving him/her a good going over 🐾

Like          Share

 Alison f. · Author · Jacksonville, FL · 1y          •••

Raymond Most dogs that have been there for months look like that. Kennel stress, lack of fresh air, lack of walking/exercise

Like          Share                                                    1

 Jose Pantojas · Jacksonville, FL · 1y              •••

Contact local news so it can be shown on tv. Perhaps they would be interested.

Like          Share

 Alison f. · Author · Jacksonville, FL · 1y          •••

Jose it was already on the news a few weeks ago. Sadly, it had zero impact

Like          Share                                                    1

AFND 12/13/23
98-105

 **Alison f.** Author · Jacksonville, FL · 1y · · ·

Jose it was already on the news a few weeks ago. Sadly, it had zero impact.

Like          Share                                              1

 **Jose Pantojas** · Jacksonville, FL · 1y · · ·

Sorry to hear that Alison. What does it take to get politicians involved when it comes to what's apparent disregard for animal care under their supervision?

Like          Share                                              1

 **Alison f.** Author · Jacksonville, FL · 1y · · ·

Jose it takes taxpayers citizens of Jacksonville to contact city council. They control the purse strings. Acps needs a complete overhaul from the kennels, medical, additional staff and a lot more oversight. Leaving everything to the city to run this facility has been an abysmal failure. They need a separate board for an oversight committee who is not in thick with the city or the mgmt that runs Acps.

Like          Share                                              2

 **Peggy Hall** · Jacksonville Beach, FL · 1y · · ·

This is but one reason why I did not vote for her.

Like          Share

 **Melody F.** · Jacksonville, FL · 1y · · ·

Peggy she has little to do with this. City council controls the budget and allocated only enough to raise some salaries, not to add much needed staff and
Improve conditions for the dogs. I'm willing to work pro bono to help the director get his ship in order and set his priorities straight with a focus on hiring staff and taking g better care of the dogs.

Like          Share

 **Peggy Hall** · Jacksonville Beach, FL · 1y · · ·

Poor babies. Wish I could adopt them all.

Like          Share                                              1

 **Ashleigh A.** Jacksonville, FL · 1y · Edited · · ·

They painted the walls, hired a security guard, and repaired some things. But that's just cosmetic, that doesn't change anything for the animals.

This is just wrong. I thought things would improve with Mayor Deegan Instead they've gotten worse. I know there's a process to hire people but you'd think more could be done in the meantime. They said the same about the cat kennels a year or two ago. They got the money and were just trying to find kennels in their budget. Nothing happened.

Like          Share                                              1

  **Alison f.** Author · Jacksonville, FL · 1y · · ·

Ashleigh they rearranged the cat homes 2 weeks ago. I went in there on Friday and they are right back where they were in the first place. Why? IDK. Melody Eckert is working on a comprehensive plan she wants to present to the city. Bricker and mgmt to make necessary critical improvements for the homeless pets at ACPS. It will take a lot of loud



AFND 12/13/23
98-105

press it to the city official and want to make necessary critical improvements for the homeless pets at ACPS. It will take a lot of loud voices to affect change.

Like          Share          ♥ 1

 **Melody E.** · Jacksonville, FL · 1y · Edited     •••

Ashleigh please write to every city council person. They control the budget, not the mayor. This has been a problem decades in the making, and we all need to get loud and have a plan in place to present to Bricker and city council. I'm devastated that dogs are being eu'd for space again under the guise of "medical." I know I can count on you and Alison as I put a team together to help me with this plan.

Like          Share          ♥ 1

 **Melody E.** · Jacksonville, FL · 1y     •••

Marcy beautiful dog! He has a better chance of being adopted from JHS than ACPS. My goal is to help ACPS become a shelter our city can be proud of. I heard today that the Director, Michael Bricker, has suspended all unnecessary euthanasia through the end of the year, so something is already getting through to him and working! 

Like          Share          ♥ 1

 **Melody E.** · Jacksonville, FL · 1y     •••

Marcy I understand. I have four dogs and two are seniors. I'm on a fixed budget so I have to watch my budget and be able to plan for emergencies.

Like          Share

 **Melody E.** · Jacksonville, FL · 1y     •••

Marcy ask if they would allow you to foster at home and they would cover the expenses for food, vet, etc. it might be worth a shot! Gives them kennel space and you get to have that precious dog as a foster.

Like          Share

 **Melody E.** · Jacksonville, FL · 1y · Edited     •••

Marcy I'm not sure if they do that in terms of paying expenses, but it never hurts to ask! I know rescues who pay food and vet expenses for the rescue dogs for people who foster for them. You could perhaps check with some rescues to see if they need any fosters. They will do a home visit, check vet references, and want to meet your current fur babies. Several of my friends foster and I used to foster for Fawn's Small Dog Rescue.

Like          Share

 **Alison E.** Author · Jacksonville, FL · 1y     •••

Marcy ACPS provides the vet care, heartworm, flea meds (and the food if you need it). You can contact the foster dept for more information by emailing them ACPSFosters@coj.net

Like          Share           1

AFND 12/13/23
98-105

 **Ashleigh A.** · Jacksonville, FL · 1y    •••

Alison that's really disappointing they put the cat kennels back the way they were. I liked the new set up.

Like.    Share

 **Alison f.** Author · Jacksonville, FL · 1y    •••

Ashleigh i agree. It was much less stressful for the cats when they moved them—but cats need their own space, not in a busy reception area.

Like    Share    ●2

 **MIKE HARTELL** · Jacksonville FL · 1y    •••

Look what is going on with the JTA bus company CEO. His salary more than the president of the US. Lots of expensive traveling and vehicles which I think is our tax money. We now live in the country of the me syndrome condition.

Like    Share    ●1

Commenting is disabled as this post is outside your neighborhood

# EXHIBIT 4

Declaration of Michael Bricker

Attach. N, Franciscus email (12/13/23)

From: O'Leary, Kelli <KelliO@coj.net>
Sent: Wednesday, December 13, 2023 2:43 PM EST
To: Bricker, Michael <MBricker@coj.net>
Subject: FW: CONGRATULATIONS!!!
Attachment(s):
"723841739.jpg","723502135.jpg","723841838.jpg","723841846.jpg","723841796.jpg","723841787.jpg","723841758.jpg","723502142.jpg","723502223.jpg","723756239.jpg","Screenshot_20231206_202606_Photos.jpg","Screenshot_20231206_202631_Photos.jpg","Screenshot_20231206_202624_Photos.jpg","Screenshot_20231116_100214_Messages.jpg","20231207_123045.jpg","20231207_123320.jpg","20231207_124712.jpg","20231207_124637.jpg"

FYI.

This is one of our regular citizens that provides her opinion.  If we need to meet on this we can tomorrow to game plan after our 1pm.  I assume these are older pics?

From: Webber, Sheri <SheriW@coj.net>
Sent: Wednesday, December 13, 2023 2:40 PM
To: O'Leary, Kelli <KelliO@coj.net>; Perry, Phillip <PPerry@coj.net>
Subject: FW: CONGRATULATIONS!!!

FYI

From: Armstrong, Cory <CoryA@coj.net>
Sent: Wednesday, December 13, 2023 2:28 PM
To: Webber, Sheri <SheriW@coj.net>
Cc: Delaney, Bill <WDelaney@coj.net>
Subject: FW: CONGRATULATIONS!!!

Just JFYI.

From: Alison Franciscus <afranciscus813@gmail.com>
Sent: Wednesday, December 13, 2023 9:27 AM
To: Amaro, Ken <KAmaro@coj.net>; White, Randy <RandyWhite@coj.net>; Gay, Mike <MGay@coj.net>; Lahnen, Will <WLahnen@coj.net>; Carrico, Kevin <KCarrico@coj.net>; Carlucci, Joe <JoeCarlucci@coj.net>; Boylan, Michael <MBoylan@coj.net>; Peluso, Jimmy <JPeluso@coj.net>; Clark Murray, Tyrona <TClarkMurray@coj.net>; Pittman, JuCoby <JPittman@coj.net>; Arias, Raul <AriasR@coj.net>; Diamond, Rory <RDiamond@coj.net>; Freeman, Terrance <TFreeman@coj.net>; Howland, Nick <NHowland@coj.net>; Carlucci, Matthew <MCarlucci@coj.net>; Miller, Chris <ChrisMiller@coj.net>; Johnson, Rahman <Rahman@coj.net>; Gaffney, Reggie Jr <RGaffneyjr@coj.net>
Subject: CONGRATULATIONS!!!

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I see that ZERO has been allocated to ACPS. These pictures represent a day in the life of our some of our homeless pets at ACPS. Take a look.  This is how you have our homeless pets housed.   No improvements for this facility. No additional staffing. Once again, you have ignored our homeless pet population. While all of you all can go back to your nice comfortable homes, our homeless ACPS pets live in darkness and squalor. I was dismissed as a volunteer because I had the audacity to go public with the utter deficiencies and horrendous conditions at our city run shelter. It appears that the city would rather hide the truth from the public and pretend the horrible conditions do not exist. I am not going away. The angry citizens are not going away. The pictures of these dogs are not going away. When will you have some humanity and give these homeless pets some basic comforts? It's time for an independent individual to come in and assess the situation at ACPS. I am angry and disgusted with our so called city leaders.



COJ_01000



COJ_01001



COJ_01002



COJ_01003



COJ_01004



COJ_01005





COJ_01007





COJ_01009







COJ_01012



COJ_01013

# EXHIBIT 4

Declaration of Michael Bricker

Attach. O, Buffa Message (12/16/23)

| | |
|---|---|
| **From:** | Buffa, Franny in Teams |
| **To:** | Bricker, Michael |
| **Subject:** | Franny sent a message |
| **Date:** | Saturday, December 16, 2023 3:02:59 PM |
| **Attachments:** | ATT00002.png |
| | ATT00003.png |
| | ATT00004.png |
| | ATT00005.png |
| | ATT00006.png |
| | ATT00007.png |
| | ATT00008.png |
| | ATT00009.png |

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

## Hi,

Your teammates are trying to reach you in **Microsoft Teams**.

### Franny sent a message in chat

You may already be aware, but if not, Allison Franciscus is stirring up trouble again. Let me know what you need...

**Reply in Teams**

---

### Install Microsoft Teams now

 iOS       Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams. Activity > Settings (Gear Icon) > Notifications.

© 2023 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

 Microsoft

**City Documents_0024**

# EXHIBIT 4

Declaration of Michael Bricker

Attach. P, Next Door Post (12/15/23)

AFND 12/15/23
90-93



**Alison L**
Jacksonville, FL · 15 Dec 25 · Edited · 🌐

🐾😿🐱💙 YES THIS IS A PUP AT ACPS.  NO FURTHER INFORMATION.  PLEASE KNOW THAT THIS PUP WAS BROUGHT IN TO ACPS IN THIS CONDITION.  there is no way to know where he came from, or if he was a stray.  They would have that information at acps.  I posted him in case someone has been missing their pup and this possibly could be her.

10h · 🌐

## Dog in to Jacksonville Animal Care and Protective Services :(... See more

---

These pets are at:
Jacksonville Animal Care and Protective Services
2020 Forest Street
Jacksonville, FL 32204
(904) 630-2489 (CITY)

Photo shared by JaxAnimals.com
Facebook.com/jaxanimals



SARA JO - ID#A1428290

My name is SARA JO.

I am a spayed female, white Mixed breed

The shelter staff think I am about 11 years old.

I have been at the shelter since Dec 14, 2023

This information was refreshed 35 minutes ago
Animal Care & Protective Services

♡ 16    💬 46    ↗



**D.A. Daly** · Jacksonville Beach, FL · 1y

Poor thing. It's so scruffy I can't even tell where its facial features are!!

Like        Share                    ● 4

**Marie A** · Jacksonville, FL · 1y

😭😭😭

Like        Share                    ● 1

**Maryann Ohanian** · Jacksonville, FL · 1y

Wow I'm so glad you said it was a pup because I couldn't even see the facial features. It definitely needs to be groomed

Like        Share                    ● 1



A π EXHIBIT 26
Alison Francisco
Deponent
Date 3-11-25  Rptr BB
WWW.DEPOBOOKPRODUCTS.COM

AFND 12/15/23
90-93



**Maryann Ohanian** · Jacksonville, FL · 1y    • • •

Wow I'm so glad you said it was a pup because I couldn't even see the facial features. It definitely needs to be groomed.

Like        Share        1

**Elaine Basham** · Atlantic Beach, FL · 1y    • • •

This inhumane ! Where are the quality control people what the heck is going on there ! This animal is mistreated !

Like        Share        1

**Melody E.** · Jacksonville, FL · 1y    • • •

Elaine it just came into ACPS. Not mistreated there.

Like        Share        3

**Jamie Austin** · Jacksonville Beach, FL · 1y    • • •

Melody it came in on the 14th today is the 19th

Like        Share

**Melody E.** · Jacksonville, FL · 1y    • • •

Jamie my comment was 3 days ago.

Like        Share

**Elaine Basham** · Atlantic Beach, FL · 1y    • • •

Neglect unsanitary poor health mental cruelty! WHO ALLOWS THIS BARELY TELL ITS AN ANIMAL!!!! Who is in charge?

Like        Share        1

**Melody E.** · Jacksonville, FL · 1y    • • •

Elaine it just came into the shelter 12/14/2023. This is how some humans neglect and abandon their dogs. This is not from mistreatment at ACPS!!!!

Like        Share        2

**Dee Zellor** · Jacksonville Beach, FL · 1y    • • •

Melody why aren't these people in jail for Abuse.

Like        Share

**Ashleigh A.** · Jacksonville, FL · 1y    • • •

Dee Unfortunately most of the time it's unknown how a dog got in the condition they're in or who caused it.

Like        Share        1

**Melody E.** · Jacksonville, FL · 1y    • • •

Dee they may not know who the owner is. This dog may not be chipped or have any ID. It looks as though it may have been wandering for a while. The owners may never be found.

Like        Share

**Elaine Basham** · Atlantic Beach, FL · 1y    • • •

It's been there since Dec 1923? That's a year forgotten and mistreated!!!! Charges should be brought ! I'm sick to my stomach

Like        Share        2



Elaine Basham · Atlantic Beach, FL · 1y    •••

It's been there since Dec 1923? That's a year forgotten and mistreated!!!!!!
Charges should be brought ! I'm sick to my stomach!

Like            Share                                    2

Vonnie H. · Jacksonville, FL · 1y    •••

Elaine dec 14 2023

Like            Share                                    2

Amy Dyar · Jacksonville, FL · 1y    •••



Elaine It's been there two days. Read carefully before judging

Like            Share

Elaine Basham · Atlantic Beach, FL · 1y · Edited    •••

Amy,
Yes I did not read it right I get so emotional about the suffering animals.
I thought it said a year ! So 😖

Like            Share                                    1

Amy Dyar · Jacksonville, FL · 1y    •••

Elaine I understand. I do too. My husband was Ex Dir of Jax Humane
Society for 3 years and helped take them to 'no kill'. And, we have 3
rescues. So, we definitely get it. I'm sure they will clean up this little guy
at ACPS and find him/her a home.

Like            Share                                    2

Melody E. · Jacksonville, FL · 1y · Edited    •••

Folks...calm down! This pup was left in a box. Note it just came into ACPS on
12/14/2023. It's been abandoned and neglected by the owner and probably
wandering for weeks or months. This is how some owners treat their senior
dog! It is not in this condition due to mistreatment or poor care at ACPS!

Yes, there are myriad problems at ACPS, but they did not do this to this dog!
This is how the dog came into them! ●

Like            Share                                    5

Melody E. · Jacksonville, FL · 1y    •••

Alison, please clarify this is a brand new intake. This is not a result of
mistreatment at ACPS.

Like            Share                                    2

Dee Zeilor · Jacksonville Beach, FL · 1y    •••

I'm having trouble determining what she looks like. It frustrates me that these
people are able to escape consequences. It would be appropriate for them to
face legal consequences. I hope these individuals do not have children. It would

AFND 12/15/23
90-93

mistreatment at ACPS.

Like        Share         2

**Dee Zeiler** · Jacksonville Beach, FL · 1y        ...

I'm having trouble determining what this looks like. It frustrates me that these people are able to escape consequences. It would be appropriate for them to face legal consequences. I hope these individuals do not have children. It would be helpful if this place could capture a clearer image.

Like        Share

**Susan Walsh** · Atlantic Beach, FL · 1y        ...

Dee it was a stray, who would you penalize?

Like        Share

**Robb B.** · Jacksonville, FL · 1y        ...

I have a friend who showcases a dog from ACPS on Channel 4 every Saturday morning trying to get them adopted. The dogs are not mistreated at ACPS and it is a no kill facility. Seems there's a lot of effort going into making the volunteers look awful recently which is pretty unfair. If funding is the problem then this frustration should be addressed to the new mayor. I believe this was mentioned before.

Like        Share         4

**Alison f.** Author · Jacksonville, FL · 1y        ...

Robb no one bashes the volunteers. Without them, acps could not function. The dogs are neglected in an outdated, understaffed facility. Volunteers make up for a lot of the work with the pups, but they are not full time staff and so much more needs to be done for those homeless pets. Many attempts have been made to get city council and the mayor to address the problems and it is falling on deaf ears. Housing over 300 dogs in a facility that was built many years ago simply doesn't cut it. There is no access to sunlight or fresh air in those pins. Many dogs don't go out for 5 days or longer. Many are doubled up in kennels that are 5x5. These are the facts, no falsehoods. The only way to get the issues that need to be addressed is to make it public. It's been this way at acps for years and it has to change.

Like        Share         7

**Robb B.** · Jacksonville, FL · 1y        ...

Alison I'm sure almost every shelter is like this in some fashion. Trying to help so many dogs is a daunting task when staffing is at minimum levels. I just felt the impression people are getting is that this is the volunteers fault (judging by some comments I've seen). It just needs to be made a little clearer that this is not the product of neglectful volunteers 

Like        Share         1

**Alison f.** Author · Jacksonville, FL · 1y        ...

Robb my 16 yr old granddaughter volunteers there 4 days a week. You are absolutely correct. It is a daunting task. Staffing turnovers do not help. However, the staff that are there full-time work hard and are all in for the dogs. ACPS Mgmt and the city are a whole other issue. The change I want to see has to come from the elected leaders and $$$. Adoptions are an absolute must. However, the facility itself is an issue.

AFND 12/15/23
90-93

help. However, the staff that are there full-time work hard and are all in for the dogs. ACPS Mgmt and the city are a whole other issue. The change I want to see has to come from the elected leaders and $$$. Adoptions are an absolute must. However, the facility itself is an issue. Understaffing is an issue. Those issues will not be resolved without funding. They had 25 million from covid funds -how much did Acps see out of that money?

Like        Share         3

 Melody E. · Jacksonville, FL  1y                                   •••

Robb you are right. However, good staff and volunteers are dismissed because they bring poor shelter conditions, lack of staffing, and inadequate funding to light. That doesn't help the dogs who need them more than ever. These are Duval's Dogs and we as a community need to speak up and take action to Save Our Shelter (SOS)!

Like        Share         1

 Melody E. · Jacksonville, FL  1y · Edited                         •••

Robb there are dogs living in their own feces because the shelter is understaffed and there aren't enough volunteers to help. Dogs in the G run are eating styrofoam from kennel walls that are broken and need repair. Dogs are not getting walked or getting fresh air sometimes for 5+ days. It's not the staff's or volunteers' fault. Management needs to go to city council and have a plan to acquire discretionary funding for more staff, laundry equipment that works, and a plan for attracting more volunteers. After the holidays I plan on presenting plans to Michael Bricker that are feasible and will garner more ROI on marketing dollars than ad wrapping two vehicles and posting a large billboard on I-95. The dogs are the best advertising! Their health and the quality of the shelter come first! EU's are increasing at the shelter under the guise of "medical" cases. Adoptable dogs needed to be showcased for adoption not moved to the medical list needlessly. The shelter is below its live release quota and will lose its no kill status. There are ways to correct this but the shelter management is not being honest or transparent. They are operating from fear and secrecy which isn't helping adoption rates or saving dog' lives.

Like        Share         2

 Robb B. · Jacksonville, FL  1y                                   •••

Melody  well if that's true then it's not just funding that's at issue. That's a management issue and those doing the dismissing need to be taken to task surely?

Like        Share

 Melody E. · Jacksonville, FL  1y · Edited                        •••

Robb agree! There is a lot to figure out and untangle. The new director has only been there since Sept. His ideas for marketing ACPS and adopting out dogs aren't well-focused on the dogs' care and maximum use of what budget he has. I hope to work with others to change that and also get city council to release some discretionary city funds for more staff and shelter improvements. In the long run, we need a new, larger shelter with many more staff, but in the meantime, we as a community need to circle the wagons to support the dogs and shelter through volunteerism, fostering, advocating, and educating.

5

AFND 12/15/23
90-93

need to unite the Mayors to support the dogs and shelter through volunteerism, fostering, advocating, and educating.

...

Like        Share                    3

 Susan Walsh · Atlantic Beach FL · 1y                    ...

Alison unfortunately people judge before reading. Must be poor education system

Like        Share                    1

 Evelyn H. · Jacksonville, FL · 1y                    ...

I wonder if Logan MacDonald (Action News) was reached to discuss the help needed to support Animal Care and Protective Services? I know that an enourmos amount of money was donated to the Jacksonville Humane Society... but what about these "other" animal shelters??

Like        Share                    2

 Melody E. · Jacksonville, FL · 1y · Edited                    ...

Star JHS is a private entity and has numerous fundraisers. ACPS is run by COJ and depends on them for budget allocation. The city council needs to use some discretionary funds to help the shelter now, and start planning to build a new, larger shelter to accommodate our county's abandoned, stray, dumped, and abused animals.

Like        Share

 Evelyn H. · Jacksonville, FL · 1y                    ...

Melody I had no idea. How horrific!! I took a whole bunch of clothes that I had purchased for my yorkie who I had to have put to sleep almost a year ago. I wonder if ACPS would have taken those as donations ?

Like        Share

 Melody E. · Jacksonville, FL · 1y                    ...

Star ACPS needs blankets and sheets for the dogs. They would welcome those anytime.
I'm so sorry about your Yorkie. A rescue, like Fawn's Small Dog Rescue....
See more

Like        Share

 Evelyn H. · Jacksonville, FL · 1y                    ...

Melody I had no idea !! Wish I would have known. It was hard to give Flash's clothes away. It hurt my heart terribly.

Like        Share                    1

 Lynn Marie · Jacksonville, FL · 1y                    ...

Jesus, may whomever neglected this poor baby have Karma brought upon them! They should be in jail!

AFND 12/15/23
90-93

 **Lynn Marie** · Jacksonville, FL · 1y

Jesus, may whomever neglected this poor baby have Karma brought upon them! They should be in jail!

Like          Share                                               3

 **Belinda Crissman** · Atlantic Beach, FL · 1y

Alison or Melody—what does ACPS do about grooming for a dog like this? Does that fall on the volunteers or are there groomers employed there? Or is that part of a vet check up?

Like          Share

 **Alison E.** Author · Jacksonville, FL · 1y

Belinda no groomers on staff. I really cannot say w certainty if medical would clean this little girl up. In the past volunteers have bathed and cut out matted fur. This poor little one needs much more than what any volunteer can give her. I know that one grooming service reached out to the city on multiple occasions to offer free grooming for Acps. He never received any response. He ended up donating his services to JHS. just one more deficiency of the city that affects the pets at ACPS.

Like          Share                                               2

 **Ashleigh A.** Jacksonville, FL · 1y

<u>Alison</u> Are there any other dogs there that need to be groomed? I've been grooming my own dog and shaved cut mats when I used to volunteer at JHS.

Like          Share                                               1

 **Alison E.** Author · Jacksonville, FL · 1y · Edited

Ashleigh you may want to reach out to acps directly. I cannot really say. Many of the dogs need bathed. Some of the dogs have mange and require daily baths. It is my understanding that these tasks fall to volunteers. (Not grooming just cutting out the matted fur). I wish they would have responded to the fella who owned his own grooming service. He was willing to donate his time. Over half of those dogs could use their nails clipped. They have feces embedded in them. If you know of anyone, ask them to contact Mike Bricker mbricker@coj.net. he runs acps.

Like          Share                                              1

 **Jamie Austin** · Jacksonville Beach, FL · 1y · Edited

That dog needs grooming like yesterday!!! ACPS has had that dog since the 14th and its still being neglected in ACPSS care now 5 days later. How many more days is it going to be neglected?

Like          Share

 **Melody E.** Jacksonville, FL · 1y · Edited

<u>Jamie</u> you don't know that. The post is from four days ago which was one day after the dog went into the shelter. It may have gone in at night and the photo was taken the next morning. Perhaps go to ACPS to sign up to volunteer, go through their training. and help?

Like          Share

 **Jamie Austin** · Jacksonville Beach, FL · 1y · Edited

AFND 12/15/23
90-93

and the photo was taken the next morning. Perhaps go to AC&C to sign up to volunteer, go through their training, and help?

Like          Share

 Jamie Austin · Jacksonville Beach, FL · 1y · Edited          ...

**Melody** I did go to sign up to be a volunteer. Actually the smell of feces was so bad I started gagging and had to leave.

Like          Share                                                     2

 Melody E. · Jacksonville, FL · 1y · Edited          ...

**Jamie** thank you so much for going to do that. I'm so sorry the small was so horrid. A team of people is trying to reach out to the appropriate people with a plan for making some immediate changes. Here is the direct number for Michael Bricker, the Director of the shelter, 904-255-7372, if you would like to call him about the shelter's conditions.

I have an update on the little dog, Sara Jo, now that it's been six days since she entered the shelter. She is STILL in the same condition! ●

Someone I know went down to see about possibly adopting her and they couldn't show her the dog because it was under the "care" of the medical team that will shave the horrible mats when they do the medical assessment. That means little miss Sara Jo has been there almost a week without a medical assessment and without having these painful mats trimmed and being bathed! Now I am on the war path!

*** This is another reason for anyone who wishes to do so to directly call the shelter director, Michael Bricker, 904-255-7372, and ask that this dog be immediately seen & assessed by the medical staff, be trimmed of mats & bathed, and have a new photo posted!

Let him know we as taxpayers are demanding change to how the shelter is managed and how the dogs are being care for. We are aware that dogs are again being euthanized for space without any transparency or social media plea to the public for fosters or people to adopt. The answer to an overcrowded shelter is not killing adoptable dogs!

The conditions in the shelter are unacceptable for the dogs and for the hardworking staff and volunteers who tend to the dogs. Dogs are not being walked daily and sometimes go for 5+ days without being walked and getting fresh air. It's impossible for hardworking staff to keep the kennels clean of mounds of feces when dogs don't get walked. Their kennel stress is increasing because of this and because they lack human interaction and socialization with other dogs.

More staff and volunteers are needed immediately. As the shelter director, he needs a campaign to increase volunteerism. He needs a cleaner shelter in order to attract people to volunteer and help as well as take dogs for Dogs Day Out. He needs to promote fostering, but he

AFND 12/15/23
90-93

cleaner shelter in order to attract people to volunteer and help as well as take dogs for Dogs Day Out. He needs to promote fostering, but he needs a clean shelter for the same reason!

He needs to have a solid plan to approach city council for more funds than were allocated in the budget for hiring more staff. If he cannot do that and these other things, then he is failing in his role and failing the dogs and cats in his care.

He needs to be more than a salesman ad-wrapping two vehicles with ACPS information and putting a billboard over I-95! His ROI (return on investment) will be minuscule. His best advertising is the dogs, cats, staff and volunteers! It's time he stops trying to dazzle people w/ what he thinks they want to hear. The public needs and demands the truth. We no longer believe what he says because he has not been a man of his word. We know about the weekly euthanasia meetings. We know about adoptable dogs being moved to the euthanasia list.

We want honesty and complete transparency with what's happening at OUR shelter. We demand to see the quarterly euthanasia report for third quarter 2023. We pay his salary and expect results. Yes, he's only been there four months, but things should be slowly getting better, not worse. Morale there is low and people are getting fired and good volunteers dismissed because they dare to expose the truth in an effort to let the public know what is happening, and even more importantly, get volunteers, and get dogs fostered and adopted!!

There is no oversight of the shelter's practices. We will be asking for some!

We can only help at the grassroots level if we know what is going on and what is needed at OUR county shelter. We want to be partners to make things better. We plan to be part of the solution!

These are DUVAL'S DOGS! Help SAVE OUR SHELTER!

If you can't adopt > foster; can't foster > volunteer; can't volunteer > donate; can't donate > educate; can't educate > advocate! 🐾f

Like          Share                                          👍❤️ 3

 **Carole Anne Larsen** · Atlantic Beach, FL · 1y                    •••

Please update info on little Sara Jo.

Like          Share

 **Diane Comstock** · Atlantic Beach, FL · 1y                    •••

Is the pup still there?

Like          Share

Commenting is disabled as this post is outside your neighborhood

9

# EXHIBIT 4

Declaration of Michael Bricker

Q. Attach. Q, Jachem Email (12/18/23)

From: Washington-Pressley, Tanya <TanyaW@coj.net>
Sent: Thursday, December 21, 2023 4:26 PM EST
To: Bricker, Michael <MBricker@coj.net>; COJNeighborhoods <COJNeighborhoods@coj.net>
CC: O'Leary, Kelli <KelliO@coj.net>; Washington-Pressley, Tanya <TanyaW@coj.net>
Subject: RE: Baked Bean at ACPS

Great, thanks for letting me know!

---

From: Bricker, Michael <MBricker@coj.net>
Sent: Thursday, December 21, 2023 12:39 PM
To: COJNeighborhoods <COJNeighborhoods@coj.net>
Cc: O'Leary, Kelli <KelliO@coj.net>; Washington-Pressley, Tanya <TanyaW@coj.net>
Subject: Re: Baked Bean at ACPS

Thank you for sharing. This issue was handled. I've been speaking with Mrs. Jachem directly.


**Michael Bricker**

*Chief, Animal Care and Protective Services*

2020 Forest St. Jacksonville, FL 32204

904.778.5652

Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

---

From: COJNeighborhoods <COJNeighborhoods@coj.net>
Sent: Thursday, December 21, 2023 10:26 AM
To: Bricker, Michael <MBricker@coj.net>
Cc: O'Leary, Kelli <KelliO@coj.net>; Washington-Pressley, Tanya <TanyaW@coj.net>
Subject: FW: Baked Bean at ACPS

Good morning, Michael,

This email was sent to the Neighborhoods email box. Advise how you would like to handle this.


Thank You,
Tanya Washington-Pressley
Executive Assistant
City of Jacksonville
Neighborhoods Department
Office of the Director
214 N. Hogan Street, 7th Floor
PH: 904-255-7242 Cell: 904-891-3432 Fax: 904-255-7132
www.Jacksonville.gov



——Original Message——
From: Sharon Jachem <shajac01@gmail.com>
Sent: Saturday, December 16, 2023 3:24 PM
To: COJNeighborhoods <COJNeighborhoods@coj.net>
Subject: Baked Bean at ACPS
Importance: High

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.


The staff at ACPS has a massive task caring for all the animals. Many of them, both employees and volunteers, are compassionate,

caring individuals and are to be applauded. However, the ACPS operation, hiring and qualification requirements, processing, and protocols requires scrutiny on behalf of those most vulnerable and incapable of speaking – the animals.

On December 15, 2023, I arrived at the Jacksonville ACPS intending to foster canine Baked Bean. I emailed my foster application to Michele Gannon (Foster Coordinator) and learned Baked Bean was returned to ACPS due to severe separation anxiety in May 2023. With a multi-pet cat/dog household, I asked Michele if Baked Bean displayed aggression and was told notes indicated he did ok in a playgroup. I requested to observe him in the yard with other dogs, which couldn't be accommodated. My primary concern was aggressiveness but that was immediately superseded by my alarm at Baked Bean's physical condition. He has uncontrollable green, gelatinous diarrhea; it was weeping continuously from his anus. It was on the wall, floor, and seating area of our 'meeting' room and on my shoes, pants, top, purse, and coat. I later learned Baked Bean's diarrhea had been reported to the staff on Wednesday and my visit was Friday. As I cleaned his anal area numerous times, I could see and feel he'd been straining from diarrhea for a lengthy time. Baked Bean lost a quarter of his weight at ACPS. They increased his food but without effectively managing his diarrhea, it is futile. I asked the 'behaviorist', Destiny, when his fecal was last tested; she replied the diarrhea was caused by stress and all the dogs receive monthly deworming treatment. A reputable behaviorist wouldn't dismiss the severity of Baked Bean's diarrhea to stress and, considering his extreme weight loss, would recognize his physical health required examination and appropriate testing by a certified veterinarian. General deworming doesn't eliminate all intestinal parasites and centrifugal fecal flotation as a stand-alone test is likely to result in failure to diagnose canine parasitic infections. A reputable behaviorist recognizes their limitations and defers to qualified veterinarians, rather than determining the cause of health issues for which they are unqualified. This demonstrates hubris at best and negligence at worst. Stress may be causal in Baked Bean's diarrhea but there are a multitude of contributing factors that need to be considered and eliminated.

Destiny said I couldn't observe Baked Bean's behavior in the yard with dogs, but she committed to video it the next day and send it to me. She spoke about Cortisol levels in stressed dogs and the recommended introduction method; yet it was hollow information. More specificity was needed about Baked Bean's social behavior. To the inexperienced and uninformed, this 'behaviorist' may exude expertise, but I consider her competency and judgment inferior, potentially victimizing the animals relying on care and protection. A behaviorist's role should be on behavior primarily rather than diagnosing the physical health of an animal.

I left without Baked Bean not because of his diarrhea but due to the lack of information on his behavior with other dogs. I'm plagued by his physical health and the maintenance and cleanliness of his kennel pen given his persistent diarrhea.

This is an ACPS facility issue that isn't exclusive to Baked Bean, whose condition and care must be improved immediately rather than ignored or eliminated through euthanasia. Baked Bean is the example of inferior care, poor management oversight, and broken chain of command. Privatization or replicating successful shelter models should be explored to improve the animals' conditions at the Jacksonville ACPS.

My efforts on Baked Bean's behalf will continue until an effective response is undertaken and achieved.

Sharon Jachem

# EXHIBIT 4

Declaration of Michael Bricker

Attach. R, Next Door Post (12/17/23)

AFND 12/17/23
.94-96



**Allson f.**
Jacksonville, FL · 17 Dec 22 · Edited · 🌐

🐾😿🐾😿❤️😿I can't give up on this little man. BAKED BEANS!! is there is a human out there that would give this little man a chance? You won't be disappointed. He is doing a little better. This is due in large part to Dale Carrey and his dog day out jaunts. I fear for his "long term" life span at ACPS. Dogs that exhibit kennel stress, weight loss and depression, simply disappear. One day they are on the ACPS website, and then they are not. You can draw your own conclusions. I don't want this for Baked Beans. Even if adoption is not an option, how about a few dog day out walks, short term foster, or even long-term foster. How about springing him for the holiday? He is not cat tested but has done well with other pups in play group. It is noted that he previously had separation anxiety. It's difficult to know if he still suffers from anxiety. ACPS causes anxiety for these pups!!! When I saw him Friday, he leaned in for pets and was very low key and full of love. He would be a great snuggle buddy. He simply needs a bed where he can get a good night sleep. Please consider opening your heart and home, if only for a short time. https://nextdoor.com/p/8dDKFn6Nbd5Y?
utm_source=share&extras=Mj5NzgyNjM%3D




Log into Facebook
facebook.com

♡ 37    💬 33    ↪

**S** Susan Gambardella · Jacksonville, FL · 1y    ···


Baked beans is an amazing dog!! So sweet and gentle!

EXHIBIT 27
Deponent Francisco
Date 3-11-25    Rptr BB
WWW.DEPOBOOKPRODUCTS.COM

1

AFND 12/17/23
94-96



♡ 37   💬 33   ↗

**Susan Gambardella** · Jacksonville, FL · 1y          •••

Baked beans is an amazing dog!! So sweet and gentle!
Deserving of a loving home. Please consider fostering or
adopting this precious boy 🖤!

Like          Share                                    👍 6

**Janice Adams** · Jacksonville, FL · 1y          •••

<u>Susan</u> I need a comfort animal but where I live he has to be house
trained. He's looks so sweet my son would love him also

Like          Share                                    👍 3

**Melody E.** · Jacksonville, FL · 1y          •••

<u>Janice</u> there are so many wonderful dogs at ACPS, many house trained
and crate trained as well as knowing basic commands. It would be worth
a trip down there to talk to staff and volunteers. <u>Alison</u> can probably
direct you to whom to talk to to get the best info on certain dogs that
might fit your needs. 🖤🐾

Like          Share

**Alison f.** Author · Jacksonville, FL · 1y          •••

Janice speak to the volunteers not staff. The volunteers are more
knowledgeable about the dogs, their personalities etc. since they spend
the most time with them.

Like          Share                                    👍 2

**Susan Gambardella** · Jacksonville, FL · 1y          •••

<u>Janice</u> sent you a PM!

Like          Share                                    👍 1

**Lisa Tresmond** · Jacksonville, FL · 1y ·

Poor little buddy. I live in Jacksonville but currently out of town and have a dog
that has anxiety with other dogs. Comforting
Never an option with me. But I would love to
Come
And walk baked beans anytime.

Like          Share                                    👍 3

**Susan Parisi** · Jacksonville, FL · 1y

I would like to try and see Baked beans. I'm sure I will fall in love with him. I have
a dog and three cats. I don't know how they will all mesh. Also Friday I'm
leaving home for 2 weeks. Would hate to have to kennel him when I'm away.

Like          Share                                    👍 1

2

AFND 12/17/23
94-96



I would like to try and see Baked beans. I'm sure I will fall in love with him. I have a dog and three cats. I don't know how they will all mesh. Also Friday I'm leaving home for 2 weeks. Would hate to have to kennel him when I'm away.

Like          Share                                          2

**Susan Gambardella** · Jacksonville FL · 1y                    •••

Susan He would love to go out on a Dog Day Out with you if you are able 😊!

Like          Share                                          3

**Lois Haynes** · Jacksonville FL · 1y                         •••

Susan if you go get him I'll doggy sit for you while you're gone.

Like          Share                                          1

**Susan Parisi** · Jacksonville FL · 1y                         •••

Should I call ACPS?

Like          Share                                          0

**Alison f.** Author · Jacksonville FL · 1y                     •••

Susan you can just go down in person and ask to meet him. They will take you and Baked Beans to a visitor room where you can sit with him. Or you can sign him out for a dog day out and take him for a walk.

Like          Share                                          5

**Susan Parisi** · Jacksonville FL · 1y                         •••

Alison, thanks for the information!

Like          Share                                          3

**Lois Haynes** · Jacksonville FL · 1y                         •••

Susan they will let you foster to make sure he's a good fit before adoption. I ended up getting my girl that way almost 7 years ago .

Like          Share                                          2

**Lois Haynes** · Jacksonville FL · 1y                         •••

Lois

Like          Share                                          3

**Susan Parisi** · Jacksonville FL · 1y                         •••

Lois he is adorable!!

Like          Share                                          1

**Lois Haynes** · Jacksonville FL · 1y                         •••

Susan she's around 13 years old now and she has so much love to give everyday ❤.

Like          Share                                          1

**Alison f.** Author · Jacksonville FL · 1y                     •••

3

AFND 12/17/23
94-96

 Alison f. · Author · Jacksonville, FL · 1y    •••
I nis simply beautiful
Like        Share        1

Melody E. · Jacksonville, FL · 1y    •••
Lois she's precious!
Like        Share

Susan B. · Jacksonville Beach, FL · 1y · Edited    •••
I'm going to try and get down there to sit with him at least maybe walk him. I am at AutoZone right now getting my car figured out and I can't take him to my house cause I have two cats and would need to know more on that, but I hope he gets some more attention from people at least through this. 🖤 this breaks my heart!!!
Like        Share        2

 Alison f. · Author · Jacksonville, FL · 1y    •••
Susan even if you do a meet and greet with him, take a pic let everyone know your thoughts, it would help with his visibility on social media!
Like        Share        4

Susan Parisi · Jacksonville, FL · 1y    •••
Ok, I will do that!
Like        Share        1

Donna Regula · Atlantic Beach, FL · 1y    •••
Keep scrolling the post I swear I saw this one
Like        Share        1

 LOUISE DRIGGERS · Jacksonville, FL · 1y    •••
 We found our sweet Sofie about 6 years ago and she was sitting with her back to everyone ,very depressed + withdrawn .I decided to do a sleep over to see how she would interact with the family + I almost considered her return after a week of no acceptance ,however I had to take her back for a vet to check a spot on her neck + she looked back at me with eyes that were asking ," are you leaving me in dog jail" .I cried all the home to get my husband + we signed the adoption papers. Upon our return she jumped from our car as if she was the happiest little dog alive ,ran into the house ,jumping from one end of our sofa to the other. + loving on every one as if to acknowledge she was home. She was definitely a man's dog before she was found lost, skinny,stinky + scared. They estimated her age to be about 6 years + we have had her for 6 years .My husband recently passed and she never left his side for the time he was bed ridden. She mourned his loss as deeply as

... his side for the time he was bed ridden she mourned his loss as deeply as I did + she now follows me from room to room. She has been the most wonderful girl. Never pass a furbaby that appears lost ,depressed +

4

AFND 12/17/23
94-96

... the shot for the time it was used indoors she wouldn't ... The load as deeply as
I did + she now follows me from room to room. She has been the most
wonderful girl . Never pass a furbaby that appears lost ,depressed +
withdrawn because they are scared + alone . You could pass the best friend
you could ever imagine

Like              Share                                              3

 Alison f.  Author · Jacksonville, FL · 1y                       •••

LOUISE thank you for adopting and giving society the chance she so
desperately needed. Sadly many people pass by the ones who hide,
shut down or won't make eye contact. They are the ones who need us
the most. Once dogs are out of those situations at the shelters. it's
amazing how their true personality appear and they can shine. You took
that chance and you hit the jackpot. I hope others are inspired by your
story to give the little lonely soul in the shelter that same chance 

Like              Share                                              2

 James Niccum · Atlantic Beach, FL · 1y                          •••

                    I've seen so many dogs that look like this one posted lately.
                                        And here I was hoping to find a place for this abandoned dog I
                                        took in a few weeks ago.

Like              Share                                              2

 Alison f.  Author · Jacksonville, FL · 1y                       •••

James, it's epidemic. There aren't enough fosters or adopters to
accommodate the number of homeless pets. Your stray is adorable, and
I hope you are successful in finding him a permanent home. The fact
that you have provided this pup a loving home says a lot about you.
Thank you for your kind heart and compassion. Opening your home to
a stray is not something many will do. I post the ACPS dogs because
their living conditions are horrible. With the exception of the volunteers
that sign up to help. these ACPS dogs have very little human interaction
and exercise, little access to fresh air and sunlight. It's absolutely tragic.

Like              Share                                              3

 Alison f.  Author · Jacksonville, FL · 1y                       •••

                    James your stray looks like my pup I adopted from
                                        acps last year ♥

Like              Share                                              3

 Marie A · Jacksonville, FL · 1y                                •••

Ms. Alison, do you know happened to Baked Beans? Is he safe from being
euthanized? 😩

Like              Share                                              2

 Alison f.  Author · Jacksonville, FL · 1y                      •••

AFND 12/17/23
94-96



Like          Share                                           3

 Marie A · Jacksonville, FL · 1y                                    •••

Ms. Alison, do you know happened to Baked Beans? Is he safe from being
euthanized? 🫤

Like          Share                                           2

 Alison f. · Author · Jacksonville, FL · 1y                        •••

Marie I can give you the ACPS version-"no dogs are ever euthanized for
space". I can tell you only from what I have observed. They have
meetings at ACPS every Wednesday and Fridays. They discuss which
dogs they feel are failing and believe it is more humane to euthanize a
particular dog. To put it coldly and I know that mgmt at ACPS won't like
me saying this out loud- they basically vote. If there is no one in the
meeting to advocate for saving a particular dog, then that dog is
doomed. I was only volunteering a short time before they fired me for
going on the news. I never attended those meetings because
discussing an innocent dogs life or death is not why I volunteered. It is
my understanding that the behaviorist that is employed with ACPS is
pro-euthansia as is one particular volunteer.  The sad part is that many
of the pups never stand a chance to get recognized. The most troubling
is that mgmt at ACPS will NOT allow you to save a dog. They will not
allow you to post that a dog is scheduled for euthanasia in order to give
that dog a chance. The reason I am begging for Baked Beans now is
because today life from euthanasia is safe, but we will never know his
fate if he disappears from the website. I don't want to wait until it is too
late.

Like          Share                                           3

 Yasmeen Jawhar · Jacksonville, FL · 1y                          •••

Hes so sweet looking

Like          Share                                           1

 Yasmeen Jawhar · Jacksonville, FL · 1y                          •••

Rana

Like          Share

 Maxine Dowson · Ponte Vedra Beach, FL · 1y                      •••

I am OOT until New Years but if he is still available upon my return I would love
to meet him. My heart hurts to see him alone facing the corner in that  kennel.

Like          Share                                           1

 Alison f. · Author · Jacksonville, FL · 1y                      •••

https://nextdoor.com/p/BdDKfkGNbJ5Y?
utm_source=share&extras=Mjl5NzgyNjM%3D

Like          Share

Commenting is disabled as this post is outside your neighborhood

6



**Dale Carney**  Author  •  11h  •••

Angie Well Said  (edited)

♥ 1  Like  Reply  Shar



**Alison franciscus...**  •  10h  •••

Melody  other shelters around the state allow a "Save this dog from euthanasia" posts.  Our city homeless pet shelter, ACPS, does not.  Only a  select few know when a dog is scheduled to be euthanized through the

City Documents_0382

kennel, much less some doubled in kennels.

The public can't respond to what it doesn't know. There is a HUGE difference between the "normal ask" for fosters and the "urgent plea." And the public needs to know why the shelter has had to euthanize again. We all know the truth will never be told about secret meetings and not letting the public know the shelter was again euthanizing for space, but

City Documents_0383

I want to understand the situation better. Please help me to do so. Both Howard and Baked Beans came into the crowded shelter and suffered from kennel stress. There was then, and continues to be, an inadequate number of staff and volunteers which stretches both groups to their limits. That was/is the case during both dogs' stays at ACPS.

Howard did not get the

news.   I never attended those meetings because discussing an innocent dogs life or death is not why i volunteered.  It is my understanding that the behaviorist that is employed with ACPS is pro-euthansia as is one particular volunteer. The sad part is that many of the pups never stand a chance to get recognized.  The most troubling is that mgmt

City Documents_0385

simply too many dogs there at once and not enough staff and volunteers. That is why they languish. That is why there are too many Howards again.

Some pride needs to be swallowed, and people need to realize we are both saying the same thing! The dogs need heroes! The shelter needs volunteers, fosters and adopters! The difference is the "ask" needs to be based on the naked, raw.

Angie Benz are any of your volunteers able to foster during the HW treatment? I would think crating more dogs in offices would help some of them. They also wouldn't be forgotten for walks and potty breaks that way.

1d   Like



**Lynda Leffler Gridley**

Ms. Alison, do you know happened to Baked Beans? Is he safe from being euthanized? 

❤ 2    Like    Reply    Share

 **Alison franciscus** Author ..  •••

Marie I can give you the ACPS version-"no dogs are ever euthanized for space".   I can tell you only from what I have observed.  They have meetings at ACPS every Wednesday and Fridays.  They discuss

City Documents_0393

# EXHIBIT 4

Declaration of Michael Bricker

Attach. S, Next Door Posts naming Stiles



🐾 🐾 It should be noted that Bohdie was the dog Destiny Stile, an ACPS "behaviorist" could not get out of the kennel. This dog was the reason for termination of a wonderful volunteer. Deemed a danger. I am pretty sure that an 18 month old dog she could not get out of a kennel is not dangerous. Rambunctious? Absolutely. And guess what? He was on the

# EXHIBIT 4

Declaration of Michael Bricker

Attach. T, Additional News

Interview Request (2/23/24)

**From:** Perry, Phillip <PPerry@coj.net>
**Sent:** Friday, February 23, 2024 9:37 AM EST
**To:** Bricker, Michael <MBricker@coj.net>
**CC:** Ross, Melissa <RossM@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>; Schatz, Heather <HSchatz@coj.net>
**Subject:** Fwd: MEDIA REQUEST

Michael, can your team pull the data she is asking for? Let's discuss the interview. I recommend we proceed as long as they are willing to also cover our adoption outreach, which I have already asked about.

---

**From:** Crawford, HEATHER <hcrawford2@firstcoastnews.com>
**Sent:** Thursday, February 22, 2024 6:42:07 PM
**To:** Perry, Phillip <PPerry@coj.net>
**Subject:** MEDIA REQUEST

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Phillip,
 I am working on a Verify story and am looking for data and an interview with the head of ACPS on the number of dogs and cats euthanized at ACPS in 2022 and 2023 and specifics you have on breeds. And how many staff worked at ACPS in both years. Do I go through you to set up interviews and request the data? Thanks!



 

**Heather Crawford**
First Coast News Anchor
c. (904) 813-6933
hcrawford2@firstcoastnews.com
 Heather Crawfordhttp://on.fb.me/1nlpgsW
Follow @HeatherFCN on Twitter!


1070 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202

# EXHIBIT 4

Declaration of Michael Bricker

Attach. U, Happy Records

02/20/2025

ADMIN 5

## MEDICAL HISTORY REPORT

Animal Care & Protective Services
2020 Forest Street
Jacksonville, FL  32204
(904) 630-CITY



| | |
|---|---|
| **Animal ID#:** | A1401658 |
| **Name:** | Happy |
| **Breed:** | Mix |
| **Color:** | Tan / White |
| **Sex:** | Neutered Male |
| **Age:** | 3y 4m |
| **Microchip:** | 981020045805768 |

---

**04/10/2023**   **Visit Type / Reason:** Screening                    50.2 lbs

Intact male, microchip -

---

**04/10/2023**   **Visit Type / Reason:** Prevention                    50.2 lbs

1.00TABLET(S) of IVERHART PLUS 26-50LBS
1.00EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly
heartworm prevention.
*Note: Heartworm prevention does not TREAT heartworms, it only prevents infection or prevents
further infection if dog is already infected with heartworms. If this dog is heartworm positive
(already infected with heartworms), it will require heartworm treatment through a veterinarian.

---

**04/10/2023**   **Visit Type / Reason:** Deworm Exam                    50.2 lbs

10.00CC(S) of STRONGID LIQ

Strongid given

---

**04/10/2023**   **Visit Type / Reason:** Vaccines                    50.2 lbs

BORDETELLA IN
DA2PP

DA2PP vaccine and Intranasal Bordetella given

---

c:\program files\chameleon software\chameleon\crystal\MedHist.rpt

A1401658

City of Jacksonville_001403

 **Visit Type / Reason:** Screening

HW AG TEST - NEGATIVE

Heartworm Ag test: Negative

This dog tested negative for heartworm disease today. A negative test means "no antigen detected" (NAD). Even if the test result is "negative" (NAD) for heartworm disease, that still does not mean your dog is 100% in the clear. Some stages of heartworm infection may not be detected on a heartworm test and we recommend you repeat a heartworm test through your veterinarian in 6 months.

---

 **Visit Type / Reason:** Exam                    50.2 lbs

1.00TABLET(S) of CLAVAMOX 375 2.00x per day for 7.00 day(s).
1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 7.00 day(s).
0.50TABLET(S) of CARPROFEN 100MG 2.00x per day for 7.00 day(s).

Wound noted at cranial right shoulder/chest; swelling of right forelimb, mostly associated with elbow; either a puncture wound or draining tract noted at craniomedial aspect of right elbow; weigh bearing lame on this limb

Start on Clavamox, carprofen and gabapentin; recommend obtaining rads at neuter of this area

4/13: Wounds are healing well. Clipped and cleaned while under anesthesia. Right elbow manipulates WNL- radiographs not indicated. JW

---

04/13/2023 **Visit Type / Reason:** Surgery                    50.2 lbs

0.50CC(S) of KETOPRFEN INJ
1.30CC(S) of MIDZOLAM5MG
1.30CC(S) of KETMINE 100MG
1.15CC(S) of HYDROMORPHONE
0.13CC(S) of ACE INJ
MICROCHP
DOG NEUTER

Presurgical PE:
   Premed: Acepromazine and Hydromorphone IM injection
   Induct: Midazolam and Ketamine IV injection
   Maint: Isoflurane
   Ketoprofen given post-op SQ injection
   Routine prescrotal neuter performed using absorbable PDS suture
   Local incisional splash block performed with lidocaine:ropivacaine
   Green tattoo placed lateral to incision

MC: 981020045805768
Veterinarian: JWillson

*This animal was sterilized while in our care. If you notice redness, discharge, pain, swelling, or opening of the surgical site within 48 hours of adoption, please return to ACPS for an examination. If this occurs later than 48 hours following adoption, please follow up immediately with your regular vet.*

2

A1401658

City of Jacksonville_001404

**04/13/2023**

**Visit Type / Reason:** Vaccines / Rabies

RABIES 1YR

MFG: Zoetis
Lot Exp: 24 OCT 23
Product Name:  Nobivac 1-Rabies
Ser. No.: 585922
Lot: 613348
Veterinarian: J. Willson

---

**04/13/2023**

**Visit Type / Reason:** Behavior                           50.2 lbs

1.00TABLET(S) of TRAZODONE 100MG 2.00x per day for 3.00 day(s).

Dog is showing signs of FAS in shelter. Starting trazodone at 4.5mg/kg PO BID. Recheck in 3 days
for possible dose increase.

---

**04/16/2023**

**Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 7.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 7.00 day(s).

Dog continues to show signs of FAS (Panting, chewing blanket). Increasing trazodone to 7 mg/kg
BID

4/17: Discontinuing gabapentin for wounds but extending here for FAS LGH

---

**04/17/2023**

**Visit Type / Reason:** Exam

1.00TABLET(S) of CLAVAMOX 375 2.00x per day for 14.00 day(s).

Wound at chest has healed well with just scabbing noted; swelling at right forelimb nearly resolved;
no lameness noted; wound has granulated closed with no discharge noted; extending just
Clavamox

4/24: Wound has healed well; extending Clavamox due to location and severity of intial wound but
okay to discontinue at next review date if no regression is noted LGH
05/01/23 14:11 Wound appears to have healed competely, no regression noted. MLG

---

**04/23/2023**

**Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 14.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 14.00 day(s).

Extending trazodone and gabapentin PO BID for FAS

---

A1401658                                                                          c:\program files\chameleon software\chameleon\crystal\MedHist.rpt

City of Jacksonville_001405

**04/24/2023**    **Visit Type / Reason:** Vaccines

10.00CC(S) of STRONGID LIQ
DA2PP

DA2PP vaccine and Strongid liq given

---

**04/24/2023**    **Visit Type / Reason:** Followup

FECAL FLOAT - POSITIVE

Small amount of vomitus in kennel consisting of partially digested food; feces with fecal score of 5-6 noted in kennel; very BAR; monitor +/- collect sample for fecal float

04/26/23 11:21 fecal float: + coccidia-email to DVM

Dog was diagnosed with coccidia but due to size, will be difficult to treat; monitor fecal score and fecal floats, suspect dog will be able to address coccidia on their own if we can decrease stress levels.

*This animal was diagnosed with intestinal parasites.  If you notice blood, mucous, diarrhea or worms in your pet's stool, please follow up immediately with your regular vet.*

---

**05/10/2023**    **Visit Type / Reason:** Prevention

2.70EACH(S) of FIPRONIL
1.00TABLET(S) of IVERHART PLUS 51-100LBS

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly heartworm prevention.

---

**05/16/2023**    **Visit Type / Reason:** Followup

1.00PACKAGE(S) of FORTI FLORA 1.00x per day for 4.00 day(s).
1.00EACH(S) of RX DIET 2.00x per day for 4.00 day(s).

Fecal score of 6 noted today; repeat fecal float still positive for coccidia
Start on EN and fortiflora and continue to monitor fecal floats
Due to size, will be difficult to treat; suspect dog will be able to address coccidia on their own if we can decrease stress levels
05/20/23 14:37 ACB: Dog was not being fed EN. Extending EN and fortiflora

---

**05/16/2023**    **Visit Type / Reason:** Followup

Place EN sign

05/17: Sign placed -HT

---

4

A1401658

City of Jacksonville_001406

**05/16/2023**    **Visit Type / Reason:** Followup

FECAL FLOAT - NEGATIVE

Recheck fecal float needed

05/26/23 13:50 Fecal float: negative, okay to discontinue monitoring. MLG

---

**05/26/2023**    **Visit Type / Reason:** Exam

1.00EACH(S) of RX DIET 2.00x per day for 6.00 day(s).

Verify fecal score wnl, to start transition off of EN.

05/27/23 13:09 No EN signs placed on kennel. Fecal score: 6/7 and mucoidal. Placing EN signs to
restart EN diet. Recheck in 5 days- VB
06/01/23 13:10 ACB: FS 6/7 extending EN diet.
08/09/23 12:09 ACB: Starting transition
08/14/23 14:09 Feces normal (FS: 3-4/7) okay to transition back to regular diet. MLG

---

**06/03/2023**    **Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

**06/05/2023**    **Visit Type / Reason:** Followup

10.00CC(S) of FENBENDZL LIQ 1.00x per day for 3.00 day(s).
FECAL FLOAT - POSITIVE

Reported to have persisting diarrhea despite being on EN; collect sample for repeat float due to
previously diagnosed coccidia

6/6: Fecal Score:6, Fecal Float: + hookworms. Start fenbendazole x  days. Reweigh and redose in 3
weeks.

*This animal was diagnosed with intestinal parasites.  If you notice blood, mucous, diarrhea or
worms in your pet's stool, please follow up immediately with your regular vet.*

---

**06/21/2023**    **Visit Type / Reason:** Prevention

1.00TABLET(S) of IVERHART PLUS 51-100LBS
2.70EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly
heartworm prevention.

---

A1401658    c:\program files\chameleon software\chameleon\crystal\MedHist.rpt

City of Jacksonville_001407

**07/03/2023**    **Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

**07/21/2023**    **Visit Type / Reason:** Prevention

1.00TABLET(S) of IVERHART PLUS 51-100LBS
2.70EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly
heartworm prevention.

---

**08/02/2023**    **Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

**08/03/2023**    **Visit Type / Reason:** Exam

Honking cough noted with undigested food vomit++; Monitor
8/4: Reported to have not finished breakfast and vomited food a couple more times; QAR in
kennel; no CIRD signs noted; monitor and collect sample for fecal float LGH
08/05/23 13:10 ACB: No feces in kennel. Dried ocular discharge and coughing noted.
08/06/23 11:51 ACB: FS3 Fecal float:NSF. Vomit noted and QAR coughing
08/07/23 14:07 QAR, no V, No cough noted this am. MLG
8/7 DVM: QAR with slightly increased respiratory effort; medications started in separate entry;
continue close monitoring LGH
08/08/23 13:51 QAR this am, but ate breakfast and ate wet food from me this am. No vomit noted.
MLG
08/10/23 16:51 No vomit this am, laying on bed-QAR. Eating well. MLG
08/11/23 13:43 coughing, no vomit-eating well. More BAR today. MLG
08/12/23 13:40 dog is much more BAR this am, standing at front of kennel, and ate all food
overnight and canned for me today. Okay to stop daily monitoring at this time per Dr. W. Report
any decline to DVM.

*This animal was diagnosed with respiratory disease. If you notice coughing, gagging, nasal or
ocular discharge, fever or loss of appetite, please follow up immediately with your regular vet.*

6

**08/07/2023**    **Visit Type / Reason:** Followup

    1.50TABLET(S) of ONDANSETRON 8MG 2.00x per day for 4.00 day(s).
    2.00TABLET(S) of DOXYCYCLINE 100 1.00x per day for 10.00 day(s).

Starting doxycycline for CIRD due to progression in clinical signs and severity of signs in population; adding ondansetron for nausea

8/17: Dog is doing great; no CIRD signs noted; okay to discontinue doxycycline LGH

---

**08/21/2023**    **Visit Type / Reason:** Prevention

    1.00TABLET(S) of IVERHART PLUS 51-100LBS
    2.70EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly heartworm prevention.

---

**08/28/2023**    **Visit Type / Reason:** Followup

    FECAL FLOAT - NEGATIVE

Reported to have a large amount of vomitus in kennel this morning with possible small amounts of blood noted and did not eat meds; during rounds, no new vomitus noted in kennel and dog was very BAR; feces with FS of 5-6 noted; monitor +/- collect sample for fecal float

08/29/23 17:45 FS:5, Fecal Float: NPS. Monitor - SDP
08/30/23 14:47 No vomit or diarrhea in kennel this AM, okay to discontinue monitoring- SDP

---

**09/01/2023**    **Visit Type / Reason:** Behavior

    1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 14.00 day(s).
    1.50TABLET(S) of TRAZODONE 100MG 2.00x per day for 14.00 day(s).

Extending trazodone and gabapentin for FAS

---

**09/12/2023**    **Visit Type / Reason:** Behavior

    1.00TABLET(S) of ALPRAZOLAM 1MG 2.00x per day for 5.00 day(s).

Adding alprazolam to FAS treatment, dog was tearing up karunda bed this am, blood noted on bed and floor (suspect from mouth), noted jumping up in kennel to fight with neighbor and the falling back down to floor not landing on his feet each time.

09/17: No blood in kennel; only excessive barking noted; Discontinue alprazolam; recheck for signficant regression -HT
09/18: No blood and blankets intact in kennel. No jumping observed. Ok to remain off alprazolam -HT

---

A1401658    c:\program files\chameleon software\chameleon\crystal\MedHist.rpt

City of Jacksonville_001409

**09/15/2023**    **Visit Type / Reason:** Behavior

1.00 CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.50 TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

**09/21/2023**    **Visit Type / Reason:** Prevention

1.00 TABLET(S) of SENTINEL SPECTRUM BLUE 50-100
2.70 EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Sentinel Plus given orally for monthly heartworm prevention.

---

**10/15/2023**    **Visit Type / Reason:** Behavior

1.00 CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75 TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

**10/15/2023**    **Visit Type / Reason:** Screening

HW AG TEST - NEGATIVE

Heartworm Ag test: Negative

This dog tested negative for heartworm disease today. A negative test means "no antigen detected" (NAD). Even if the test result is "negative" (NAD) for heartworm disease, that still does not mean your dog is 100% in the clear. Some stages of heartworm infection may not be detected on a heartworm test and we recommend you repeat a heartworm test through your veterinarian in 6 months.

---

**10/21/2023**    **Visit Type / Reason:** Prevention

1.00 TABLET(S) of IVERHART PLUS 51-100LBS
2.70 EACH(S) of FIPRONIL

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly heartworm prevention.

---

**11/14/2023**    **Visit Type / Reason:** Behavior

1.00 CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75 TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

---

8

A1401658

City of Jacksonville_001410

 **Visit Type / Reason:** Prevention

2.70EACH(S) of FIPRONIL
1.00TABLET(S) of IVERHART PLUS 51-100LBS

Fipronil applied topically for monthly flea prevention and Iverhart Plus given orally for monthly heartworm prevention.

**12/09/2023** **Visit Type / Reason:** Behavior

1.00TABLET(S) of ALPRAZOLAM 1MG 2.00x per day for 3.00 day(s).

Dog is in a crate in an administration office. Excessively barking and howling and not able to settle. Starting on alprazolam x 3 days.

12/12: Dog is much calmer in kennel. Discontinuing alprazolam. Monitor for regression in behavior SDP

12/14: Dog got adopted SDP

**12/14/2023** **Visit Type / Reason:** Behavior

1.00CAPSULE(S) of GABAPENTIN 300MG 2.00x per day for 30.00 day(s).
1.75TABLET(S) of TRAZODONE 100MG 2.00x per day for 30.00 day(s).

Extending trazodone and gabapentin for FAS

Vaccination boosters vary from animal to animal depending on age and medical history.  Consult with your veterinarian to find out what follow up boosters your new pet will need. **If you or your veterinarian have any questions about the medical treatment your new pet has received, please contact us via email at jaxpets@coj.net.**

A1401658

c:\program files\chameleon software\chameleon\crystal\MedHist.rpt

City of Jacksonville_001411

| Kennel No: **ADMIN 5** | Animal No: **A1401658** | **Animal Care and Protective Services** Kennel Card | Activity No: **A23-482176** |  |



| Scanned?: **S-** | ID?: **98102004580576** | | Weight **50.2 lbs** | Bite dog? |
| Color: **TAN & WHITE** | | | | |
| Breed: **MIX** | | | | |
| Sex: **NEUTERED** | | Approx Age: **3Y** | | |
| Collar Color: | | Collar Type: | | Intake Condition: **NORMAL** |

A1401658
03/02/2024

**HAPPY**

Markings:

Status: **AVAILABLE**

| Intake Date: **03/02/2024** | Due Out: **03/02/2024** | Intake Type: **FOSTER / OTC** | | Intake By: **ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome: **ADOPTION / NEW** | Dose: | Outcome By: **ST** | Outcome Date: **03/02/2024** | Receipt #: |

*Owner:   RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883*

**Memo Information:**
4/13/2023
04/13/23 17:12 Vet tech Angi went to get the dog from the kennel for surgery. She stated that the dog was extremely mouthy, but in a playful manner, and kept grabbing the leash from her. After he took two leashes from her hand, she used treats to distract him and was able to leash him. No issues walking to VOP. In VOP he continued to be mouthy but not terrible. Allowed medical handling and pre-med injection. After his pre-med (which should make him more sedate), I carried another dog past him and he immediately jumped up and bit her face. It did not appear playful and did appear to be done with intent to harm (he mostly missed and only grazed her face). He had multiple wounds on him that may be consistent with a previous dog fight. No other issues following that and no issues returning to kennel- VB
04/24/23 11:53 DS - Soft but somewhat stoic when I approached the kennel. Took treats politely and allowed me to leash easily. Very minimal reactivity moving through the run. Only one attempt to fence fight with a very reactive dog in E6. Walked well on leash, sat nicely for treats and took treats softly. Grabbed a Kong on the way back, when we entered the run he was reactive for a moment but was fine returning. No issues physically unleashing.
Very minimal excited jumping, no mouthing.

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and<br>Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |



| Scanned?:<br>**S-** | ID?:<br>**98102004580576** | | Weight<br>**50.2 lbs** | Bite dog? |

**A1401658**
**03/02/2024**

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex:                          Approx Age:
**NEUTERED**          **3Y**

Collar Color:          Collar Type:          Intake Condition:
                                                          **NORMAL**

**_HAPPY_**

Markings:

Status: **AVAILABLE**

Intake Date:          Due Out:          Intake Type:                          Intake By:
**03/02/2024**    **03/02/2024**   **FOSTER / OTC**              **ST**

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

Outcome:                          Dose:          Outcome By:     Outcome Date:     Receipt #:
**ADOPTION / NEW**                          **ST**              **03/02/2024**

_Owner:    RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883_

**Memo Information:**
**4/24/2023**

Bar Code

| Kennel No: | Animal No: | **Animal Care and** | Activity No: |  |
|---|---|---|---|---|
| **ADMIN 5** | **A1401658** | **Protective Services** Kennel Card | **A23-482176** | |

| | Scanned?: | ID?: | | Weight | Bite dog? |
|---|---|---|---|---|---|
| | **S-** | **98102004580576** | | **50.2 lbs** | |

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex: **NEUTERED**  Approx Age: **3Y**

Collar Color:     Collar Type:     Intake Condition:
**NORMAL**

A1401658
03/02/2024

**HAPPY**

Markings:

Status: **AVAILABLE**

| Intake Date: | Due Out: | Intake Type: | Intake By: |
|---|---|---|---|
| **03/02/2024** | **03/02/2024** | **FOSTER / OTC** | **ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome: | Dose: | Outcome By: | Outcome Date: | Receipt #: |
|---|---|---|---|---|
| **ADOPTION / NEW** | | **ST** | **03/02/2024** | |

*Owner:*   *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883*

**Memo Information:**
04/24/23 14:33 was easy to leash but was trying to push his way out of the kennel before the leash was fully on. The other dogs were guillotined on the inside so I took him down the run on the outside. Did okay for medical handling, takes treats nicely and knows "sit". When I brought him back to the kennel, he started fence fighting with the dogs in the first couple kennels. I pulled him away and he started jumping on me and he was going back and forth between trying to fence fight and jumping on me. It was hard to pull him past the other dogs. I took him back out and Shana came with him to put him back. She was luring him with food and once he was past the dogs he could see he was fine. KA
04/25/23 14:26 DS - Rachelle had no issues leashing or moving through the kennel run for playgroup. She said he grabbed the leash once or twice but no mouthing. Behaviorally ok to MTA, will add a gtine protocol and continue dog testing.
05/08/23 15:00 DS - Per Vol Karen: This was my first time taking Happy out. When I started to open the kennel door, he wanted to bite the leash. I used treats & peanut butter to distract him & leash him. Outside, he wanted to play tug-of-war so I let go of the leash, He calmly explored the play yard. He loved playing catch with a tennis ball & he knows how to return and drop the ball. We did this for quite a while. When I sat and called him over, he came close & loved the pets. At times, he was mouthy, but was easy to distract by moving my arms away from his mouth

Bar Code

| Kennel No: | Animal No: | **Animal Care and** | Activity No: | |
|---|---|---|---|---|
| **ADMIN 5** | **A1401658** | **Protective Services** Kennel Card | **A23-482176** |  |



| | Scanned?: | ID?: | Weight | Bite dog? |
|---|---|---|---|---|
| | **S-** | **98102004580576** | **50.2 lbs** | |

**Color:**
**TAN & WHITE**

**Breed:**
**MIX**

| **Sex:** | **Approx Age:** |
|---|---|
| **NEUTERED** | **3Y** |

| Collar Color: | Collar Type: | Intake Condition: |
|---|---|---|
| | | **NORMAL** |

A1401658
03/02/2024

---
**HAPPY**
---

Markings:

Status: **AVAILABLE**

| Intake Date: | Due Out: | Intake Type: | Intake By: |
|---|---|---|---|
| **03/02/2024** | **03/02/2024** | **FOSTER / OTC** | **ST** |

Crossing:   **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome: | Dose: | Outcome By: | Outcome Date: | Receipt #: |
|---|---|---|---|---|
| **ADOPTION / NEW** | | **ST** | **03/02/2024** | |

*Owner:*   *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

**Memo Information:**
or standing & walking around.  He loved sitting or laying quietly while leaning against me.  Going back in, he bit the leash & played tug-of-war.  I used a chew toy and "decoy leash" to keep his mouth busy while walking back into his kennel.
06/14/23 15:15 AF - Per vol Rachelle: Happy has alot going on in his kennel, a bit all over the place guy. His last out was 6/07. During cleaning, all dogs were in middle. I got cheese to spray on floor. Raised guillotine slowly, he came over eating cheese. Came up for calm chain leash event. While licking cheese, opened kennel door, he came out calmly went to yard.  he was easy to clip his chain on. In yard he was calm and enjoyed sitting in the sun. During return he jumped and grabbed chain leash. Tossed in pupperoni to get him into kennel.

**4/25/2023**
04/25/23 14:24 DS - Muzzled due to history, appropriate greetings. Fixated on muzzle most of the time. Will continue to test.
05/18/23 14:50 DS - No muzzle today, anchored on a long line. Tense greetings but made appropriate decisions. Moved away from the dogs. Continue to practice dog skills
10/20/23 13:39 DS - Muzzled today, can probably remove next time, kept to self.

Bar Code

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |

| Scanned?:<br>**S-** | ID?:<br>**98102004580576** | | Weight<br>**50.2 lbs** | Bite dog? |

Color:
**TAN & WHITE**

Breed:
**MIX**

| Sex:<br>**NEUTERED** | Approx Age:<br>**3Y** |

| Collar Color: | Collar Type: | Intake Condition:<br>**NORMAL** |

**A1401658**
**03/02/2024**

---

**HAPPY**

Markings:

Status: **AVAILABLE**

---

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

*Owner:   RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

### Memo Information:
**4/25/2023**
A1401658 E12 Happy
Happy struggles with fence fighting moving through the runs.
- Guillotine neighbors on both sides and the kennels in his pathway to the door.
- Encourage and reward for calm behavior.
- Open all guillotines when finished.
Please leave a behavior slip or provide feedback via the google form,
found at this QR code. See behavior with any questions or concerns

**5/23/2023**
05/23/23 17:54 BR. Intorduced dogs same day Happy was brought home. She states that they got along at first but then would reasource guard food, the host herself, and where he was laying. The host had 2 corgis. This caused multiple fights in the home. The fights would result in minor injuries to the dogs involved. He is unknown with cats, tolerant, easygoing, and playful with children 6-12. He likes to play fetch, go on walks, snooze, work for treats, run, cuddle, be inside and outside. He loves stuffed toys.

Bar Code

| Kennel No: | Animal No: | **Animal Care and** | Activity No: | |
| **ADMIN 5** | **A1401658** | **Protective Services** | **A23-482176** | |
| | | Kennel Card | | |



| Scanned?: | ID?: | | Weight | Bite dog? |
| **S-** | **9810200458057681** | | **50.2 lbs** | |

Color:
**TAN & WHITE**

Breed:
**MIX**

| Sex: | Approx Age: |
| **NEUTERED** | **3Y** |

| Collar Color: | Collar Type: | Intake Condition: |
| | | **NORMAL** |

A1401658
03/02/2024

**HAPPY**

Markings:

Status: **AVAILABLE**

| Intake Date: | Due Out: | Intake Type: | Intake By: |
| **03/02/2024** | **03/02/2024** | **FOSTER / OTC** | **ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome: | Dose: | Outcome By: | Outcome Date: | Receipt #: |
| **ADOPTION / NEW** | | **ST** | **03/02/2024** | |

*Owner:*   *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

Memo Information:
6/7/2023

Bar Code

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |

| Scanned?:<br>**S-** | ID?:<br>**981020004580576** | | Weight<br>**50.2 lbs** | Bite dog? |
| Color:<br>**TAN & WHITE** | | | | |
| Breed:<br>**MIX** | | | | |
| Sex:<br>**NEUTERED** | | Approx Age:<br>**3Y** | | |
| Collar Color: | | Collar Type: | | Intake Condition:<br>**NORMAL** |

A1401658
03/02/2024

### *HAPPY*

Markings:

**Status: AVAILABLE**

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

*Owner:   RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

**Memo Information:**

Happy has shown resource guarding in the home towards other animals. Resource guarding is an umbrella term, that can range in severity. As well as across several different items.

Resource guarding is a natural behavior across many different species, even humans. We lock our cars, marry our spouses, lock our homes, put pin codes on our debit cards. We are guarding the resources we deem valuable, and dogs are no different.

While he only showed the behavior towards other dogs, I encourage you to not remove items directly from him. As you're only reinforcing the fear that someone will take the item away which exacerbates the guarding.

To manage the behavior in home, feed him separately from other pets and only offer items that he "guards" in a separate area.

To modify the behavior in home, teach him the commands "trade" and "drop it." You must offer the dog something more high value than what he has. The dog decides what is or isn' t more high value, he will not trade if he thinks

· Bar Code

c:\program files\chameleon\reports\kennel_Card.rpt

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and<br>Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |



| Scanned?:<br>**S-** | ID?:<br>**98102004580576** | | Weight<br>**50.2 lbs** | Bite dog? |

**A1401658**
**03/02/2024**

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex:                          Approx Age:
**NEUTERED**              **3Y**

Collar Color:        Collar Type:        Intake Condition:
**NORMAL**

---

**HAPPY**

Markings:

Status: **AVAILABLE**

---

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

*Owner:   RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

**Memo Information:**
what he has is more high value. Try things like treats, chicken, other toys, etc. For more help, you can email
Animalbehavior@coj.net.

If he is showing severe signs of resource guarding towards other animals, he may do best as an only pet.

It's important to note that the previous home who took Happy did not do appropriate introductions. A dog who is
coming out of a stressful situation may be more inclined to guard things he deems high value. It's recommended that
dogs in general are not fed together, but especially dogs who are new to each other and the home.

**6/16/2023**

Bar Code

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and<br>Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |



| Scanned?: | ID?: | | Weight | Bite dog? |
| S- | 98102004580576 | | **50.2 lbs** | |

**Color:**
**TAN & WHITE**

**Breed:**
**MIX**

| Sex: | | Approx Age: |
| **NEUTERED** | | **3Y** |

| Collar Color: | Collar Type: | Intake Condition: |
| | | **NORMAL** |

A1401658
03/02/2024

---

**HAPPY**

**Markings:**

Status: **AVAILABLE**

---

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

*Owner:*   *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883*

**Memo Information:**
06/16/23 16:17 - FB - Per Volunteer Michele L on 6/7 - Was great on a walk! Seemed bored in play yard. Difficult to rekennel. Required PB Nyla, two leashes, and multiple steps. Otherwise very sweet boy.
10/4/23 16:22 NC happy was a bit of a challenge to leash as he was leash grabbing had to switch to his chain leash he did settle enough for me to get his weight however which is 49 pounds
10/21/23 14:17 DS - Per Vol Kristi: I walked Happy today. I went to his kennel to meet him & give some treats. I then followed his protocol which is to guillotine others in his path & then spray cheese at the door, while eating, clip his leash and all of that worked great for an easy out of kennel. On our walk he pulled slightly but the further away from the shelter the less he pulled on the leash. He returned to the kennel easily & clip leash was easy to get off without any reaction from him.
10/18/23 16:41 NC per vol karen Today I took Happy out to the play yard. I followed the PPP and had no trouble other than my own lack of hand/eye coordination while trying to attach the leash. Happy was very patient with me, standing calmly and allowing head & neck pets as I fumbled with his collar and the ring I needed to clip onto. Once leashed he walked nicely to the door, except for a short pause to finish off his neighbor's kibble. Outside he had calm behavior as he explored the play yard & the "goings-on" outside the fence. He came to me several times ti lean into my legs & put his head under my hands. He enjoyed calm petting.  I was much improved on clipping his leash for the

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |



| Scanned?:<br>**S-** | ID?:<br>**98102004580576** | Weight<br>**50.2 lbs** | Bite dog? |

**A1401658**
**03/02/2024**

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex:                     Approx Age:
**NEUTERED**        **3Y**

Collar Color:        Collar Type:        Intake Condition:
                                                            **NORMAL**

Markings:

**HAPPY**

Status: **AVAILABLE**

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

*Owner:    RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883*

**Memo Information:**
return walk and he was calm & polite.

**8/24/2023**
08/24/23 18:59 BR. Moved to a topped kennel. Happy was jumping and clearing the top of the kennel.
10/26/23 9:36 NC per vol Darrel Took Happy out to play yard using chain leash.  He wandered around the yard, coming over for pets & a few treats. After 10", I tried using my slip lead and walked around the yard without incident. After several trips around the yard, I took him out of the gate and we walked calmly around the grass area outside E yard.  Walked back through E, into F and inside.  Happy took me to his kennel, walked in, turned and sat for me to remove the slip lead.

**11/11/2023**

Bar Code

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |

| | Scanned?:<br>**S-** | ID?:<br>**98102004580576** | | Weight<br>**50.2 lbs** | Bite dog? |
|---|---|---|---|---|---|

**A1401658**
**03/02/2024**

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex:                          Approx Age:
**NEUTERED**                  **3Y**

Collar Color:        Collar Type:        Intake Condition:
                                         **NORMAL**

**HAPPY**

Markings:

Status: **AVAILABLE**

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | | Intake By:<br>**ST** |
|---|---|---|---|---|

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |
|---|---|---|---|---|

*Owner:*   *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883*

**Memo Information:**
11/11/23 10:25 TS: Happy was noted as being tolerant & non reactive to cats. The host did not have enough energy to play as much as he needed to or wanted to play. She has a fenced in yard & he was able to get out & come around when she opened the garage he was standing there waiting. He also got out of the crate but she thinks she forgot to latch both.

Host noted :He is a great dog & may do well in a home with children to paly with.

11/14/23 09:17 DS - Foster also noted that he was mounting and excessively following her around.

**11/16/2023**

Bar Code

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and<br>Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** | Jacksonville<br>*Where Florida Begins.* |



| Scanned?:<br>**S-** | ID?:<br>**98102004580576** | Weight<br>**50.2 lbs** | Bite dog? |
|---|---|---|---|

**HAPPY**

Status: **AVAILABLE**

Color:
**TAN & WHITE**

Breed:
**MIX**

Sex:
**NEUTERED**

Approx Age:
**3Y**

Collar Color:

Collar Type:

Intake Condition:
**NORMAL**

Markings:

A1401658
03/02/2024

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | Intake By:<br>**ST** |
|---|---|---|---|

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |
|---|---|---|---|---|

*Owner:*  *RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL  32011, (904) 525-7883*

**Memo Information:**
11/16/23 12:17 DS - Dog has been suffering from lack of impulse control and FAS since entering the shelter. He requires a specific handling protocol to keep volunteers safe while taking him out. He paces his kennel and fecal paints daily despite increased enrichment. He has notoriously not done well with other dogs in and out of the shelter. He showed significant signs of resource guarding around space, food, people and toys during a sleepover. He showed signs of over arousal, and escaping in his most recent foster home. Given his narrow placement possibilities and significant FAS, I am recommending euthanasia.

**11/27/2023**
**\*\*DO NOT DOUBLE\*\***

**2/27/2024**
02/27/24 17:10 TB I called and left a voicemail for the sleepover host, saying we did need them to come in to finalize the adoption and wanted to know when they would be.

Bar Code

c:\program files\chameleon\...\Kennel_Card.rpt

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Animal Care and<br>Protective Services**<br>Kennel Card | Activity No:<br>**A23-482176** |  |



| | Scanned?:<br>**S-** | ID?:<br>**9810200458057**6 | | Weight<br>**50.2 lbs** | Bite dog? |

Color:
**TAN & WHITE**

Breed:
**MIX**

| Sex:<br>**NEUTERED** | Approx Age:<br>**3Y** |

| Collar Color: | Collar Type: | Intake Condition:<br>**NORMAL** |

**A1401658**
**03/02/2024**

---

**_HAPPY_**

Markings:

Status: **AVAILABLE**

---

| Intake Date:<br>**03/02/2024** | Due Out:<br>**03/02/2024** | Intake Type:<br>**FOSTER / OTC** | Intake By:<br>**ST** |

Crossing:    **FOSTER TO ADOPTION**

Comment:
**\*needs topped kennel!\***
**\*\*I GO HOME WITH A GOODIE BAG!!\*\***

**If pets there are other pets in the home, must speak with behavior.**

| Outcome:<br>**ADOPTION / NEW** | Dose: | Outcome By:<br>**ST** | Outcome Date:<br>**03/02/2024** | Receipt #: |

_Owner:_   _RICHARD MESSER, 54360 PELICAN RD, CALLAHAN, FL 32011, (904) 525-7883_

**Memo Information:**
**Officer Notes:**
On 04/10/23 at approximately 1015 hours I called the complainant and he advised me he had picked up a friendly
dog with lacerations on the neck and front legs. He agreed to transport the dog to ACPS for treatment. I received the
dog in officer intake approximately fifteen minutes later.


N. Huber, #311
Animal Code Enforcement Officer

Bar Code



| Kennel No: | Animal No: | **Jacksonville** | Activity No: |
|---|---|---|---|
| **ADMIN 5** | **A1401658** | **Animal Care & Control** | **A23-482176** |
| | | Kennel Card | |

| **HAPPY** | Color: |
|---|---|
| | **TAN & WHITE** |

Status: **AVAILABLE**

| Sex: | Approx Age: | Breed: |
|---|---|---|
| **NEUTERED** | **3Y** | **MIX** |

Image Sequence: 1



Image Sequence: 2



C:\Program Files\...\KennelHistory.rpt

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Jacksonville**<br>**Animal Care & Control**<br>Kennel Card | Activity No:<br>**A23-482176** |  |

| **HAPPY** | Color:<br>**TAN & WHITE** |
|---|---|

Status: **AVAILABLE**

| Sex:<br>**NEUTERED** | Approx Age:<br>**3Y** | Breed:<br>**MIX** |

---

Image Sequence: 3



Image Sequence: 4

| Kennel No: | Animal No: | **Jacksonville** | Activity No: |  |
|---|---|---|---|---|
| **ADMIN 5** | **A1401658** | **Animal Care & Control**<br>Kennel Card | **A23-482176** | |

| **HAPPY** | Color: |
|---|---|
| Status: **AVAILABLE** | **TAN & WHITE** |

| Sex: | Approx Age: | Breed: |
|---|---|---|
| **NEUTERED** | **3Y** | **MIX** |

Image Sequence: 5

Image Sequence: 6



C:\Program Files\...\...History.rpt



| Kennel No: | Animal No: | **Jacksonville** | Activity No: |
|---|---|---|---|
| **ADMIN 5** | **A1401658** | **Animal Care & Control** | **A23-482176** |
| | | Kennel Card | |

| | **HAPPY** | Color: |
|---|---|---|
| | | **TAN & WHITE** |

Status: **AVAILABLE**

| Sex: | Approx Age: | Breed: |
|---|---|---|
| **NEUTERED** | **3Y** | **MIX** |

Image Sequence: 7



Image Sequence: 8

| Kennel No:<br>**ADMIN 5** | Animal No:<br>**A1401658** | **Jacksonville**<br>**Animal Care & Control**<br>Kennel Card | Activity No:<br>**A23-482176** |  |

| **HAPPY** | Color:<br>**TAN & WHITE** |

Status: **AVAILABLE**

| Sex:<br>**NEUTERED** | Approx Age:<br>**3Y** | Breed:<br>**MIX** |

Image Sequence: 9



C:\Program Files\... \...History.rpt

# EXHIBIT 4

Declaration of Michael Bricker

Attach. V, Dismissal Emails (12/20-21/23

**From:** Bricker, Michael
**To:** Alison Franciscus
**Subject:** Re: Questions.
**Date:** Thursday, December 21, 2023 8:58:43 AM
**Attachments:** Outlook-hskpkgtx.png

Good morning, Alison,

As I mentioned previously, I'd love to have a conversation with you when you're ready. Until then, you have been formally dismissed as a volunteer of Animal Care and Protective Services. You are no longer authorized in any areas of the shelter that are not public. You are not allowed to take animals in and out of the kennels, nor walk them on shelter property. If you do visit, we ask you to please be kind to all staff and volunteers, and please do not wear your ACPS Volunteer shirt. On a separate but related note, we need to discuss your foster dog as well, today. Please let me know a good time would be best for that call.

All the best,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

**From:** Alison Franciscus <afranciscus813@gmail.com>
**Sent:** Thursday, December 21, 2023 8:43 AM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** Re: Questions.

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning.  I would appreciate you outlining the reasons in writing- the specifics on how I am  making staff and volunteers uncomfortable.                    Additionally, i would appreciate it if you would produce the guidelines for visiting the shelter and what would constitute reasons for banning a citizen from the public animal shelter to visit the dogs.  I have never been disruptive when visiting the kennels.  I have not engaged verbally with any staff or volunteers.  I visit the dogs, provide them with approved Acps treats, then exit the premises. When bringing  my foster in for medical appointments, I have sat in reception and made no attempt to engage with any staff or volunteers-with the exception of staff examining my foster.    I await your responses.   Thank you in advance.  Regards,

On Wed, Dec 20, 2023, 6:28 PM Alison Franciscus <afranciscus813@gmail.com> wrote:
I recieved your voice mail.  To be clear, your reason for banning me is because I make
people uncomfortable.  I have never worn my volunteer shirt after I was dismissed.  I gave it
to Lucy.  About my foster, what are the plans for her?

On Wed, Dec 20, 2023, 6:13 PM Alison Franciscus <afranciscus813@gmail.com> wrote:
If I missed your call I apologize.  I was taking a stray cat that ended up in my yard to the
vet.

On Wed, Dec 20, 2023, 2:19 PM Bricker, Michael <MBricker@coj.net> wrote:

Hey Alison,

I'm with Franny and we're discussing this now. We'll give you a call in 15 minutes to
discuss this, your foster dog, and a situation we had over the weekend.

Thanks,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**From:** Alison Franciscus <afranciscus813@gmail.com>
**Sent:** Tuesday, December 19, 2023 9:21 AM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** Questions.

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click
any links or open any attachments unless you trust the sender and know the content is
safe.

Good morning.  I hope all is well with you.  Moving forward, I would appreciate it if
you would refrain from mentioning me  or bringing up my name in any future
conversations you may have with any individuals who reach out to you or to ACPS
staff.  Please feel free to contact me directly should you need to inquire or request any
information.  Thank you and Happy Holidays.

| From: | Alison Franciscus |
|---|---|
| To: | Bricker, Michael |
| Subject: | Re: Questions. |
| Date: | Thursday, December 21, 2023 9:33:29 AM |
| Attachments: | Outlook-hskpkgtx.png |

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I am very confused. Since being released as a volunteer, I have never worn my volunteer shirt, I have never taken a dog from a kennel, I have never gone in unauthorized staff or volunteer areas. You indicated in your voice mail that I am banned from the premises because I am making staff and volunteers uncomfortable. I need you to elaborate and clarify your statement. As I indicated previously, I have not engaged with any staff or volunteers since my dismissal. I request you put everything in writing so there are no misunderstandings during communications. Regarding my foster, please indicate via email. Is there an issue? You have not indicated what my foster has to do with my dismissal or what the plan is moving forward. Lastly, I do have 2 secret Santa's gift bags at home, one for Sable and one for Barker. How would you like these delivered to these deserving pups? Please advise.

On Thu, Dec 21, 2023, 8:58 AM Bricker, Michael <MBricker@coj.net> wrote:

Good morning, Alison,

As I mentioned previously, I'd love to have a conversation with you when you're ready. Until then, you have been formally dismissed as a volunteer of Animal Care and Protective Services. You are no longer authorized in any areas of the shelter that are not public. You are not allowed to take animals in and out of the kennels, nor walk them on shelter property. If you do visit, we ask you to please be kind to all staff and volunteers, and please do not wear your ACPS Volunteer shirt. On a separate but related note, we need to discuss your foster dog as well, today. Please let me know a good time would be best for that call.

All the best,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**From:** Alison Franciscus <afranciscus813@gmail.com>
**Sent:** Thursday, December 21, 2023 8:43 AM
**To:** Bricker, Michael <MBricker@coj.net>

**Subject:** Re: Questions.

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning. I would appreciate you outlining the reasons in writing- the specifics on how I am making staff and volunteers uncomfortable.                    Additionally, i would appreciate it if you would produce the guidelines for visiting the shelter and what would constitute reasons for banning a citizen from the public animal shelter to visit the dogs. I have never been disruptive when visiting the kennels. I have not engaged verbally with any staff or volunteers. I visit the dogs, provide them with approved Acps treats, then exit the premises. When bringing my foster in for medical appointments, I have sat in reception and made no attempt to engage with any staff or volunteers-with the exception of staff examining my foster.    I await your responses.   Thank you in advance. Regards,

On Wed, Dec 20, 2023, 6:28 PM Alison Franciscus <afranciscus813@gmail.com> wrote:
I recieved your voice mail. To be clear, your reason for banning me is because I make people uncomfortable. I have never worn my volunteer shirt after I was dismissed. I gave it to Lucy. About my foster, what are the plans for her?

On Wed, Dec 20, 2023, 6:13 PM Alison Franciscus <afranciscus813@gmail.com> wrote:
If I missed your call I apologize. I was taking a stray cat that ended up in my yard to the vet.

On Wed, Dec 20, 2023, 2:19 PM Bricker, Michael <MBricker@coj.net> wrote:
Hey Alison,

I'm with Franny and we're discussing this now. We'll give you a call in 15 minutes to discuss this, your foster dog, and a situation we had over the weekend.

Thanks,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**From:** Alison Franciscus <afranciscus813@gmail.com>
**Sent:** Tuesday, December 19, 2023 9:21 AM
**To:** Bricker, Michael <MBricker@coj.net>

# EXHIBIT 4

Declaration of Michael Bricker

Attach. W, Dismissal Notification

(12/20/23)

| From: | Buffa, Franny |
|---|---|
| To: | Bricker, Michael; Gallo, Marcy; Rawls, Rebecca; Morris, Khristina; Grauvogl, Misty; Higginbotham, Kenneth; Hewes, Megan; Willson, Jaime; Hidenrite, Lindsey; Currey, Robert; Gibson, Mark |
| Subject: | Volunteer Dismissal |
| Date: | Wednesday, December 20, 2023 6:17:02 PM |
| Attachments: | Outlook-qgsukqsb.png |

Hello -

Allison Franciscus has been formally dismissed. She is no longer authorized in any areas of the shelter that are not public. She is not allowed to take animals in and out of the kennels, nor walk them on shelter property.

Please alert me, Mike, or Marcy if she creates any problems.

Thank you,

Franny

**Franny Buffa, MPP**
*Volunteer Program Manager,*  Animal Care & Protective Services
2020 Forest Street, Jacksonville, FL 32204
Office: (904) 255-7366
Cell: (904) 813-5658
www.jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

# EXHIBIT 4

Declaration of Michael Bricker

Attach. X, Town Hall Email (12/27/23)

| | |
|---|---|
| **From:** | Bricker, Michael |
| **To:** | Buffa, Franny |
| **Subject:** | Fwd: Town Hall - Volunteers and Staff Saturday |
| **Date:** | Thursday, December 28, 2023 11:43:39 AM |

Hey Franny!

Can you send an email similar to this to the people I sent you the list of?

## Michael Bricker

*Chief of Animal Care and Protective Services*

2020 Forest St. Jax, FL 32204

904.778.5652


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Bricker, Michael
**Sent:** Wednesday, December 27, 2023 7:16:56 PM
**To:** Alison Franciscus <afranciscus813@gmail.com>; Gallo, Marcy <MGallo@coj.net>
**Subject:** Town Hall - Volunteers and Staff Saturday

Hey Alison,

We're having a townhall this Saturday morning at 9am for staff and volunteers and I would love for you to be there. The purpose of this townhall is to give staff and volunteers access to Marcy and I, with an open floor, to ask questions, share ideas, and concerns. I think you've been very vocal with your concerns on other platforms so even though you're not a current volunteer, I wanted to make sure to include you and your perspective in this meeting if possible. I know its short notice but do you think you'd be able to attend?

All the best,

Mike


## Michael Bricker

*Chief of Animal Care and Protective Services*

2020 Forest St. Jax, FL 32204

904.778.5652

# EXHIBIT 4

Declaration of Michael Bricker

Attach. Y, Protest Notice (Feb. 2023)

**From:** Bricker, Michael <MBricker@coj.net>
**Sent:** Friday, February 09, 2024 11:09 AM EST
**To:** O'Leary, Kelli <KelliO@coj.net>
**Subject:** Fwd: original post

Response to the post:

Every kennel is being cleaned every day. Our kennel team is working together to ensure that kennels are cleaned thoroughly and efficiently, especially in times of overcapacity. Procedures and protocols are constantly being reviewed and updated as needed.

Euthanasia decisions are never made lightly, and come as the result of twice-weekly Pathway meetings—in which volunteers and staff brainstorm creative solutions to find outcomes for dogs and to reduce their stress during their time in shelter, thus leading to fewer dogs being considered for euthanasia—as well as group discussions among management about euthanasia candidates, which require every supervisor to agree that a euthanasia is appropriate before going forward with the process.

Animal welfare nationwide is seeing the same issues that we are: intake numbers are higher and adoption numbers are lower. Our staff and volunteers work tirelessly to mitigate these numbers; humane euthanasia calls are decided for the well-being (behavioral and medical) of the animal first and foremost. Animals that would be dangerous to place into the community are also considered for humane euthanasia. There are extensive Standard Operating Procedures in place that ensure that each euthanasia is done humanely.

Volunteers and staff keep meticulous logs to track how often dogs are getting out of their kennel, and they are absolutely getting out regularly. Volunteers refer to these logs to ensure that they are walking dogs based on who was "last out". Additionally, we have increased playgroup sessions, meaning more dogs get daily to socialize with other dogs, which provides both physical and mental enrichment. Behavior staff routinely takes out dogs that are more challenging to handle so that they also receive exercise and enrichment, and staff across all departments even walk dogs on their lunch breaks. Community members and volunteers alike take dogs on field trips through our Dog Day Out program, which has seen a huge growth due to the Duval Dog Adoption squad program and is critical in increasing in-person and online visibility of our shelter's work and of our adoptable dogs.


Michael Bricker

*Chief of Animal Care and Protective Services*

2020 Forest St. Jax, FL 32204

904.778.5652


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android
_____

**From:** Denise Deisler <ddeisler@jaxhumane.org>
**Sent:** Friday, February 9, 2024 8:19:52 AM
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** original post

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**Melody E.**
**Citizens for Duval's Dogs & Cats (CDDC)**
Jacksonville, FL •Edited 10 hr ago •
Thanks to new member, Helen Hodge, we have a chance to hear Mayor Deegan & Councilman Peluso speak at the ACPS Valentine Free Adoption Event this Sat, 2/10/24 @ 10 am. They will also be discussing volunteering & fostering. So far, so good. But do they know the rest of the story? The unnecessary euthanasia of adoptable dogs? The underfunded and understaffed shelter? Dogs living in their own feces for days because hard working staff can't clean every kennel/double kennel of well over 300 dogs? Dogs not being walked or getting fresh air or socialization for 5+ days? The story of Frazier the chipped dog whose finder was told to return him to where found, but the chip company located his Mom in OK? The woman whose 13 y/o dog got very sick from a foster dog—when she questioned if he was sick, she was told he was just excited? I know it is short notice, but we just found out! Please, please if you can, meet me in front of ACPS at 9:30 am so we can meet each other and form our group. When the Mayor and Mr.Peluso leave the podium, we will politely greet them with our signs and slogans and I will introduce the group. We will ask if they are aware of the

**From:** O'Leary, Kelli <KelliO@coj.net>
**Sent:** Wednesday, February 14, 2024 3:33 PM EST
**To:** Waters, Thomas <TWATERS@coj.net>; Bricker, Michael <MBricker@coj.net>
**Subject:** FW: ACPS transparency of conditions... A request for change

Please address.

**From:** Connor, Erica <EConnor@coj.net>
**Sent:** Wednesday, February 14, 2024 2:57 PM
**To:** O'Leary, Kelli <KelliO@coj.net>
**Subject:** FW: ACPS transparency of conditions... A request for change

FYI

**Erica Connor**
**Executive Assistant to Mayor Donna Deegan**
**Mayor's Office**
City of Jacksonville
117 W. Duval Street, Suite 400
Jacksonville, FL, 32202
Office: (904) 255-5003
econnor@coj.net
www.jacksonville.gov



A NEW DAY.

**From:** Renee <garrer@gmail.com>
**Sent:** Monday, February 12, 2024 6:42 AM
**To:** Mayor Donna Deegan <MayorDonnaDeegan@coj.net>
**Subject:** ACPS transparency of conditions... A request for change

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning, Mayor Deegan!

My name is Renee Garrett. I am a volunteer with the Citizens for Duval Dogs & Cats (CDDC). We are an organization that works towards making the conditions at Animal Care & Protective Services (ACPS) better for the dogs and cats that must be under the care of that service.

I am just beginning to become aware of the conditions there and the lack of transparency of them. We are living in an age of transparency, and I believe it's due time that the ACPS needs to be investigated. It is to my understanding, there is truly no accountability for the lives of the dogs and cats there, the truth of the euthanasia, the truth of the conditions, the truth of the volunteers there, or the dismissal of them for speaking out. This truly needs to be addressed. I am hoping that I'm not just one writing to you, I'm hoping that I am the voice of many. And I hope you hear it.

Sincerely,
Renee K Garrett
(a very concerned citizen of Duval for the welfare of the dogs and cats)
Sent from my iPhone

**From:** Waters, Thomas <TWATERS@coj.net>
**Sent:** Wednesday, February 14, 2024 4:15 PM EST
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** FW: ACPS transparency of conditions… A request for change

Good Afternoon Michael:

I just conducted a little research and found that "Citizens for Duval Dogs & Cats" is not a registered Florida Corporation.  It is possible that the writer may be contacting us under an assumed identity.

Details gleaned from what is written states "I am just beginning to become aware of the conditions there (ACPS) and the lack of transparency of them."  Also, it is dubious that a corporation would be created for expressly for the purpose "working towards making the conditions at Animal Care & Protective Services (ACPS) better for the dogs and cats that must be under the care of that service."  - This sounds obsessive.

As such, would you please draft a letter to state…
(These are just suggestions.  You are not limited to what I wrote.  Just ensure the data is correct.) — You hit on excellent points this past Saturday.

- ACPS is under new management.
- Major Improvements have been made since ▮▮▮▮▮▮▮
- Conditions of the facility and infrastructure are being improved with a significant investment of resources.
- The Save Rate of animals is 89.23% (with the Average FY 24 Save Rate To Date is 83.66%)
- ACPS follows the guidelines of ▮▮▮▮▮▮▮ (Animal Shelter Standards)
- Professional Animal Care Professional Positions are being filled with caring and qualified people.
- New services are being created to help support dog and cat owners.
- Assistance is being provided to recue increasing numbers of endangered animals.
- Volunteer rates have increased.
- Community outreach and adoption events have increased.

Overall, we believe the deficiencies noted in the past have been remedied.  Being transparent, we offer regular tours of our ACPS facility, and plan on soon opening ACPS to the public with possible social and recreational events.

Please forward your draft to me before sending it in its' final form.

Regards,
Thomas

---

**From:** O'Leary, Kelli <KelliO@coj.net>
**Sent:** Wednesday, February 14, 2024 3:33 PM
**To:** Waters, Thomas <TWATERS@coj.net>; Bricker, Michael <MBricker@coj.net>
**Subject:** FW: ACPS transparency of conditions… A request for change

Please address.

---

**From:** Connor, Erica <EConnor@coj.net>
**Sent:** Wednesday, February 14, 2024 2:57 PM
**To:** O'Leary, Kelli <KelliO@coj.net>
**Subject:** FW: ACPS transparency of conditions… A request for change

FYI

**Erica Connor**
**Executive Assistant to Mayor Donna Deegan**
**Mayor's Office**
City of Jacksonville
117 W. Duval Street, Suite 400
Jacksonville, FL, 32202
Office: (904) 255-5003
econnor@coj.net
www.jacksonville.gov



A NEW DAY.

# EXHIBIT 4

Declaration of Michael Bricker

Attach. Z, Protest Responses (Feb. 2023)

From: Peacock-Foell, Morgan <MPeacock@coj.net>
Sent: Thursday, February 15, 2024 3:54 PM EST
To: Buffa, Franny <FBuffa@coj.net>
CC: Bricker, Michael <MBricker@coj.net>
Subject: Email Response

Hello,

I'm not sure why I still can't share a word doc with you, but I've copied the email response below. Franny, if you wouldn't mind filling in some numbers/sources related to volunteer hours and the handbook at the places highlighted in red, that would be awesome. Also, if I misrepresented anything volunteer-related, please let me know!

Thanks,
Morgan

Hello Ms. Garrett,

We appreciate feedback from the members of our community who are concerned about the state of animal welfare in this country. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for these animals, and our volunteers who are committed to the cause often log a dozen hours on a weekly basis. All of us believe wholeheartedly in the work that we do and have seen positive changes in our facility and community over the past few months. A discussion about these changes is essential and welcome.

First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter; it is impossible for us *not* to be transparent. We are required to report our numbers on a monthly basis to Shelter Animals Count (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to you or to any member of the public who has questions about the data related to our work. The city is also developing a Transparency Dashboard for their website that also provides up-to-date information about our operations, and due to Florida's broad public records laws, all of our communications and data is available for a public records request should any citizen be interested.

Numbers do not tell the whole story, though. Numbers are of course a necessary measure of our operation and essential to adhering to humane sheltering practices, but the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, Administration, and community members. These people come with compassionate hearts and a dedication to the work. Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.

Regarding your concerns about volunteers being dismissed: our volunteers are essential to our operation[link to hours?] and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation. Dismissals only occur after multiple conversations among the volunteer in violation, the Volunteer Manager, the Shelter Manager, and Chief. These conversations are just that—an opportunity to learn and come into compliance with the handbook. The rules in this handbook exist to keep both animals and people safe, as well as to foster a positive, honest space. Thus, adhering to these rules is *vital* to the wellbeing of our animals and the safety of staff and volunteers. For example:[relevant rule/citation]. Volunteer rates have increased in the past six months and we are grateful for their advocacy and their adherence to the rules that are in place. Whether our volunteers are cleaning kennels, walking dogs, providing enrichment to dogs and cats, or promoting our pets on social media, they are a vital part of our shelter and we do not dismiss anyone without extensive deliberation—we love when volunteers stick around!

A major way to way to help our animals is to help our community. Volunteering, fostering, donating, and taking dogs on field trips all contribute to lower stress levels in shelter animals—meaning better behavioral and medical health and shorter lengths of stay. Thanks to dedicated "boots on the ground" community members, our Dog Day Out field trips (you've probably seen our red Duval Dog Adoption Squad shirts around town!) have increased as well. Additionally, we have increased our community outreach events, which provide resources for underserved community members and their pets. As the city shelter, we take our role as a resource seriously and aim to keep pets and families together whenever possible.

Our shelter is over capacity (again, these numbers are readily available), and we find this fact just as upsetting as you do. However, despite these high numbers, we are still maintaining a live outcome (save rate) of 89.23% (with the Average FY 24 Save Rate to Date being 83.66% per the Shelter Animals Count data). This is exceptional, and while tough days here weigh heavily on the hearts and minds of our volunteers and staff, keeping this big picture in mind guides our operations and we are proud of each and every live outcome that we have. No decisions here—including humane euthanasia decisions—are ever made lightly or made alone. The factors that go into a decision of humane euthanasia include the health (behavioral and medical) of an animal and the ability of the animal to be a safe placement in the community. These decisions are made by a panel that comprises each member of our management team, and each decision must be unanimous before proceeding. We also have teams comprising both volunteers and staff who meet twice weekly to brainstorm creative ways to promote animals and to ensure that animals are properly cared for (clean kennels, adequate enrichment, walks, proper food and medical treatments, etc.) from the moment the animal arrives in the shelter, making their quality of life better and their chance of live outcome greater.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes; we are not alone in needing a little extra boost from our community to continue to care for our animals and serve our county.

COJ_01117

Should you have questions about things that can be done out in the community without needing to become a registered volunteer or a staff member, please reach out—we'd love to have that conversation. It "takes a village" to take care of the pets in a shelter that is not growing *nearly* at the same rate that the population of Duval county is (https://www.census.gov/quickfacts/fact/table/duvalcountyflorida/PST045222).

Finally, please take a moment to consider the not aforementioned changes that our team has implemented—to great improvement—since September:

- ACPS is under new management. We have a new Chief and are encouraging existing staff members to transition to roles that best take advantage of their knowledge and skillsets.
- Conditions of the facility and infrastructure are being improved with a significant investment of resources. These improvements include cleaning procedures better suited for a large shelter, rotating the cat kennels in the lobby to decrease stimulation for the cats housed there, and the closing of certain public kennel runs to mitigate stress for the dogs.
- New services are being created to help support dog and cat owners, such as training classes and free microchipping clinics.
- New behavior processes and protocols are being rolled out, making it a priority for all staff and volunteers to follow consistent and safe handling practices.
- Volunteers and staff (as well as the main ACPS channels) are increasing their promotion of pets on social media. This in combination with the increase in DDO trips is leading to drastically increased visibility of our pets and shelter.
- Playgroup, one of the best opportunities for enrichment and a direct factor in live outcomes for animals, is happening more frequently.

Again, your feedback and concern are appreciated. We invite all conversation regarding our operations; we have been and will continue to be—by nature of our role within the city government and in alignment our mission and goals—transparent with the community we serve.

Sincerely,

**Morgan Peacock-Foell**
**Animal Placement Coordinator**
Animal Care & Protective Services
2020 Forest St. Jacksonville, FL 32204
904-603-6896
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

COJ_01118

**From:** Bricker, Michael on behalf of Bricker, Michael <MBricker@coj.net>
**Sent:** Thursday, February 15, 2024 4:07 PM EST
**To:** Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**CC:** Perry, Phillip <PPerry@coj.net>
**Subject:** Re: Media Inquiry re ACPS

Got it!

I just spoke to JHS to get more information for this. I'll respond to those questions now.

Thank you,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

---

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Thursday, February 15, 2024 3:26 PM
**To:** Bricker, Michael <MBricker@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Cc:** Perry, Phillip <PPerry@coj.net>
**Subject:** FW: Media Inquiry re ACPS

Hey Michael, another media request for today. See below for a few questions.

Thanks,
Phil

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Thursday, February 15, 2024 1:47 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Are comments coming? Thanks!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

---

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 4:52 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

No, I meant Wednesday afternoon or Thursday morning.

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109

cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

---

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Tuesday, February 13, 2024 4:50 PM
**To:** Cravey, Beth <bcravey@jacksonville.com>; Public Affairs Media <Media@coj.net>
**Subject:** RE: Media Inquiry re ACPS

Hi Beth, what is your deadline?

---

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 10:40 AM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Media Inquiry re ACPS

> **EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I am writing a story about Best Friends Animal Society giving Jacksonville Humane Society a $2.7 million grant to mentor other shelters (see news release below), including ACPS. Could the director or someone else repping ACPS answer a few questions?

1. How do you think JHS mentoring can help ACPS?
2. What is involved in the mentoring process?
3. What do you hope the outcome will be?

And feel free to share anything else!

Thank you!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

 

**Contacts:**
Best Friends Animal Society: Alina Hauptman, Alinah@bestfriends.org, (917) 623-0585
Jacksonville Humane Society: Lindsay Layendecker, LLayendecker@jaxhumane.org, (904) 493-4560

**Jacksonville Humane Society Receives $2.7 Million Grant from Best Friends Animal Society**
*Grant Money to be used to help take 21 Florida Shelters No-Kill*

**January 24, 2024 (Jacksonville, FL.)** --Jacksonville Humane Society, an animal welfare organization that provides care for animals in need while engaging the hearts, hands and minds of the community to bring about an end to the killing of abandoned and orphaned shelter animals, received a $2.7 million grant from national animal welfare organization Best Friends Animal Society. The grant, which was awarded late last year, will enable Jacksonville Humane Society to mentor Florida shelters as they work towards becoming no-kill; meaning that all adoptable dogs and cats get placed into a loving home.

"This generous grant helps allows us to expand our reach by engaging other leaders in this endeavor through our Florida Leaders in Lifesaving program," said   Denise Deisler, Jacksonville Humane Society, CEO. "This allows us to help other communities while learning from them at the same time. Lifesaving increases when we all work together."

According to Best Friends most recent data, Florida saw a 9% decrease in number of pets killed, however there were still 20,653 dogs and cats unnecessarily killed in Florida shelters. Currently, there are 135 shelters in the State of Florida, 64% have already achieved no-kill. Out of the remaining organizations, 13 shelters account for more than 16,000 dogs and cats that are killed across the state.

In order to increase pet lifesaving, community members must continue to encourage local officials and shelter leaders to create lifesaving programs in individual shelters. Florida Leaders in Lifesaving a Jacksonville Humane Society initiative is an example of leaders across the state getting together to collaborate and create statewide change for dogs and cats. They are not only leading in their own organizations, but they are looking to work with organizations that are not yet no kill to implement lifesaving programs.

"We know that no one shelter, animal welfare group or rescue organization can do it alone, that's why we are thrilled to provide Jacksonville Humane Society with this grant that will increase lifesaving and further collaboration across the state," said Fraily Rodriguez, Senior Director, Lifesaving Services, Best Friends Animal Society.

*Best Friends measures shelter lifesaving with a metric called "save rate." A 90 percent save rate is the nationally recognized benchmark to be considered "no-kill," factoring that approximately 10 percent of pets who enter shelters have medical or behavioral circumstances that warrant humane euthanasia rather than killing for other reasons, such as lack of space.

**About Best Friends Animal Society**
Best Friends Animal Society is a leading animal welfare organization working to end the killing of dogs and cats in America's shelters by 2025. Founded in 1984, Best Friends is a pioneer in the no-kill movement and has helped reduce the number of animals killed in shelters from an estimated 17 million per year to around 378,000. Best Friends runs lifesaving programs across the country, as well as the nation's largest no-kill animal sanctuary. Working collaboratively with a network of more than 4,400 animal welfare and shelter partners, and community members nationwide, Best Friends is working to Save Them All®. For more information, visit bestfriends.org.

**About the Jacksonville Humane Society**
The Jacksonville Humane Society (JHS) provides care, comfort and compassion to animals in need while engaging the hearts, hands and minds of our community to bring about an end to the killing of abandoned and orphaned shelter animals. JHS proudly facilitates Florida Leaders in Lifesaving, a collaborative program that unites Florida's animal welfare organizations with a goal of increased lifesaving for dogs and cats in our state's shelters. More information about the Jacksonville Humane Society is available at jaxhumane.org. To learn more about Florida Leaders in Lifesaving, visit floridaleadersinlifesaving.org.

***Best Friends Animal Society has the most comprehensive, accurate data for sheltered dogs and cats in the United States, which is collected from over 7900 shelters and rescue groups.

---

Alina Hauptman (she/her)
Public Relations Strategist
Best Friends Animal Society
917-623-0585
bestfriends.org



**From:** Buffa, Franny <FBuffa@coj.net>
**Sent:** Thursday, February 15, 2024 5:04 PM EST
**To:** Peacock-Foell, Morgan <MPeacock@coj.net>
**CC:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: Email Response

49% Increase

9/23-1/24: 9039.32
9/22-1/23: 6068.62

**Franny Buffa, MPP**
*Volunteer Program Manager*
City of Jacksonville I Animal Care & Protective Services

**From:** Buffa, Franny
**Sent:** Thursday, February 15, 2024 4:49 PM
**To:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Cc:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: Email Response

Hi!

Just a couple of points: The data summary for 2023 is available on Shelter Animals Count. The data detail for Duval County only reflects the data that JHS submitted. I noticed that the other day when I was looking for something.

Total volunteer hours for 2023 = 19,899.5 (53% increase over 2022)
Total volunteer hours for 2022 = 12,941.9

Code of Conduct

## ACPS Volunteer Program Official Policy:

### *Code of Conduct*

- ACPS volunteers understand that their role as a volunteer is to educate the public on the mission & philosophy of ACPS, to support shelter activities, and to provide supplemental care and enrichment for the lives of shelter animals and that my actions and attitudes should always further these goals.
- Volunteers understand that they can and should always seek guidance if they are ever unclear about the mission, philosophy, or practices of ACPS.
- Volunteers will conduct themselves in an appropriate and professional manner while volunteering for ACPS.
- Volunteers will follow ACPS policies and procedures during their volunteer service.
- Volunteers understand that they are representing the City of Jacksonville and ACPS and will engage in professional interactions with ACPS employees, City of Jacksonville employees, vendors, volunteers, and members of the public.
- Volunteers will not engage in any activity or communication that may cause harm to the reputation of ACPS.
- Volunteers understand that ACPS welcomes & relies upon volunteer feedback. If a volunteer is ever in disagreement with any philosophy, policy, or practice of ACPS, they agree to use the appropriate, established communication channels to share my concerns or feedback.
  - The channels are, in order:
    - Volunteers will communicate their concerns with the Manager of Volunteer Services.
    - If the volunteer feels their concern was not addressed by the Manager of Volunteer Services, they will then communicate it directly to the Shelter Manager.
    - If the volunteer feels their concern was not addressed by the Shelter Manager, they will then communicate it directly to the Division Chief.
- Volunteers understand that they are responsible for reviewing all the materials given to them at orientation and trainings, including the volunteer handbook. If volunteers have any questions or concerns, they agree to ask the Manager of Volunteer Services.
- Volunteers understand the teamwork-oriented nature of working in and around ACPS. They will accept supervision, direction, and support from ACPS staff as needed to support team goals and to help them perform their volunteer duties effectively, safely, and in the best interest of the animals at ACPS.
- Volunteers will follow staff direction and signage throughout the shelter at all times. This includes but is not limited to the following:
  - Kennel signage (e.g., Purple Paws Protocols, Medical Directives (Pink Signage), Quarantine, Enrichment Feeding)
  - Electronic communications (e.g., email, Facebook Messenger)
  - Volunteer Activity Tracking Log Statuses (e.g., No Volunteer Walks, Purple Paws)
  - Any other staff directive.
- Volunteers will adhere to all policies stated within the ACPS Volunteer Handbook to remain a volunteer in good standing at ACPS.
- Volunteers understand that failure to observe the above conduct guidelines may result in my dismissal from the volunteer program, and that they can be removed at any time at the discretion of the Manager of Volunteer Services, Division Chief or Department Director.

**Franny Buffa, MPP**

*Volunteer Program Manager*
City of Jacksonville I Animal Care & Protective Services

**From:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Sent:** Thursday, February 15, 2024 3:54 PM
**To:** Buffa, Franny <FBuffa@coj.net>
**Cc:** Bricker, Michael <MBricker@coj.net>
**Subject:** Email Response

Hello,

I'm not sure why I still can't share a word doc with you, but I've copied the email response below. Franny, if you wouldn't mind filling in some numbers/sources related to volunteer hours and the handbook at the places highlighted in red, that would be awesome. Also, if I misrepresented anything volunteer-related, please let me know!

Thanks,
Morgan

Hello Ms. Garrett,

We appreciate feedback from the members of our community who are concerned about the state of animal welfare in this country. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for these animals, and our volunteers who are committed to the cause often log a dozen hours on a weekly basis. All of us believe wholeheartedly in the work that we do and have seen positive changes in our facility and community over the past few months. A discussion about these changes is essential and welcome.

First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter; it is impossible for us *not* to be transparent. We are required to report our numbers on a monthly basis to Shelter Animals Count (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to you or to any member of the public who has questions about the data related to our work. The city is also developing a Transparency Dashboard for their website that also provides up-to-date information about our operations, and due to Florida's broad public records laws, all of our communications and data is available for a public records request should any citizen be interested.

Numbers do not tell the whole story, though. Numbers are of course a necessary measure of our operation and essential to adhering to humane sheltering practices, but the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, Administration, and community members. These people come with compassionate hearts and a dedication to the work. Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.

Regarding your concerns about volunteers being dismissed: our volunteers are essential to our operation [link to hours?] and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation. Dismissals only occur after multiple conversations among the volunteer in violation, the Volunteer Manager, the Shelter Manager, and Chief. These conversations are just that—an opportunity to learn and come into compliance with the handbook. The rules in this handbook exist to keep both animals and people safe, as well as to foster a positive, honest space. Thus, adhering to these rules is *vital* to the wellbeing of our animals and the safety of staff and volunteers. For example: [relevant rule/citation]. Volunteer rates have increased in the past six months and we are grateful for their advocacy and their adherence to the rules that are in place. Whether our volunteers are cleaning kennels, walking dogs, providing enrichment to dogs and cats, or promoting our pets on social media, they are a vital part of our shelter and we do not dismiss anyone without extensive deliberation—we love when volunteers stick around!

A major way to way to help our animals is to help our community. Volunteering, fostering, donating, and taking dogs on field trips all contribute to lower stress levels in shelter animals—meaning better behavioral and medical health and shorter lengths of stay. Thanks to dedicated "boots on the ground" community members, our Dog Day Out field trips (you've probably seen our red Duval Dog Adoption Squad shirts around town!) have increased as well. Additionally, we have increased our community outreach events, which provide resources for underserved community members and their pets. As the city shelter, we take our role as a resource seriously and aim to keep pets and families together whenever possible.

Our shelter is over capacity (again, these numbers are readily available), and we find this fact just as upsetting as you do. However, despite these high numbers, we are still maintaining a live outcome (save rate) of 89.23% (with the Average FY 24 Save Rate to Date being 83.66% per the Shelter Animals Count data). This is exceptional, and while tough days here weigh heavily on the hearts and minds of our volunteers and staff, keeping this big picture in mind guides our operation and we are proud of each and every live outcome that we have. No decisions here—including humane euthanasia decisions—are ever made lightly or made alone. The factors that go into a decision of humane euthanasia include the health (behavioral and medical) of an animal and the ability of the animal to be a safe placement in the community. These decisions are made by a panel that comprises each member of our management team, and each decision must be unanimous before proceeding. We also have teams comprising both volunteers and staff who meet twice weekly to brainstorm creative ways to promote animals and to ensure that animals are properly cared for (clean kennels, adequate enrichment, walks, proper food and medical treatments, etc.) from the moment the animal arrives in the shelter, making their quality of life better and

their chance of live outcome greater.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes; we are not alone in needing a little extra boost from our community to continue to care for our animals and serve our county. Should you have questions about things that can be done out in the community without needing to become a registered volunteer or a staff member, please reach out—we'd love to have that conversation. It "takes a village" to take care of the pets in a shelter that is not growing *nearly* at the same rate that the population of Duval county is (https://www.census.gov/quickfacts/fact/table/duvalcountyflorida/PST045222).

Finally, please take a moment to consider the not aforementioned changes that our team has implemented—to great improvement—since September:

- ACPS is under new management. We have a new Chief and are encouraging existing staff members to transition to roles that best take advantage of their knowledge and skillsets.

- Conditions of the facility and infrastructure are being improved with a significant investment of resources. These improvements include cleaning procedures better suited for a large shelter, rotating the cat kennels in the lobby to decrease stimulation for the cats housed there, and the closing of certain public kennel runs to mitigate stress for the dogs.

- New services are being created to help support dog and cat owners, such as training classes and free microchipping clinics.

- New behavior processes and protocols are being rolled out, making it a priority for all staff and volunteers to follow consistent and safe handling practices.

- Volunteers and staff (as well as the main ACPS channels) are increasing their promotion of pets on social media. This in combination with the increase in DDO trips is leading to drastically increased visibility of our pets and shelter.

- Playgroup, one of the best opportunities for enrichment and a direct factor in live outcomes for animals, is happening more frequently.

Again, your feedback and concern are appreciated. We invite all conversation regarding our operations; we have been and will continue to be—by nature of our role within the city government and in alignment our mission and goals—transparent with the community we serve.

Sincerely,

**Morgan Peacock-Foell**

**Animal Placement Coordinator**

Animal Care & Protective Services
2020 Forest St. Jacksonville, FL 32204

904-603-6896

Jacksonville.gov/pets



Animal Care & Protective Services
NEVER STRAY FROM HOPE.

COJ_01124

**From:** Bricker, Michael on behalf of Bricker, Michael <MBricker@coj.net>
**Sent:** Thursday, February 15, 2024 5:05 PM EST
**To:** Waters, Thomas <TWATERS@coj.net>
**Subject:** Re: ACPS transparency of conditions... A request for change

For your review!

Hello Ms. Garrett,
We appreciate feedback from the members of our community who are concerned about the state of animal welfare in this country. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for these animals, and our volunteers who are committed to the cause often log a dozen hours on a weekly basis. All of us believe wholeheartedly in the work that we do and have seen positive changes in our facility and community over the past few months. A discussion about these changes is essential and welcome.

First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter; it is impossible for us *not* to be transparent. We are required to report our numbers on a monthly basis to Shelter Animals Count (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to you or to any member of the public who has questions about the data related to our work. The city is also developing a Transparency Dashboard for their website that also provides up-to-date information about our operations, and due to Florida's broad public records laws, all of our communications and data is available for a public records request should any citizen be interested.

Numbers do not tell the whole story, though. Numbers are of course a necessary measure of our operation and essential to adhering to humane sheltering practices, but the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, Administration, and community members. These people come with compassionate hearts and a dedication to the work. Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.

Regarding your concerns about volunteers being dismissed: our volunteers are essential to our operation and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation. Dismissals only occur after multiple conversations among the volunteer in violation, the Volunteer Manager, the Shelter Manager, and Chief. These conversations are just that—an opportunity to learn and come into compliance with the handbook. The rules in this handbook exist to keep both animals and people safe, as well as to foster a positive, honest space. Thus, adhering to these rules is *vital* to the wellbeing of our animals and the safety of staff and volunteers. Volunteer rates have increased in the past 6 months by 49% and we are grateful for their advocacy and their adherence to the rules that are in place. Whether our volunteers are cleaning kennels, walking dogs, providing enrichment to dogs and cats, or promoting our pets on social media, they are a vital part of our shelter and we do not dismiss anyone without extensive deliberation—we love when volunteers stick around!

A major way to way to help our animals is to help our community. Volunteering, fostering, donating, and taking dogs on field trips all contribute to lower stress levels in shelter animals—meaning better behavioral and medical health and shorter lengths of stay. Thanks to dedicated "boots on the ground" community members, our Dog Day Out field trips (you've probably seen our red Duval Dog Adoption Squad shirts around town!) have increased as well. Additionally, we have increased our community outreach events, which provide resources for underserved community members and their pets. As the city shelter, we take our role as a resource seriously and aim to keep pets and families together whenever possible.

Our shelter is over capacity (again, these numbers are readily available), and we find this fact just as upsetting as you do. However, despite these high numbers, we are still maintaining a live outcome (save rate) of 89.23% (with the Average FY 24 Save Rate to Date being 83.66% per the Shelter Animals Count data). This is exceptional, and while tough days here weigh heavily on the hearts and minds of our volunteers and staff, keeping this big picture in mind guides our operations and we are proud of each and every live outcome that we have. No decisions here—including humane euthanasia decisions—are ever made lightly or made alone. The factors that go into a decision of humane euthanasia include the health (behavioral and medical) of an animal and the ability of the animal to be a safe placement in the community. These decisions are made by a panel that comprises each member of our management team, and each decision must be unanimous before proceeding. We also have teams comprising both volunteers and staff who meet twice weekly to brainstorm creative ways to promote animals and to ensure that animals are properly cared for (clean kennels, adequate enrichment, walks, proper food and medical treatments, etc.) from the moment the animal arrives in the shelter, making their quality of life better and their chance of live outcome greater.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes; we are not alone in needing a little extra boost from our community to continue to care for our animals and serve our county. Should you have questions about things that can be done out in the community without needing to become a registered volunteer or a staff member, please reach out—we'd love to have that conversation. It "takes a village" to take care of the pets in a shelter that is not growing *nearly* at the same rate that the population of Duval county is (https://www.census.gov/quickfacts/fact/table/duvalcountyflorida/PST045222).

Finally, please take a moment to consider the not aforementioned changes that our team has implemented—to great improvement—since September:

- ACPS is under new management. We have a new Chief and are encouraging existing staff members to transition to roles that best take advantage of their knowledge and skillsets.
- Conditions of the facility and infrastructure are being improved with a significant investment of resources. These improvements include cleaning procedures better suited for a large shelter, rotating the cat kennels in the lobby to decrease stimulation for the cats housed there, and the closing of certain public kennel runs to mitigate stress for the dogs.
- New services are being created to help support dog and cat owners, such as training classes and free microchipping clinics.
- New behavior processes and protocols are being rolled out, making it a priority for all staff and volunteers to follow consistent and safe handling practices.
- Volunteers and staff (as well as the main ACPS channels) are increasing their promotion of pets on social media. This in combination with the increase in DDO trips is leading to drastically increased visibility of our pets and shelter.
- Playgroup, one of the best opportunities for enrichment and a direct factor in live outcomes for animals, is happening more frequently.

Again, your feedback and concern are appreciated. We invite all conversation regarding our operations; we have been and will continue to be—by nature of our role within the city government and in alignment our mission and goals—transparent with the community we serve.

Sincerely,

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

From: Waters, Thomas <TWATERS@coj.net>
Sent: Wednesday, February 14, 2024 4:15 PM
To: Bricker, Michael <MBricker@coj.net>
Subject: FW: ACPS transparency of conditions… A request for change

Good Afternoon Michael:

I just conducted a little research and found that "Citizens for Duval Dogs & Cats" is not a registered Florida Corporation. It is possible that the writer may be contacting us under an assumed identity.

Details gleaned from what is written states "I am just beginning to become aware of the conditions there (ACPS) and the lack of transparency of them." Also, it is dubious that a corporation would be created for expressly for the purpose "working towards making the conditions at Animal Care & Protective Services (ACPS) better for the dogs and cats that must be under the care of that service."
- This sounds obsessive.

As such, would you please draft a letter to state…
(These are just suggestions. You are not limited to what I wrote. Just ensure the data is correct.) – You hit on excellent points this past Saturday.

- ACPS is under new management.
- Major Improvements have been made since▓▓▓▓▓▓
- Conditions of the facility and infrastructure are being improved with a significant investment of resources.
- The Save Rate of animals is 89.23% (with the Average FY 24 Save Rate To Date is 83.66%)
- ACPS follows the guidelines of▓▓▓▓▓▓ (Animal Shelter Standards)
- Professional Animal Care Professional Positions are being filled with caring and qualified people.
- New services are being created to help support dog and cat owners.
- Assistance is being provided to recue increasing numbers of endangered animals.
- Volunteer rates have increased.
- Community outreach and adoption events have increased.

Overall, we believe the deficiencies noted in the past have been remedied. Being transparent, we offer regular tours of our ACPS

facility, and plan on soon opening ACPS to the public with possible social and recreational events.

Please forward your draft to me before sending it in its' final form.

Regards,
Thomas

---

**From:** O'Leary, Kelli <KelliO@coj.net>
**Sent:** Wednesday, February 14, 2024 3:33 PM
**To:** Waters, Thomas <TWATERS@coj.net>; Bricker, Michael <MBricker@coj.net>
**Subject:** FW: ACPS transparency of conditions... A request for change

Please address.

**From:** Connor, Erica <EConnor@coj.net>
**Sent:** Wednesday, February 14, 2024 2:57 PM
**To:** O'Leary, Kelli <KelliO@coj.net>
**Subject:** FW: ACPS transparency of conditions... A request for change

FYI

**Erica Connor**
**Executive Assistant to Mayor Donna Deegan**
**Mayor's Office**
City of Jacksonville
117 W. Duval Street, Suite 400
Jacksonville, FL, 32202
Office: (904) 255-5003
econnor@coj.net
www.jacksonville.gov



A NEW DAY.

---

**From:** Renee <garrer@gmail.com>
**Sent:** Monday, February 12, 2024 6:42 AM
**To:** Mayor Donna Deegan <MayorDonnaDeegan@coj.net>
**Subject:** ACPS transparency of conditions... A request for change

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning, Mayor Deegan!

My name is Renee Garrett. I am a volunteer with the Citizens for Duval Dogs & Cats (CDDC). We are an organization that works towards making the conditions at Animal Care & Protective Services (ACPS) better for the dogs and cats that must be under the care of that service.

I am just beginning to become of aware of the conditions there and the lack of transparency of them. We are living in an age of transparency, and I believe it's due time that the ACPS needs to be investigated. It is to my understanding, there is truly no accountability for the lives of the dogs and cats there, the truth of the euthanasia, the truth of the conditions, the truth of the volunteers there, or the dismissal of them for speaking out. This truly needs to be addressed. I am hoping that I'm not just one writing to you, I'm hoping that I am the voice of many. And I hope you hear it.

Sincerely,
Renee K Garrett
(a very concerned citizen of Duval for the welfare of the dogs and cats)
Sent from my iPhone

**From:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Sent:** Thursday, February 15, 2024 5:08 PM EST
**To:** Buffa, Franny <FBuffa@coj.net>
**CC:** Bricker, Michael <MBricker@coj.net>
**Subject:** Re: Email Response

Thank you Franny!

Hello Ms. Garrett,

We appreciate feedback from the members of our community who are concerned about the state of animal welfare in this country. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for these animals, and our volunteers who are committed to the cause often log a dozen hours on a weekly basis. All of us believe wholeheartedly in the work that we do and have seen positive changes in our facility and community over the past few months. A discussion about these changes is essential and welcome.

First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter; it is impossible for us *not* to be transparent. We are required to report our numbers on a monthly basis to Shelter Animals Count (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to you or to any member of the public who has questions about the data related to our work. The city is also developing a Transparency Dashboard for their website that also provides up-to-date information about our operations, and due to Florida's broad public records laws, all of our communications and data is available for a public records request should any citizen be interested.

Numbers do not tell the whole story, though. Numbers are of course a necessary measure of our operation and essential to adhering to humane sheltering practices, but the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, Administration, and community members. These people come with compassionate hearts and a dedication to the work. Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.

Regarding your concerns about volunteers being dismissed: our volunteers are essential to our operation and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation. Dismissals only occur after multiple conversations among the volunteer in violation, the Volunteer Manager, the Shelter Manager, and Chief. These conversations are just that—an opportunity to learn and come into compliance with the handbook. The rules in this handbook exist to keep both animals and people safe, as well as to foster a positive, honest space. Thus, adhering to these rules is *vital* to the wellbeing of our animals and the safety of staff and volunteers. The Code of Conduct in this handbook, for example is very clear on expectations. Select policies outlined in this handbook are copied here verbatim:

- Volunteers understand that ACPS welcomes & relies upon volunteer feedback. If a volunteer is ever in disagreement with any philosophy, policy, or practice of ACPS, they agree to use the appropriate, established communication channels to share my concerns or feedback.
  - The channels are, in order:
    - Volunteers will communicate their concerns with the Manager of Volunteer Services.
    - If the volunteer feels their concern was not addressed by the Manager of Volunteer Services, they will then communicate it directly to the Shelter Manager.
    - If the volunteer feels their concern was not addressed by the Shelter Manager, they will then communicate it directly to the Division Chief.
- Volunteers understand the teamwork-oriented nature of working in and around ACPS. They will accept supervision, direction, and support from ACPS staff as needed to support team goals and to help them perform their volunteer duties effectively, safely, and in the best interest of the animals at ACPS.
- Volunteers will follow staff direction and signage throughout the shelter at all times. This includes but is not limited to the following:
  - Kennel signage (e.g., Purple Paws Protocols, Medical Directives (Pink Signage), Quarantine, Enrichment Feeding)
  - Electronic communications (e.g., email, Facebook Messenger)
  - Volunteer Activity Tracking Log Statuses (e.g., No Volunteer Walks, Purple Paws)
  - Any other staff directive.

We are grateful for our volunteers' advocacy and their adherence to the rules that are in place. Whether our volunteers are cleaning kennels, walking dogs, providing enrichment to dogs and cats, or promoting our pets on social media, they are a vital part of our shelter and we do not dismiss anyone without extensive deliberation—we love when volunteers stick around! We are proud to boast that our volunteer hours have increased by 49% since September as compared to the same period (09/2022-01/2023) last year.

A major way to way to help our animals is to help our community. Volunteering, fostering, donating, and taking dogs on field trips all contribute to lower stress levels in shelter animals—meaning better behavioral and medical health and shorter lengths of stay. Thanks to dedicated "boots on the ground" community members, our Dog Day Out field trips (you've probably seen our red Duval Dog Adoption Squad shirts around town!) have increased as well. Additionally, we have increased our community outreach events, which provide resources for underserved community members and their pets. As the city shelter, we take our role as a resource seriously and aim to keep pets and families together whenever possible.

Our shelter is over capacity (again, these numbers are readily available), and we find this fact just as upsetting as you do. However, despite these high numbers, we are still maintaining a live outcome (save rate) of 89.23% (with the Average FY 24 Save Rate to Date

being 83.66% per the Shelter Animals Count data). This is exceptional, and while tough days here weigh heavily on the hearts and minds of our volunteers and staff, keeping this big picture in mind guides our operations and we are proud of each and every live outcome that we have. No decisions here—including humane euthanasia decisions—are ever made lightly or made alone. The factors that go into a decision of humane euthanasia include the health (behavioral and medical) of an animal and the ability of the animal to be a safe placement in the community. These decisions are made by a panel that comprises each member of our management team, and each decision must be unanimous before proceeding. We also have teams comprising both volunteers and staff who meet twice weekly to brainstorm creative ways to promote animals and to ensure that animals are properly cared for (clean kennels, adequate enrichment, walks, proper food and medical treatments, etc.) from the moment the animal arrives in the shelter, making their quality of life better and their chance of live outcome greater.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes; we are not alone in needing a little extra boost from our community to continue to care for our animals and serve our county. Should you have questions about things that can be done out in the community without needing to become a registered volunteer or a staff member, please reach out—we'd love to have that conversation. It "takes a village" to take care of the pets in a shelter that is not growing *nearly* at the same rate that the population of Duval county is (https://www.census.gov/quickfacts/fact/table/duvalcountyflorida/PST045222).

Finally, please take a moment to consider the not aforementioned changes that our team has implemented—to great improvement—since September:

- ACPS is under new management. We have a new Chief and are encouraging existing staff members to transition to roles that best take advantage of their knowledge and skillsets.
- Conditions of the facility and infrastructure are being improved with a significant investment of resources. These improvements include cleaning procedures better suited for a large shelter, rotating the cat kennels in the lobby to decrease stimulation for the cats housed there, and the closing of certain public kennel runs to mitigate stress for the dogs.
- New services are being created to help support dog and cat owners, such as training classes and free microchipping clinics.
- New behavior processes and protocols are being rolled out, making it a priority for all staff and volunteers to follow consistent and safe handling practices.
- Volunteers and staff (as well as the main ACPS channels) are promoting our animals on social media. This in combination with the increase in DDO trips is leading to drastically increased visibility of our pets and shelter.
- Playgroup, one of the best opportunities for enrichment and a direct factor in live outcomes for animals, is happening more frequently.

Again, your feedback and concern are appreciated. We invite all conversation regarding our operations; we have been and will continue to be—by nature of our role within the city government and in alignment our mission and goals—transparent with the community we serve.

Sincerely,

**Morgan Peacock-Foell**
**Animal Placement Coordinator**
Animal Care & Protective Services
2020 Forest St. Jacksonville, FL 32204
904-603-6896
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

**From:** Buffa, Franny <FBuffa@coj.net>
**Sent:** Thursday, February 15, 2024 5:04 PM
**To:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Cc:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: Email Response

49% Increase

9/23-1/24: 9039.32
9/22-1/23: 6068.62

**Franny Buffa, MPP**
*Volunteer Program Manager*
City of Jacksonville | Animal Care & Protective Services

**From:** Buffa, Franny
**Sent:** Thursday, February 15, 2024 4:49 PM

**To:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Cc:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: Email Response

Hi!

Just a couple of points: The data summary for 2023 is available on Shelter Animals Count. The data detail for Duval County only reflects the data that JHS submitted. I noticed the other day when I was looking for something.

Total volunteer hours for 2023 = 19,899.5 (53% increase over 2022)
Total volunteer hours for 2022 = 12,941.9

Code of Conduct

## ACPS Volunteer Program Official Policy:

### Code of Conduct

- ACPS volunteers understand that their role as a volunteer is to educate the public on the mission & philosophy of ACPS, to support shelter activities, and to provide supplemental care and enrichment for the lives of shelter animals and that my actions and attitudes should always further these goals.
- Volunteers understand that they can and should always seek guidance if they are ever unclear about the mission, philosophy, or practices of ACPS.
- Volunteers will conduct themselves in an appropriate and professional manner while volunteering for ACPS.
- Volunteers will follow ACPS policies and procedures during their volunteer service.
- Volunteers understand that they are representing the City of Jacksonville and ACPS and will engage in professional interactions with ACPS employees, City of Jacksonville employees, vendors, volunteers, and members of the public.
- Volunteers will not engage in any activity or communication that may cause harm to the reputation of ACPS.
- Volunteers understand that ACPS welcomes & relies upon volunteer feedback. If a volunteer is ever in disagreement with any philosophy, policy, or practice of ACPS, they agree to use the appropriate, established communication channels to share my concerns or feedback.
  - The channels are, in order:
    - Volunteers will communicate their concerns with the Manager of Volunteer Services.
    - If the volunteer feels their concern was not addressed by the Manager of Volunteer Services, they will then communicate it directly to the Shelter Manager.
    - If the volunteer feels their concern was not addressed by the Shelter Manager, they will then communicate it directly to the Division Chief.
- Volunteers understand that they are responsible for reviewing all the materials given to them at orientation and trainings, including the volunteer handbook. If volunteers have any questions or concerns, they agree to ask the Manager of Volunteer Services.
- Volunteers understand the teamwork-oriented nature of working in and around ACPS. They will accept supervision, direction, and support from ACPS staff as needed to support team goals and to help them perform their volunteer duties effectively, safely, and in the best interest of the animals at ACPS.
- Volunteers will follow staff direction and signage throughout the shelter at all times. This includes but is not limited to the following:
  - Kennel signage (e.g., Purple Paws Protocols, Medical Directives (Pink Signage), Quarantine, Enrichment Feeding)
  - Electronic communications (e.g., email, Facebook Messenger)
  - Volunteer Activity Tracking Log Statuses (e.g., No Volunteer Walks, Purple Paws)
  - Any other staff directive.
- Volunteers will adhere to all policies stated within the ACPS Volunteer Handbook to remain a volunteer in good standing at ACPS.
- Volunteers understand that failure to observe the above conduct guidelines may result in my dismissal from the volunteer program, and that they can be removed at any time at the discretion of the Manager of Volunteer Services, Division Chief or Department Director.

**Franny Buffa, MPP**
*Volunteer Program Manager*
City of Jacksonville I Animal Care & Protective Services

**From:** Peacock-Foell, Morgan <MPeacock@coj.net>
**Sent:** Thursday, February 15, 2024 3:54 PM
**To:** Buffa, Franny <FBuffa@coj.net>
**Cc:** Bricker, Michael <MBricker@coj.net>
**Subject:** Email Response

Hello,

I'm not sure why I still can't share a word doc with you, but I've copied the email response below. Franny, if you wouldn't mind filling in some numbers/sources related to volunteer hours and the handbook at the places highlighted in red, that would be awesome. Also, if I misrepresented anything volunteer-related, please let me know!

Thanks,
Morgan

Hello Ms. Garrett,

We appreciate feedback from the members of our community who are concerned about the state of animal welfare in this country. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for these animals, and our volunteers who are committed to the cause often log a dozen hours on a weekly basis. All of us believe wholeheartedly in the work that we do and have seen positive changes in our facility and community over the past few months. A discussion about these changes is essential and welcome.

First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter; it is impossible for us *not* to be transparent. We are required to report our numbers on a monthly basis to Shelter Animals Count (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to you or to any member of the public who has questions about the data related to our work. The city is also developing a Transparency Dashboard for their website that also provides up-to-date information about our operations, and due to Florida's broad public records laws, all of our communications and data is available for a public records request should any citizen be interested.

Numbers do not tell the whole story, though. Numbers are of course a necessary measure of our operation and essential to adhering to humane sheltering practices, but the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, Administration, and community members. These people come with compassionate hearts and a dedication to the work. Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.

Regarding your concerns about volunteers being dismissed: our volunteers are essential to our operation[link to hours?] and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation. Dismissals only occur after multiple conversations among the volunteer in violation, the Volunteer Manager, the Shelter Manager, and Chief. These conversations are just that—an opportunity to learn and come into compliance with the handbook. The rules in this handbook exist to keep both animals and people safe, as well as to foster a positive, honest space. Thus, adhering to these rules is *vital*to the wellbeing of our animals and the safety of staff and volunteers. For example:[relevant rule/citation]. Volunteer rates have increased in the past six months and we are grateful for their advocacy and their adherence to the rules that are in place. Whether our volunteers are cleaning kennels, walking dogs, providing enrichment to dogs and cats, or promoting our pets on social media, they are a vital part of our shelter and we do not dismiss anyone without extensive deliberation—we love when volunteers stick around!

A major way to way to help our animals is to help our community. Volunteering, fostering, donating, and taking dogs on field trips all contribute to lower stress levels in shelter animals—meaning better behavioral and medical health and shorter lengths of stay. Thanks to dedicated "boots on the ground" community members, our Dog Day Out field trips (you've probably seen our red Duval Dog Adoption Squad shirts around town!) have increased as well. Additionally, we have increased our community outreach events, which provide resources for underserved community members and their pets. As the city shelter, we take our role as a resource seriously and aim to keep pets and families together whenever possible.

Our shelter is over capacity (again, these numbers are readily available), and we find this fact just as upsetting as you do. However, despite these high numbers, we are still maintaining a live outcome (save rate) of 89.23% (with the Average FY 24 Save Rate to Date being 83.66% per the Shelter Animals Count data). This is exceptional, and while tough days here weigh heavily on the hearts and minds of our volunteers and staff, keeping this big picture in mind guides our operation. We are proud of each and every live outcome that we have. No decisions here—including humane euthanasia decisions—are ever made lightly or made alone. The factors that go into a decision of humane euthanasia include the health (behavioral and medical) of an animal and the ability of the animal to be a safe placement in the community. These decisions are made by a panel that comprises each member of our management team, and each decision must be unanimous before proceeding. We also have teams comprising both volunteers and staff who meet twice weekly to brainstorm creative ways to promote animals and to ensure that animals are properly cared for (clean kennels, adequate enrichment, walks, proper food and medical treatments, etc.) from the moment the animal arrives in the shelter, making their quality of life better and their chance of live outcome greater.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes; we are not alone in needing a little extra boost from our community to continue to care for our animals and serve our county. Should you have questions about things that can be done out in the community without needing to become a registered volunteer or a staff member, please reach out—we'd love to have that conversation. It "takes a village" to take care of the pets in a shelter that is not growing*nearly* at the same rate that the population of Duval county is (https://www.census.gov/quickfacts/fact/table/duvalcountyflorida/PST045222).

Finally, please take a moment to consider the not aforementioned changes that our team has implemented—to great improvement—since September:

- ACPS is under new management. We have a new Chief and are encouraging existing staff members to transition to roles that best take advantage of their knowledge and skillsets.
- Conditions of the facility and infrastructure are being improved with a significant investment of resources. These improvements include cleaning procedures better suited for a large shelter, rotating the cat kennels in the lobby to decrease stimulation for the cats housed there, and the closing of certain public kennel runs to mitigate stress for the dogs.
- New services are being created to help support dog and cat owners, such as training classes and free microchipping clinics.

- New behavior processes and protocols are being rolled out, making it a priority for all staff and volunteers to follow consistent and safe handling practices.
- Volunteers and staff (as well as the main ACPS channels) are increasing their promotion of pets on social media. This in combination with the increase in DDO trips is leading to drastically increased visibility of our pets and shelter.
- Playgroup, one of the best opportunities for enrichment and a direct factor in live outcomes for animals, is happening more frequently.

Again, your feedback and concern are appreciated. We invite all conversation regarding our operations; we have been and will continue to be—by nature of our role within the city government and in alignment our mission and goals—transparent with the community we serve.

Sincerely,

**Morgan Peacock-Foell**
**Animal Placement Coordinator**
Animal Care & Protective Services
2020 Forest St. Jacksonville, FL 32204
904-603-6896
Jacksonville.gov/pets



Animal Care & Protective Services
NEVER STRAY FROM HOPE.

COJ_01132

**From:** Bricker, Michael on behalf of Bricker, Michael <MBricker@coj.net>
**Sent:** Friday, February 16, 2024 7:58 AM EST
**To:** Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**CC:** Perry, Phillip <PPerry@coj.net>
**Subject:** Re: Media Inquiry re ACPS

1. How do you think JHS mentoring can help ACPS? JHS is a national leader in Animal Welfare, so anytime you can learn from one of the best, it is time well spent. We're excited not only for ourselves but the other 20 shelters that will be positively impacted from this grant from Best Friends Animal Society.
2. What is involved in the mentoring process? As it relates to us at Animal Care and Protective Services, the funds from this grant will be geared towards our behavior program and our growing relationship with yet another national leader in Animal Welfare space, Dogs Playing for Life. These funds will give us more access to the skilled leadership team from that organization and will allow us to grow our employees, enhance their skills and create the behavior program that is severely needed here at our shelter.
3. What do you hope the outcome will be? It's more than a hope, I know the outcome of this mentorship will be a fruitful one. Jacksonville Humane Society has shown what they're capable of when it comes to assisting shelters all over Florida. I got a chance to see that firsthand while attending the 3rd annual Florida Leaders in Lifesaving Summit in September.


**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



**Animal Care & Protective Services**
NEVER STRAY FROM HOPE.

---

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Thursday, February 15, 2024 3:26 PM
**To:** Bricker, Michael <MBricker@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Cc:** Perry, Phillip <PPerry@coj.net>
**Subject:** FW: Media Inquiry re ACPS

Hey Michael, another media request for today. See below for a few questions.

Thanks,
Phil

---

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Thursday, February 15, 2024 1:47 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Are comments coming? Thanks!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

---

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 4:52 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

No, I meant Wednesday afternoon or Thursday morning.

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

---

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Tuesday, February 13, 2024 4:50 PM
**To:** Cravey, Beth <bcravey@jacksonville.com>; Public Affairs Media <Media@coj.net>
**Subject:** RE: Media Inquiry re ACPS

Hi Beth, what is your deadline?

---

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 10:40 AM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Media Inquiry re ACPS

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I am writing a story about Best Friends Animal Society giving Jacksonville Humane Society a $2.7 million grant to mentor other shelters (see news release below), including ACPS. Could the director or someone else repping ACPS answer a few questions?

1. How do you think JHS mentoring can help ACPS?
2. What is involved in the mentoring process?
3. What do you hope the outcome will be?

And feel free to share anything else!

Thank you!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey





*Generosity breeds joy.*

**Contacts:**
Best Friends Animal Society: Alina Hauptman, Alinah@bestfriends.org, (917) 623-0585
Jacksonville Humane Society: Lindsay Layendecker, LLayendecker@jaxhumane.org, (904) 493-4560

**Jacksonville Humane Society Receives $2.7 Million Grant from Best Friends Animal Society**
*Grant Money to be used to help take 21 Florida Shelters No-Kill*

**January 24, 2024 (Jacksonville, FL.)** –Jacksonville Humane Society, an animal welfare organization that provides care for animals in need while engaging the hearts, hands and minds of the community to bring about an end to the killing of abandoned and orphaned shelter animals, received a $2.7 million grant from national animal welfare organizationBest Friends Animal Society. The grant, which was awarded late last year, will enable Jacksonville Humane Society to mentor Florida shelters as they work towards becoming no-kill; meaning that all adoptable dogs and cats get placed into a loving home.

"This generous grant helps allows us to expand our reach by engaging other leaders in this endeavor through our Florida Leaders in Lifesaving program," said   Denise Deisler, Jacksonville Humane Society, CEO. "This allows us to help other communities while learning from them at the same time. Lifesaving increases when we all work together."

According to Best Friends most recentdata, Florida saw a 9% decrease in number of pets killed, however there were still 20,653 dogs and catsunnecessarily killed in Florida shelters. Currently, there are 135 shelters in the State of Florida, 64% have already achieved no-kill. Out of the remaining organizations, 13 shelters account for more than 16,000 dogs and cats that are killed across the state.

In order to increase pet lifesaving, community members must continue to encourage local officials and shelter leaders to create lifesaving programs in individual shelters. Florida Leaders in Lifesaving a Jacksonville Humane Society initiative is an example of leaders across the state getting together to collaborate and create statewide change for dogs and cats. They are not only leading in their own organizations, but they are looking to work with organizations that are not yet no kill to implement lifesaving programs.

"We know that no one shelter, animal welfare group or rescue organization can do it alone, that's why we are thrilled to provide Jacksonville Humane Society with this grant that will increase lifesaving and further collaboration across the state," said Fraily Rodriguez, Senior Director, Lifesaving Services, Best Friends Animal Society.

*Best Friends measures shelter lifesaving with a metric called "save rate." A 90 percent save rate is the nationally recognized benchmark to be considered "no-kill," factoring that approximately 10 percent of pets who enter shelters have medical or behavioral circumstances that warrant humane euthanasia rather than killing for other reasons, such as lack of space.

**About Best Friends Animal Society**
Best Friends Animal Society is a leading animal welfare organization working to end the killing of dogs and cats in America's shelters by 2025. Founded in 1984, Best Friends is a pioneer in the no-kill movement and has helped reduce the number of animals killed in shelters from an estimated 17 million per year to around 378,000. Best Friends runs lifesaving programs across the country, as well as the nation's largest no-kill animal sanctuary. Working collaboratively with a network of more than 4,400 animal welfare and shelter partners, and community members nationwide, Best Friends is working to Save Them All®. For more information, visitbestfriends.org.

**About the Jacksonville Humane Society**
The Jacksonville Humane Society (JHS) provides care, comfort and compassion to animals in need while engaging the hearts, hands and minds of our community to bring about an end to the killing of abandoned and orphaned shelter animals. JHS proudly facilitates Florida Leaders in Lifesaving, a collaborative program that unites Florida's animal welfare organizations with a goal of increased lifesaving for dogs and cats in our state's shelters. More information about the Jacksonville Humane Society is available at jaxhumane.org. To learn more about Florida Leaders in Lifesaving, visitfloridaleadersinlifesaving.org.

***Best Friends Animal Society has the most comprehensive, accuratedata for sheltered dogs and cats in the United States, which is collected from over 7900 shelters and rescue groups.

—
Alina Hauptman (she/her)
Public Relations Strategist
Best Friends Animal Society
917-623-0585
bestfriends.org



**From:** Bricker, Michael on behalf of Bricker, Michael <MBricker@coj.net>
**Sent:** Friday, February 16, 2024 2:35 PM EST
**To:** Perry, Phillip <PPerry@coj.net>; Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Subject:** Re: Media Inquiry re ACPS

Any day is fine! Between 11am and 2pm would be the best. Just let me know when they pick.

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



Animal Care & Protective Services
NEVER STRAY FROM HOPE.

---

**From:** Perry, Phillip <PPerry@coj.net>
**Sent:** Friday, February 16, 2024 2:26 PM
**To:** Bricker, Michael <MBricker@coj.net>; Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Subject:** RE: Media Inquiry re ACPS

Florida Times-Union wants to send a photographer to take some photos of animals, not just in shelter but being walked outside too. Are there good days/times next week that we can give them?

---

**From:** Perry, Phillip <PPerry@coj.net>
**Sent:** Friday, February 16, 2024 10:06 AM
**To:** Bricker, Michael <MBricker@coj.net>; Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Subject:** Re: Media Inquiry re ACPS

Perfect, thanks!

---

**From:** Bricker, Michael <MBricker@coj.net>
**Sent:** Friday, February 16, 2024 7:58:42 AM
**To:** Public Affairs Media <Media@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Cc:** Perry, Phillip <PPerry@coj.net>
**Subject:** Re: Media Inquiry re ACPS

1.    How do you think JHS mentoring can help ACPS? JHS is a national leader in Animal Welfare, so anytime you can learn from one of the best, it is time well spent. We're excited not only for ourselves but the other 20 shelters that will be positively impacted from this grant from Best Friends Animal Society.
2.    What is involved in the mentoring process? As it relates to us at Animal Care and Protective Services, the funds from this grant will be geared towards our behavior program and our growing relationship with yet another national leader in Animal Welfare space, Dogs Playing for Life. These funds will give us more access to the skilled leadership team from that organization and will allow us to grow our employees, enhance their skills and create the behavior program that is severely needed here at our shelter.
3.    What do you hope the outcome will be? It's more than a hope, I know the outcome of this mentorship will be a fruitful one. Jacksonville Humane Society has shown what they're capable of when it comes to assisting shelters all over Florida. I got a chance to see that firsthand while attending the 3rd annual Florida Leaders in Lifesaving Summit in September.

**Michael Bricker**
*Chief, Animal Care and Protective Services*
2020 Forest St. Jacksonville, FL 32204
904.778.5652
Jacksonville.gov/pets



Animal Care & Protective Services
NEVER STRAY FROM HOPE.

---

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Thursday, February 15, 2024 3:26 PM

**To:** Bricker, Michael <MBricker@coj.net>; Waters, Thomas <TWATERS@coj.net>; O'Leary, Kelli <KelliO@coj.net>
**Cc:** Perry, Phillip <PPerry@coj.net>
**Subject:** FW: Media Inquiry re ACPS

Hey Michael, another media request for today. See below for a few questions.

Thanks,
Phil

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Thursday, February 15, 2024 1:47 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Are comments coming? Thanks!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 4:52 PM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Re: Media Inquiry re ACPS

No, I meant Wednesday afternoon or Thursday morning.

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey

**From:** Public Affairs Media <Media@coj.net>
**Sent:** Tuesday, February 13, 2024 4:50 PM
**To:** Cravey, Beth <bcravey@jacksonville.com>; Public Affairs Media <Media@coj.net>
**Subject:** RE: Media Inquiry re ACPS

Hi Beth, what is your deadline?

**From:** Cravey, Beth <bcravey@jacksonville.com>
**Sent:** Tuesday, February 13, 2024 10:40 AM
**To:** Public Affairs Media <Media@coj.net>
**Subject:** Media Inquiry re ACPS

EXTERNAL EMAIL: This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I am writing a story about Best Friends Animal Society giving Jacksonville Humane Society a $2.7 million grant to mentor other shelters (see news release below), including ACPS. Could the director or someone else repping ACPS answer a few

questions?

1. How do you think JHS mentoring can help ACPS?
2. What is involved in the mentoring process?
3. What do you hope the outcome will be?

And feel free to share anything else!

Thank you!

Beth Reese Cravey
Reporter
Florida Times-Union
P.O. Box 1949
Jacksonville, FL 32231
(904) 359-4109
cell (304) 594-8212
bcravey@jacksonville.com
https://www.facebook.com/beth.cravey
https://twitter.com/BethReeseCravey




**Contacts:**
Best Friends Animal Society: Alina Hauptman,Alinah@bestfriends.org, (917) 623-0585
Jacksonville Humane Society: Lindsay Layendecker,LLayendecker@jaxhumane.org, (904) 493-4560

**Jacksonville Humane Society Receives $2.7 Million Grant from Best Friends Animal Society**
*Grant Money to be used to help take 21 Florida Shelters No-Kill*

**January 24, 2024 (Jacksonville, FL.)** –Jacksonville Humane Society, an animal welfare organization that provides care for animals in need while engaging the hearts, hands and minds of the community to bring about an end to the killing of abandoned and orphaned shelter animals, received a $2.7 million grant from national animal welfare organizationBest Friends Animal Society. The grant, which was awarded late last year, will enable Jacksonville Humane Society to mentor Florida shelters as they work towards becoming no-kill; meaning that all adoptable dogs and cats get placed into a loving home.

"This generous grant helps allows us to expand our reach by engaging other leaders in this endeavor through our Florida Leaders in Lifesaving program," said   Denise Deisler, Jacksonville Humane Society, CEO. "This allows us to help other communities while learning from them at the same time. Lifesaving increases when we all work together."

According to Best Friends most recentdata, Florida saw a 9% decrease in number of pets killed, however there were still 20,653 dogs and catsunnecessarily killed in Florida shelters. Currently, there are 135 shelters in the State of Florida, 64% have already achieved no-kill. Out of the remaining organizations, 13 shelters account for more than 16,000 dogs and cats that are killed across the state.

In order to increase pet lifesaving, community members must continue to encourage local officials and shelter leaders to create lifesaving programs in individual shelters. Florida Leaders in Lifesaving a Jacksonville Humane Society initiative is an example of leaders across the state getting together to collaborate and create statewide change for dogs and cats. They are not only leading in their own organizations, but they are looking to work with organizations that are not yet no kill to implement lifesaving programs.

"We know that no one shelter, animal welfare group or rescue organization can do it alone, that's why we are thrilled to provide Jacksonville Humane Society with this grant that will increase lifesaving and further collaboration across the state," said Fraily Rodriguez, Senior Director, Lifesaving Services, Best Friends Animal Society.

*Best Friends measures shelter lifesaving with a metric called "save rate." A 90 percent save rate is the nationally recognized benchmark to be considered "no-kill," factoring that approximately 10 percent of pets who enter shelters have medical or behavioral circumstances that warrant humane euthanasia rather than killing for other reasons, such as lack of space.

**About Best Friends Animal Society**
Best Friends Animal Society is a leading animal welfare organization working to end the killing of dogs and cats in America's shelters by 2025. Founded in 1984, Best Friends is a pioneer in the no-kill movement and has helped reduce the number of animals killed in shelters from an estimated 17 million per year to around 378,000. Best Friends runs lifesaving programs across the country, as well as the nation's largest no-kill animal sanctuary. Working collaboratively with a network of more than 4,400 animal welfare and shelter partners, and community members nationwide, Best Friends is working to Save Them All®. For more information, visit bestfriends.org.

**About the Jacksonville Humane Society**
The Jacksonville Humane Society (JHS) provides care, comfort and compassion to animals in need while engaging the hearts, hands and minds of our community to bring about an end to the killing of abandoned and orphaned shelter animals. JHS proudly facilitates Florida Leaders in Lifesaving, a collaborative program that unites Florida's animal welfare organizations with a goal of increased lifesaving for dogs and cats in our state's shelters. More information about the Jacksonville Humane Society is available at jaxhumane.org. To learn more about Florida Leaders in Lifesaving, visit floridaleadersinlifesaving.org.

***Best Friends Animal Society has the most comprehensive, accurate data for sheltered dogs and cats in the United States, which is collected from over 7900 shelters and rescue groups.

--
Alina Hauptman (she/her)
Public Relations Strategist
Best Friends Animal Society
917-623-0585
bestfriends.org



**From:** Waters, Thomas <TWATERS@coj.net>
**Sent:** Friday, February 16, 2024 3:22 PM EST
**To:** Bricker, Michael <MBricker@coj.net>
**Subject:** RE: ACPS transparency of conditions... A request for change

Good Afternoon Mike:

Excellent response. I just made it more concise and reformatted a few points.

Please see my edits below in red.

Regards,
Thomas

---

**From:** Bricker, Michael <MBricker@coj.net>
**Sent:** Thursday, February 15, 2024 5:06 PM
**To:** Waters, Thomas <TWATERS@coj.net>
**Subject:** Re: ACPS transparency of conditions... A request for change

For your review!

Hello Ms. Garrett,

We at the City of Jacksonville, Animal Care and Protective Services (ACPS)appreciate your concerns and feedback ~~from the members of our community who are concerned about the state of animal welfare in this country~~. Animal Care and Protective Services employs qualified, caring, and professional staff who work tirelessly to provide care for ~~these~~ abandoned, injured, and endangered animals.  Both our staff and ~~our~~ volunteers ~~who~~ are committed to the cause ~~often log a dozen hours on a weekly basis~~.

ACPS follows national best practices for animal sheltering and adheres to nationally recognized guidelines (https://www.sheltervet.org/resources/guidelines). We encourage members of our community to learn what these practices and standards look like, as well as what the reality is for county shelters across the nation. We are not alone in seeing high intake numbers and lower outcomes. We are also not alone in needing a little extra boost from our communityto provide the continuum of care ~~continue to care~~ for ~~our~~  the animals we take in. ~~and serve our county.~~

We ~~All of us~~ believe ~~wholeheartedly~~ in the work that we do andover the past monthshave ~~seen positive changes~~ made notable improvements to~~in~~ our facility and the care we provide to animals~~community over the past few months~~ We ~~A~~ welcome ~~discussion~~ constructive dialogue about these changes and operations. ~~is essential and welcome.~~

Exhibiting transparency, ~~First, we'd like to address your claim that we are not transparent. We are the city of Jacksonville's municipal animal shelter ; it is impossible for us~~ *not* ~~to be transparent. We are~~ the City of Jacksonville ~~required to~~ reports ~~our numbers~~ data ~~on~~a monthly basis to "Shelter Animals Count" (https://www.shelteranimalscount.org/intake-and-outcome-database-iod/). This information is readily available to~~you or to any member of the public~~ anyone who has ~~questions about the data related to our work~~ interests in our monthly outcomes. ~~The city is~~ We are also developing a ~~Transparency Dashboard~~ dashboard for ~~their~~ our website ~~that also provides~~ which will provide up-to-date information about our operations.~~, and   due to Florida's broad public records laws, all of our communications and data is available for a public records request. should any citizen be interested.~~

~~Numbers do not tell the whole story, though.~~Numbers are ~~of course~~ a necessary measure of our operations and essential to adhering to humane sheltering practices. ~~, but~~  However, the human element that goes into our work cannot be understated. Our shelter cannot function without the support and interest of our staff, volunteers, ~~A~~administration, and community members. ~~These people~~ All come with compassionate hearts and a dedication to the~~work~~ animals we serve.  This reinforces ACPS's accountability.

~~Related to this point is the accountability you mention. When you say it is time we are held accountable, to whom are you asking we be further accountable? Our numbers are transparent. Our volunteers and staff constantly discuss the health and wellbeing and, yes, possible outcomes for our animals. We work closely with Mayor Deegan's administration and local news channels in order to be transparent about our struggles, successes, and what we need in order to continue to make positive change. We are aware that we cannot care for our animals if we do not work closely with people.~~

~~Regarding your concerns about volunteers being dismissed: our~~ Volunteers are essential to~~our~~ ACPS's operations. We value our volunteers, and only dismiss volunteers when absolutely necessary.  Dismissals can occur for a variety of reasons, but in doing so, all rules are established rules are followed; as this is a sensitive and delicate matter. ~~and are only dismissed for violating the terms in the volunteer handbook that they read and signed upon completing their orientation.~~

COJ_01140